# EXHIBIT 4C

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiffany Hayden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Connie Lippert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Aziz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Yeomans
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chloe Barbier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maggie Kohanek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jary Stavely
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Ludbrook
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Ward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Tulys
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jusef White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Perlman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michel Collin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justin James
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ryan Milholland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacey Wood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elisabeth Bezemer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francis Henninger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lenore Nieters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Leeson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Person
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Kloehn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Ayres
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justin James
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Tulys
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Thomas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Armand LeGardeur
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louis Baccarini
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clifford Provost
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rhoda Levine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ranjit Chacko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Connie Lippert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marty Carlson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Phelps
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shari Sharp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Burns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Kranz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lacey Wozny
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clifford Provost
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Ludbrook
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mindy Leighton-Toth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marlene Olveda
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chemen Ochoa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rhoda Levine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ranjit Chacko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ron huber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Baise
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Derek Gendvil
[redacted]

[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Landsman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Kiholm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Shanley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Armand LeGardeur
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Chohon

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brandon Keller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kris Steinke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adrienne Hudson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Dorough Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Shipley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanene Gilmore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lenore Nieters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kara Duffy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Bartlett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brandon Keller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lenore Roiz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clyde Williams II
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Landsman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helmut Terjung
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Vigna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kara Duffy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Brellow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Garry Kramchak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kris Steinke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Chohon

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Leyva
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Hart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Urich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanene Gilmore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mitch Parkinen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louis Baccarini
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Shanley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lara Ingraham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Baise
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald Rosen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Franklin Munguia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Baron
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

eh estes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Howie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randi Holt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Franklin Munguia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Leyva
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Davis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Earl Morse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald Leslie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Circus Szalewski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Bartlett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Immaculate Wesley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Lowery
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Dorough Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Tronco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Felicia Riedel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Sieck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randi Holt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Brellow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harry Wohlsein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Earl Morse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Fenstermaker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Juanita Wilkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ron huber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Carr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Meier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Rogers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald Rosen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Howie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Welp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Circus Szalewski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Davis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Lowery
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Stromgren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Norvell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Schick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nate Pusateri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Moraski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Kruse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald W. Henderson, Ph.D.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Richards
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Scanlon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victoria Borin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Treffinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Fenstermaker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Mcclung
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aleta Cavender
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frances Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

virginia heard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Arvio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Weingarten
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terrie Allen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. David Kannerstein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beatrice Berger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Schadel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Spradley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Moraski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Mcclung
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terrance Hyk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Mundis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victoria Borin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Tierney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stan Rose
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caitlin Burke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deane Plaister
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Torres
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nate Pusateri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Katherine Tildes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

stephen landau
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Bentivegna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karolyn Switzer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terrance Hyk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Simmons MD
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Bischof
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caitlin Burke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aleta Cavender
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Tierney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Arvio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Treffinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Schick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Richards
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nia Cherrett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Thornsbury
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron and Marjorie Kardos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Charlotte Alexandre
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Lahorgue
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary MacGregor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary MacGregor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Bentivegna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Oliver Block
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Hudson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Schadel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Keough
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terrie Allen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Mullen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karolyn Switzer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Welp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Abaunza
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Kohl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Morton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Hopkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karyn Walden-Forrest
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald Wolfe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Gulliver
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Taylor

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Hudson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Simmons MD
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Noel Rome
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Floyd Massey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Troland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristine Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Charlotte Alexandre
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Lahorgue
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John A Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rex Lettau
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Morton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Romanet
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bernard Weiner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilea White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Reinhardt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Abaunza
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald Wolfe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Charlotte L. Keys
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karyn Walden-Forrest
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Kohl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Noel Rome
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen and Jeff Hay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darlene Byrd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mavis Brauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice VrMeer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Gulliver
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Mikulka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Gunnarson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Maskarinec
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Charlotte L. Keys
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sam Orlich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jed Aicher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Mullen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rex Lettau
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Detato
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Taylor

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Felmet
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Corby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tanner Ferguson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Maskarinec
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cecilia Moller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Cleveland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darlene Byrd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Block
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Drumright
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L Harding
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jed Aicher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Schwartz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brent Rocks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Detato
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice VrMeer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Dunleavy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Dubey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phil Bell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erich Bauman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Corby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jae Bevan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Cleveland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Susan Johnston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Acacia Lawson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Toni Kimball
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margie Stewart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Hoelbling
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Barnes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aviva Myers-Taylor
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heidi Bliss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L Harding
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fjaere Mooney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Dunleavy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Bawaya
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Delibos
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aviva Myers-Taylor
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Yonnone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erich Bauman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Susan Johnston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fjaere Mooney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Mizzi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul & Jackie Bogacki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Alibrandi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

stephen landau
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gracie Campbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

H Clarke Gentry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Thornberry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

raquel buxton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Aquino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christy Kurtz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glory Arroyos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Dubey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Delibos
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margie Stewart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shirley Jenkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Neill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ryan Wilkerson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Alibrandi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Steeves
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicholas Monitto
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nezka Pfeifer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Lindorff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Pross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Esther Prexl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

raquel buxton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Aquino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Kurz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Muller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemarie Grubba
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Galbreath
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christy Kurtz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Horner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cecilia Moller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Stedman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

g marzocchi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Fortier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemarie Grubba
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Steeves
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Hall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brent Rocks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glory Arroyos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Patchen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Esther Prexl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Naji
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Kurz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Neill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Horner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Roll
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ying Cooper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Yonnone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Faye Soares
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen KELLEHER
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michiko Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Gordon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Boger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Trish Stevens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Muller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Luben Stoilov
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ryan Wilkerson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Lindorff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

McLean Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

g marzocchi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gracie Campbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Christian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Danner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leah Hallow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

OneHeart Inc
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon is that it is bound to be repeated if they are allowed to continue down the same path. Taxpayers suffer the environmental consequences, they should not have to carry the tax burden as well. I ask you to close any loophole that allows BP a deduction for destruction.

Sincerely,

Ms. Barrie Stebbings
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Deemer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Barth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy McKee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Oliver Block
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Brink
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Nedbor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Delshaun Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Congdon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Lonnie Albrecht
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Price
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip Purpuri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexander Wallace
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Bennett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mostyn Thayer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

McLean Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Willa Bing Harris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Acacia Lawson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Mather-Lees
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Congdon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Wojdac
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Deemer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jj L.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Danner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Gordon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Barrett
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Leeper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Price
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Roll
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Brink
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shari Farrar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Delshaun Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Asa Javier BaRa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mei Mei Miriyam Sanford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mona Callahan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy McKee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Ellen Rice
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Kuns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Trish Stevens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexander Wallace
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alma Sills
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Stephen Nickels
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alessandro Raganato
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evelyn Noel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jj L.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Bennett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel Isaacson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Ellen Rice
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Cooksey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louis Marks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Hise
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

julia dashe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Holloway
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Giles
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Poncia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Leeper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Quintana
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tasha Carpenter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Faye Soares
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Bishop
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Rinehart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

DeWayne Halfen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Kuns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Tietgens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacky Forgan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Shady
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Cooksey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

DeWayne Halfen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michael chase
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Barclay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Bishop
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mona Callahan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Dahl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Epstein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tasha Carpenter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Rinehart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karin Lindberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Vergara
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Hise
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darrell Schmidt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Sol
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Knoll

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mariano Svidler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tony Lentini
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jared Brenner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Philip
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Giles
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Janice Carlson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Danielle Arbuckle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Henry Schlinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacky Forgan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Vergara
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Slivka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ray Bustos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Kunkel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Holloway
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Quintana
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tony Lentini
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Richard H McCombs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Turiano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Tietgens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

B. E.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

This environmental accident has been one of the most tragic moments of our ecological history and parts of this area are still reeling from it.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Sarkady
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Danielle Arbuckle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Henry Schlinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Claflin Sr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Dahl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Rusciolelli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Merry Bolt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marta Daniels
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Knoll

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Culver
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Janice Carlson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michael chase
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Richard H McCombs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ray Bustos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Stein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Fritsch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Perkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karin Lindberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Kunkel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Cohen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Slivka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilynn Morgan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Sarkady
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanie Thomas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victor Soule
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Sol
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Gordon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

PJ Janowitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Rusciolelli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maritza Castillo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Perkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sam Heaton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms Christine Gasco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clay Starlin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Turiano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Orlando Melendez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Pike
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Lau
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Sloan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lindsey Densing
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maritza Castillo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Merry Bolt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amal Youngblood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victor Soule
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Epstein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Carolyn N Rosenstein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Ann Greaves
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine McCanlies
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lindsey Densing
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Cohen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Orlando Melendez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Pike
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

PJ Janowitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Lau
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Goodsell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Sloan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Gordon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan McCurdy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonny Peters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Horvat
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Horvat
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Schlemmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it!!!!!

Sincerely,

Phillip J Crabill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms Christine Gasco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Harrison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

B. E.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mallory Hattie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Ann Greaves
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amal Youngblood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Harrison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Caffrey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maryellen Todd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Cannon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Solo Greene
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine McCanlies
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Batzer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shari Grounds
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ainslie Gilligan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Porter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Renee Such
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Michaelson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mallory Hattie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Elepano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Wigfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Hirst
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Caffrey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Wallace
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rolando Rodriguez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gloria Grimm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynne C.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip J Crabill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Woodbury
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rolando Rodriguez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Stets
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Dean Koehler
[redacted]

[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Zaccagnino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Breiby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Renee Such
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sherry fishman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Solo Greene
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Rogers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Glick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neil Olson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chad Armijo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Sixtus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Woodbury
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Porter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Prof. ellen goodman
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Svendsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Elepano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Alexander
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miriam Sexton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chad Armijo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liz Sherblom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margot Lenhart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marianne` Currie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Earl Berkson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lucy Kenyon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Glick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neil Olson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Zaccagnino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Donna Bonetti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rolando Rodriguez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Frye
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Moczarney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S. Janet Payne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Kennedy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Borso
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ainslie Gilligan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liz Sherblom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miriam Sexton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Sixtus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Schondorf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margot Lenhart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marina Morrone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Hoffman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr James L Wolcott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Fischoff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Guen Han
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elliot Helman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Garren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Nardell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lucy Kenyon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanette Redmond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Poole
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marina Morrone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Moczarney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ewan Schmid
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Donna Bonetti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Josh Patrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Blank
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marianne` Currie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Weitzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melanie Mahoney Stopyra
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr James L Wolcott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Caulfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Dolan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Esther Megill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vidya Sivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Regina Flores
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracey Sadiq
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

B Lemonik
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Lees
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melanie Mahoney Stopyra
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Warkentine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Dolan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Al Krause
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Regina Flores
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ellen phillips
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Griselda Sloan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Hoffman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Daniels
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vidya Sivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Borso
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Engel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Korpas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miriam Angress
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

bob hammond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

daniel weiss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Garren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brent Stewart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Nash
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justin Moreau
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harrell Dean Swink
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dean Rose
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Bucklin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie MacRaith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Stevens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. John Diamond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Nash
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Courtenay Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

B Lemonik
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ewan Schmid
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Al Krause
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Engel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Daniels
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Kowalski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Fisher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raymond Tracy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harrell Dean Swink
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hedy Epstein
[redacted]

Ms. Hedy Epstein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ericha Courtright
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Dan Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

bob hammond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Esther Megill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dieter Krantz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Dan Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Kowalski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Lamb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel Bishop
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Halpern
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Angie Burnham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiffany Haverfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Chasteen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ericha Courtright
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Courtenay Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

August Scheer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cristian Cupertino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. John Diamond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Lamb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brent Stewart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Eaton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Fischoff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leo Woods
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cody Oppermann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Rauch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Halpern
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Hurley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Gregory
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Robert Lesko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Sammartano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Harrison B Albert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Carney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelsey Ransick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Holcomb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Kaye
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Kemple
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marlena Lange
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Nakasone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Eaton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Karen Y. Grubb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

August Scheer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelsey Ransick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Johanna Fears
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Robert Lesko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Kemple
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Midge Neuman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Canright
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracey Sadiq
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Richmond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracey Sadiq
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

heather beauchamp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Sammartano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Fiedler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Conte
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

chenie kaur
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cristian Cupertino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elisheva Biernoff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Canright
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Richmond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Flores
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Michaels
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leo Woods
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn and Edward Smith and Hill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Flores
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Wilburn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Azarias DeVillier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Fiedler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Hurley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Keller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elisabeth Benton

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Michaels
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elisheva Biernoff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Conte
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy Crawford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Cronin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Dancer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Spanski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Loper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Browning
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

chenie kaur
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brook Heimbaugh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheri Henry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Cronin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Loper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn and Edward Smith and Hill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Mackenzie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn and Edward Smith and Hill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Lord
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherry Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Nuss

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Richardson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Magnan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harriet Cohen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Dancer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Mackenzie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Wilburn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natalie Rabinowitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

HARVILEEN MOEBS
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maurice Hill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Canright
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elisabeth Benton

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monique Musialowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eva Landeo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Hoffman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hayden Kaden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Thing
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Browning
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Spanski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen McHugh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Richardson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

john griffith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Constance Engle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan De Jong
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Patricia Vance
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Benny Masdon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Gallagher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brook Heimbaugh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom R
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Backhaus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harriet Cohen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MICHAEL O'BRIEN
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Claire Perricelli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harvey Neese
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Heaton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eva Landeo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Parker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brendan Park
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Lanka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Stanton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tyra Pellerin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frances Whiteside
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat and Gary Gover
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Savard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Gallagher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Constance Engle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brendan Park
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Campanella
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Molloy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Hoffman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Heaton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Brooks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Cerutti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tyra Pellerin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Okruhlik
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sabine Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maurice Hill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. mike hlat
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Parker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Fante
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Willner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shulamit Decktor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvonne Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. mike hlat
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Lanka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Cerutti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lillian Hall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Callaway
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Benny Masdon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

christian hartleben
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Fante
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Dunbar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kyle O'Hannon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvonne Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Josal Diebold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Mallatt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Rohdenburg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Okruhlik
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monique Musialowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Csaszar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aimee Mendes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Goldman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

christian hartleben
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hayden Kaden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Richey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Josal Diebold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liz Crawford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bert Corley
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russell Munsell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Csaszar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Booker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlotte Jacob-Hanson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gene Hatfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Chi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale Sims
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Stanton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Richey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dameta Robinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heidi Bean
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doris Bandel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Gordon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Juno Farnsworth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heidi Bean
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aimee Mendes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Borri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Lawson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R. Ward Bissell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Kennedy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Ronda Snider
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Nowicki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lowell Palm
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LeeAnn DuVall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Molloy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Booker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Gordon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlotte Jacob-Hanson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Hercher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gene Hatfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Chi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lowell Palm
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arkady Vyatchanin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

julie stinchcomb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mallory A. Haws
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dameta Robinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francis Drake
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francis Drake
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Tedrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LeeAnn DuVall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arkady Vyatchanin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tung Vu
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susannah Lustica
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Nowicki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Lifton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brieaux Poche
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Stales
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan LaPayover
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K L Paul
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

julie stinchcomb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Ondyak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Hercher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carlos Lores
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Harkin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Graffunder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Eliot
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms Hannah Banks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rose Rios
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gayle palmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Reinhart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corey Mesler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K L Paul
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tung Vu
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Graffunder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Stonehouse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stanley Barreto
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Luwana Wanaisie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Portia Ckark
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martin Fox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan LaPayover
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Guy Cargulia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeannine Leffel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Lawson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Moon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms Hannah Banks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carlos Lores
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary McDonald
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louis Fry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Stonehouse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Wood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stanley Barreto
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Josh Rhodes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Portia Ckark
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

laurence Wuillemin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeannine Leffel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Klug
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Letitia Dace
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louis Fry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Barrett Zywan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Josh Rhodes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sundra R Allen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Just
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

tara score
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Moon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Wood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lise Hull
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Kelly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Crouch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rose Rios
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Llewellyn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, we urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rose Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheri Koehler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marlene K Kallstrom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marlene K Kallstrom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Elzinga
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Lankering
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Barrett Zywan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiffany Ehnes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ce E
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stan Kaluzny
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sundra R Allen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Prior
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

anthony odonnell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Randow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Lawler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alessandro Raganato
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank A. Brincka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Fillmore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Letitia Dace
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leo Bierling
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiffany Ehnes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Prior
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lesli McLain
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Jursa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Hennessey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

anthony odonnell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bobbie Daniels
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank A. Brincka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald Rabl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Resa Blatman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Corwin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Felton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Christopher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R. Arno Wess
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Lawler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex A. Bobroff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russell Meister
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stan Kaluzny
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zada Rose
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Fillmore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Grin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Lyons
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Collins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

greg schaffert

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Hennessey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fletcher Chouinard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Erikson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald Rabl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Epstein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bobbie Daniels
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Talila Stan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Marks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Raubolt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Ryberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Hassinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Keller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Chockla
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Corwin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Fifer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LORRAINE D. Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Lankering
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Ryberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gisela Schloss-Birkholz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Turney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Epstein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

leslie spoon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Christian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zada Rose
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amber Still
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Billie Frank
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Bungarz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R. Arno Wess
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom & Marcia Hauck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Barclay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Raubolt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Grin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Kiffmeyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Marks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Chockla
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Nemeth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Hassinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Talila Stan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LORRAINE D. Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Mary Reader
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

CHRISTINA CHAPMAN
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gisela Schloss-Birkholz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

leslie spoon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Kiffmeyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Burt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Burt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Christian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Arvidson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Please don't hit US in the pocket book again.

Sincerely,

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

CHRISTINA CHAPMAN
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Graciela Barajas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Steenwyk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Emerson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harry Colwell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lesli McLain
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jorge Torres
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Barrett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Graciela Barajas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy File
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Arvidson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Emerson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Steinberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Gendron
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis O'Brien
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Amen!

Sincerely,

Sue Sherrill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Biel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natalie Randle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Meersman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Blair
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jorge Torres
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Bungarz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Steenwyk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Freeman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Gendron
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Burns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rochelle Willis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miss Cori Bishop
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Rice
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carla Behrens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Padgett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J. F.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

william kuestner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natalie Randle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Monroe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Polesnak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Misty Kirkconnell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elliot Clymer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harry Colwell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harry Colwell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Biel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Steinberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Steinberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Eckler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Sullivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

taylor call
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Socorro Sepulveda
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicki McAlister
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Meersman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Padgett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Eckler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Mueting
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nina Wickett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Fehring
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawn Ristvedt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Samsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elliot Clymer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Padalino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Weber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darlene Norwood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Willia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Ajemian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicki McAlister
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Fehring
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Derek Lee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilou Hawkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Sullivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Weber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nina Wickett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Colley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawn Ristvedt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Alan Olander
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben Stoddart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wes Lowe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Max Calvillo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Blair
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Leary
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. James Stone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James DiMunno

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Rikarts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Derek Lee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Kelly Warner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Alan Olander
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. donnasue jacobi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Willia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ian Burns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Willia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Templeton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Watts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Gomoll
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Ajemian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Rikarts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex Carlson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben Stoddart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Colley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Politis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Rick Benjamin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ian Burns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Samsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Keiser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James DiMunno

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

j.doug ezell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Tripp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Aten
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Politis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

chris cayton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Theresa Lianzi
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Napoleon Salvail
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Combs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex Carlson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzan McGlinch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Tripp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzan McGlinch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Zajac
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Wallace
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Rick Benjamin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katharine Owen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Megan Petkewec
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betsy Bannerman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Fitzpatrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, we urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

j+s e
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Roth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Renee Bourgea
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Noam Eisee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roxanne Hewitt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Theresa Lianzi
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Roth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Edmondson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Wallace
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tamekka Davis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Noam Eisee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Zajac
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Markis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Horne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Aten
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tamekka Davis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Christopher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly T. McMurray
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Patricia Savage
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miss Cori Bishop
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Markis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Felzke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, j. doug ezell

j.doug ezell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. & Mrs. John Garner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.
Hold their feet to the fire!
Sincerely,

Anna Sullivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

andrea caine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Cowie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Malgeri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Edmondson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roxanne Hewitt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Penny Raco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Culmore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frieda Rusert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D Grossman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Boyce
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Craig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Horne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joemarlin Cotter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Bahr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Craig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melody T
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thom Peters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Freedman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D Grossman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bert Barry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sabina Astete
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eva Papoutsi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Vernon-Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tanya Renelt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Professor Colony
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Lumsden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Cowie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Sandberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Felzke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katharine Owen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen Hunter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bert Barry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Malgeri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eva Papoutsi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Antonio García-Palao Redondo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julianna Greensides
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Kinsey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawn Simonson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Dougherty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Rumph
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Rumph
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. & Mrs. John Garner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Rumph
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Valencour
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thom Peters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annie Richardson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Kurach
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawn Simonson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy King
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Braudy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julianna Greensides
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Caffery
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracy Vrba
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Dougherty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Sherwood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Esther Salem
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ted Gelletly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nora Nelle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen Hunter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Crenshaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claire Keys
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Wesley Wolf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Penny Raco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joy Gerardi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Bahuman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Sandberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Sherwood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nora Nelle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Antonio García-Palao Redondo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jeannie Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracy Vrba
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sabina Astete
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sister Carol Boschert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Sousa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Sorensen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Shave
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Di Naya
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Di Naya
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claire Keys
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Crenshaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronda Reynolds
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Curtis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ce Baldwin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Laird
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Rumph
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Victour
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert B. DiGiovanni Jr.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meghan Cronin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Otti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Braudy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Piper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Sousa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Wesley Wolf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Billing
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erik Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Mathews
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Logan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lois Pfluger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Pilz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L. P. Rees
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Otti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Gonnering
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Ware
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Sterling
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vincent Lullo

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Shave
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Rueli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawn Abrahamson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ce Baldwin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Victour
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Lauren Price
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John McConnell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Sweeton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Himmelman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Duffie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Vernon-Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vincent Lullo

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Sorensen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Antze
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

courtney cook
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Curtis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary Tann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Hoppmann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Lauren Price
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Burg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawn Abrahamson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana Slawson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacqueline Nulty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Rueli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

April Dorey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Spicer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Parsons
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Burg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Himmelman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Josh Gold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erik Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Durkalski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Heymann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Logan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynne Teplin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Browne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A Burgett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Loe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Spicer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Grace
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wade Worthington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Tham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary Tann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Landers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Tham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Tham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Tham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Tham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victoria Richey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Gomoll
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kiwibob Glanzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

April Dorey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacqueline Nulty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul DeStefano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colleen Carter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronna Bejarano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Grace
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Landers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynne Teplin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Picarriello
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julian Faledas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Browne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Cipolla
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A Burgett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Sweeton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Heymann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Cipolla
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colleen Carter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jena Wagner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Cotton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Kok
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

nick evanson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorri Redmon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kiwibob Glanzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louis Schmidt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Kok
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen A. Collins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darleen Alkhalili
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Kerrigan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Peischl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JASON HARPSTER
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Soldan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Friend cariglia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JASON HARPSTER
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry LaPointe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Harper

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rochelle Thomas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Kerrigan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Detels
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Stein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Parsons
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen A. Collins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rochelle Thomas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Scadova
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louis Schmidt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Valencour
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Halter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zene Peer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Trish Pool
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victoria Behar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Medina
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Friedland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Taunja Beck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Krista Lohr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Mackey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Allen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pauline Moore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Clark
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

frances h rogovin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arifa Goodman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caryn Cowin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matty Giuliano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zene Peer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JeVerna Haynes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Summer Crabtree
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Mackey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Detels
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maybelle Cross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

valerie robbins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Reed
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caryn Cowin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matty Giuliano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

W CAREY
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Scadova
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Putnam
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Soldan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

KEVIN FIFE
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

frances h rogovin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Clark
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pauline Moore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arifa Goodman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

W CAREY
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Kanavy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Skipworth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Gates
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maurya McCall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Bristol
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deann Piehl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurence Key
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martin Hecht
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Seckendorf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beatrice Wadland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Kanavy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Friedland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Holden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Putnam
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Beck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Skipworth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

valerie robbins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Allen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sinclair Bain
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martin Hecht
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bracha Nechama Bomze
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Reed
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bobbiejo Winfrey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurence Key
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Holmes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Mundth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Moore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bracha Nechama Bomze
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darcey Snow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. John Wiesner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Burbeck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Seckendorf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Seth Marcus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth MacNeil
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Hawkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Buss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Bubbenmoyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Burbeck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Wyatt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arnold Advocate
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Buss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth MacNeil
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean-Pierre Gregoire
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Seth Marcus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

trina cooper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tarla Walton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doris Applebaum
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Ridpath
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Mundth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Mitchell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Antimuro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Barton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Shea
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. John Wiesner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Donovan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russell Dagon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arnold Advocate
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Byard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Grace Bowne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Penola
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Bauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniela Honorato
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

andrew brockinton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Williamson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Penola
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Carr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doris Applebaum
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Olga Grushko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniela Honorato
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Hoelke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Murphy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Barnard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Light
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Williamson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marrion Steele
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Olga Grushko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Grace Bowne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glyn Challinor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry T Caudill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Armour
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffry Hanus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Laura Overmann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Get it?

Sincerely,

John MacDaniel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Spradlin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip Patino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Winne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Hoelke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Byard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Meade
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamella Dixon-Harvey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Knight
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christian Giuffre
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Friestad
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Hensley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Armour
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glyn Challinor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Hollowell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffry Hanus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Simmons
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Loomis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annie Prince
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darlene Hamilton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Winne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jo Roberts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Hollowell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gail Urbach
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darlene Hamilton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ari Wickramaaratchi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Minerva Hallowell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greta Aul
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Knight
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Manda Hodson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Berland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Courtney Morgan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Nasir
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Get it?

Sincerely,

John MacDaniel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

william toner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Humphrey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margie Borchers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lynn manzione
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ricky Blanton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Swartz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Courtney Morgan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Manda Hodson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arnold Marrero
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Phil Rockey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margie Borchers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Bates
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Cleary
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ian Engle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Swartz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Vandiver
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Troya Tiseo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Metcalf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Schoenberger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ari Wickramaaratchi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Troya Tiseo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Sering
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Grogan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Appel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ian Engle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

william toner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ricky Blanton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Malone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Humphrey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Sering
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. P` Scoville
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kerry McNeil
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Malone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Rosen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Weappa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. P` Scoville
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Weickhardt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Metcalf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victoria Roth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Toni Freeman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Singer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Weappa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ralph James
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Fabiano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Javad Dadvand
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Sabatini
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed K
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terri Livingston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frederick Kennedy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dean Dye
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I strongly urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kasey Kelm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ivan Russell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kerry McNeil
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Toni Freeman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Gamblin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Fabiano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Curtis Eckstein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joshua Wines
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tonya Michel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

SANDRA PETERSEN
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kasey Kelm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Jastromb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Neill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Pilz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Daley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ivan Russell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Gamblin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Curtis Eckstein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dean Dye
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heidi Ahlstrand
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Sabatini
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

shannon Patty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heidi Ahlstrand
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrice Beck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Blackberry Farm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tonya Michel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Robinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Clifton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Greer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daphne Abrams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcia Kohler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Hayward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Youd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Phelps
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terri Livingston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Luck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

k. eggers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcia Kohler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Clifton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Woletz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neil Kijek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marianne Szalega
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Greer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrice Beck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Meyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Gosselin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daphne Abrams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

shira blum
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Costigan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cami Leinard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neil Kijek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bianca McArrell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yuji Saeki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Holle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aron Ralston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Ferguson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Holt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Light
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cassandra Martineau
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Byknish
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ryan Garno
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Regan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Allen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yuji Saeki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Price
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Meyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cami Leinard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Covino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Holt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Kuhn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Winship
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Jessica Fielden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Obeid
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Ferguson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Thometz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ron bogin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Baron
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ignacio Olivieri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Bushway
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Bissonnette
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Kuhn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Black
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Arneson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brandie Deal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Barbezat
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Baron
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Covino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marian Weaver
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephani Borda
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Riley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

April Parkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Haney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karin Haag
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Price
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Obeid
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Pilz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Zieser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Brewer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katie Young
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ron bogin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Nagel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mirabai Nagle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marian Weaver
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Black
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katie Young
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vincent Lipert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melanie Rising
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

f ditlow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vincent Lipert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bernard Bochantin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Haney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Josephine Girardin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vickie Gonsoulin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erika Acosta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mirabai Nagle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Carivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bianca McArrell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce McEwen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Harvey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Ashley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Davis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Nagel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Suttpm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melanie Rising
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erika Acosta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Goodstone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Guy Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hal Forsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence East
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karin Haag
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Warren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Madole
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephani Borda
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Harvey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Plubell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce McEwen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maude Bunn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Pinkham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Josephine Girardin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fay Payton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Levi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

f ditlow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Luna Gooding
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Warren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bernard Bochantin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamylle Greinke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristian Koerwitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Floyd Maples
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lou Ann Kilburg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Madole
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michael edwards
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Hasselbrink
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gaius Poehler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

carol banever
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Peggy Schramm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Cottrill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Pinkham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Loretta Ayrer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Luna Gooding
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vickie Gonsoulin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gaius Poehler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Cottrill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Gustafson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evelyn Coltman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Venner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Allen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Kinsey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Kinsey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alec Herr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michael edwards
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffery McConaughy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristian Koerwitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Peggy Schramm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zachary Mcatee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pauline Kahney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Goodstone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frederick R Bauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Venner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Clewett
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Woodcock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Regina Woiler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Koritz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike de Lange
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Allen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Mendoza
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leland Chambers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. MaryAnna Foskett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Gustafson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Koch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pauline Kahney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Koritz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Sarelas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Regina Woiler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Collins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Fast
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Bell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Mendoza
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Plubell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Jensen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. MaryAnna Foskett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffery McConaughy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Dupree
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Sarelas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Holoduek, Jr.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jake Schwartz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Maeda
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Eudy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Haresign
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sidney Ash
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leland Chambers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ward Stalnaker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Kasten
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

tom wyman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessea Greenman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brandie Deal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Jensen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Holoduek, Jr.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martin Diedrich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marian Vargas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Olson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Goedinghaus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Eudy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Bailey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Dupree
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allen Wollscheidt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Hasselbrink
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sidney Ash
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rose hENDERSON
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Olivier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Micki Meredith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jake Schwartz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Fairchild
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Simone Ossipov
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Ruth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martin Diedrich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zachary Mcatee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

andy sessa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Kasten
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Gutierrez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessea Greenman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Olivier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Battle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Senkus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allen Wollscheidt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Elder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hynda Rome
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Bailey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miriam Baum
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Riff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

debbie moran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca McDonough
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kory Welsch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Senkus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neal Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ross S.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Wensman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Graham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Battle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Neale
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miriam Baum
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Gardner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Goedinghaus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

andy sessa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

andy sessa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca McDonough
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gayle Larson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hynda Rome
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Su Jacob
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Gerry Milliken
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

debbie moran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Wensman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Clark
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neal Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Headrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Roth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Baston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zachary Nelms
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Dente
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Rosen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Graham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Brodersen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Simone Ossipov
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meredith West
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Symonds
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Kramer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Cooke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Shaub
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

zita fox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

brenda lee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

zita fox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Jeff Christy

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Gardner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Morris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natalie Quiet
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Baston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Edmonds
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meredith West
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Gaebe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Morris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Erikson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

brenda lee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

zita fox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zachary Nelms
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

zita fox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Shaub
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deanne O'Donnell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Goller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Malia Heckathorn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Worth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Walsh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Headrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Schultz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

DOnna Pope
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natalie Quiet
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lesley Woodward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Edmonds
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Earhart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Conner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlotte Webb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerome Onufer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alfred Staab
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Robert Hall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ginger Florian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chad Evans
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcia Laris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Williamson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lesley Woodward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Gaebe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lesley Woodward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Goller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lesley Woodward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeremy Day
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Worth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Dolinko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Sharp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Ashcraft
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Erceg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Zylberman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen M. Lembeck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Williamson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawn Hall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Kaylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Elder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Sharp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Struan McArdle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chad Evans
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Faust
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlotte Webb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

marion c. woods
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Koppel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Robert Hall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Dolinko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Ashcraft
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ernest smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Walsh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawn Hall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zachary Cramer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Kaylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Zampieri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Zylberman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Struan McArdle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen M. Lembeck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Erceg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Sharp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Elder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Regan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miss Deborah Lancman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Nielsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. George Phillips
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Persico
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zachary Cramer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ernest smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Gerry Milliken
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

trina cooper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Forbes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kurt Kiebler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen Prefontaine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

eric janty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ernest Montoro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eleanor Westmoreland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Orr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Nielsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Zampieri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeremy Day
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miss Deborah Lancman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nikki Refghi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Forbes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Garber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Crowley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nikki Refghi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristin Rosenqvist
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Sprouse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

eric janty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bryan McCarthy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Engelman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clara Bleak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Bolles
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allison Delavan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Mazur
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Orr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clive O'Donoghue
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ernest Montoro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ernest Montoro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eleanor Westmoreland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Engelman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Crowley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the ffive states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Stutsman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Holtzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. James Hanson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

oren horst
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Eide
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pawel Karpinski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Wooldridge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Stanger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Kessinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Lindelof
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Albert R. Matheny
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Holtzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis/April Clobes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacquelyn Wrycha
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacquelyn Wrycha
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Ledden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Loper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement which bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candidus dougherty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hope Millholland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Windy Childs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Michel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolina Goodman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Wooldridge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill McManus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pawel Karpinski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Lindelof
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Lindelof
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Fiedler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Halley Jacobs

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Albert R. Matheny
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

oren horst
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Morgese
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennie Brawner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald Mahoney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Fiedler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Markowitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Jewell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

T Cho
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacquelyn Wrycha
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Schadt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Windy Childs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Halley Jacobs

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jackie Wolf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sister Carol Boschert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Rynes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Rexroth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement which bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Zserai
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Hillman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda McVarish
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

We Burgart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Rynes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Norton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ginger Peeler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Rattigan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Strode
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Rexroth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Crawford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Schadt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Kenneth Bird
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald Mahoney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jackie Wolf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MICHAEL DIGREGORIO
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Zserai
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Strode
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, don

Don Dicken
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

robert zeller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K G
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Meszaros
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill King
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Swanson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mick Alderman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Williamson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clayton Denman

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Norton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Barnard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Rattigan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katarina Lang
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill King
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mick Alderman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Calvino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim VonderHaar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clayton Denman

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sybille Dubois
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janie Lucas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Naira Bribiesca Hueper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Buttitta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Céline EXCOFFIER
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Hillman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Mandler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gina Bond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Black Grubman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

todd Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Klimovitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Naira Bribiesca Hueper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ted wray
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Seeling
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Scholten
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda McVarish
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Huarachi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Sherry J Marsh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Mandler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael F. Kolassa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gina Bond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Céline EXCOFFIER
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim VonderHaar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janie Lucas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Soronen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Crane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katarina Lang
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ANDREA ROBINSON
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Middleton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melinda Geiger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Billie Leyendecker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberta Beneduce
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Medbery
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Stidham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Huarachi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Pire
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen Wheeler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Stimson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Gene Fox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Soronen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Black Grubman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dick Hannigan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kenneth gillette
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Stawinoga
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Vortman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Whitaker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Middleton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Barnard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Pire
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Wiese
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Stawinoga
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kenneth gillette
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvette Fallandy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Zilm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Buttitta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. T Reading
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Sheehy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Weeks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip Noel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karin Sandahl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Audrey Price
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Ledden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Steinberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael F. Kolassa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zvi Bassan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert D. Missimer. Jr.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Florence Rogers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Frances
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Jensen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lucretia OToole
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Hanson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian de Castro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Savino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Rede
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert D. Missimer. Jr.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Steinberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Renee Moreno-Creer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Audrey Price
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Hatfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Savino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Friestad
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Amador
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Florence Rogers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Sherry J Marsh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Antonio Bayona
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Caiazzo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Frances
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

justine karadontes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Drew Stafford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Duane Spicer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Wornum
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald De Shon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Antonio Bayona
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Rede
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Sharpe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Caiazzo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Schally
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Renee Moreno-Creer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Conrad Ionski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sidney Schultz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Hatfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harry Hunter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gina Whitlock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lucretia OToole
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Vayo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Labb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Crane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Garza-Aragon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Amador
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Labb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Conrad Ionski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Laitinen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joie Budington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judi Poulson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Waitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated, and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Wiederin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harry Hunter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Macelhiney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Vayo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jami Made
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Byrer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joie Budington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Armando A. Garcia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Moriarty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Wiederin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bo Sawczyn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mitch Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathe Jacobsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Laitinen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Sunderland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Armando A. Garcia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Waitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Cynthia M Arnold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jk Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Schally
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mitch Wilson

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ted LaPage
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gilia Humrich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Youngren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Vogel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Cynthia M Arnold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Macelhiney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Moriarty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gloria Cadet
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jami Made
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Krueger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Sims
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Abele
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alec Behr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gina Whitlock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Laclair
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Mansfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gilia Humrich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Krueger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Loren Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorna Wallach
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Sims
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Irene Roos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Cheo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

susan johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jk Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eula Rice
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Yamate
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gene Goff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Beland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alison Bond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alec Behr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Cornejo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Porter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Dixon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Irene Roos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorna Wallach
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Merlino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Laclair
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Kathleen Mead
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen Mehler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Weis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Rudner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Walker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

susan johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Ferrell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alison Bond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd Clark
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katia Scaglia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Mansfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen Mehler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Havens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eula Rice
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Metzloff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kasey Konkel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynell Withers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Keener
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Pflug
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katia Scaglia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis Swank
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D.B. Pope
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita McNamara
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Ramsey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lanier Hines
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Unger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Mahoney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Porter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynell Withers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Presley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

anthony oliveria
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Dixon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Weaver
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Amit Shoham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Keener
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

shirlee maddren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

anthony oliveria
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Walker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

NO TAX DEDUCTION ON THE FINE. I DO NOT GET TO DEDUCT FINES FROM MY TAXES.

Sincerely,
Pat Norton

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Albert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Merlino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Ramsey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Mahoney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lanier Hines
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Freeman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Kearney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Wagner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Robert Rippetoe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Presley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Woodhull
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Parshall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Kearney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Camelia Mitu
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Almack
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janette North
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lance Polya
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Gibson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Robert Rippetoe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Camelia Mitu
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Gladstone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Mitchell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Klein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis Swank
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Almack
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monica Goodrich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Albert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Robert Albert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Musial
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janette North
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Fraidstern
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

h ozeran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Robert Albert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Woodhull
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dianna Wood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Siegner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Musial
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Georgia Shankel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Splan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Fraidstern
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lyn Goldinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

h ozeran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Senger Jr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dixon Withers-Julian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nick Leventis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Carol Blanchard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Culp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Hartford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miles Patterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey West
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dianna Wood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Agonito
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Lane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Hill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Carol Blanchard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey West
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita McNamara
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Millard Atkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Cordaro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd Hammond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Culp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Mary Whitehead
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Keough
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Hartford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cyrus Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Marks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jon powers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Bloomfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Cordaro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. ERIC THU
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wilma E Ralls
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Hughes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Hill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cyrus Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Commey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lyn Goldinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Ronan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Metters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Richard DiMatteo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dixon Withers-Julian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Mary Whitehead
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Millard Atkins

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Gladstone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Bloomfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Neuhauser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Stine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. ERIC THU
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harry Blumenthal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maryann G. Strain
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Hughes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Richard DiMatteo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terri Blevins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Simmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Gaibrois-Chevrier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Hilgartner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Agonito
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shelley Kilbon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Burns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Metters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Boles
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Ronan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenn Fain
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Marks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Dowling
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C D Metzger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Sullivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Delisi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Walter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Peltzer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J.b. Ciesielski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Mathews
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A. Zamudio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maryann G. Strain
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Hahn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shelley Kilbon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas McLaughlin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Dowling
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Addington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John LeFevers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Steven G. G Kellman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Freewoman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Goldman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Mago
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Mago
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberta Stuemke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Hilgartner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Gaibrois-Chevrier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harry Blumenthal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

denise nyman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Petkovic
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sam Naifeh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C D Metzger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Walter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Sullivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Harrison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Honora-Bright Aere
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Delisi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terri Blevins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Moore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacob Lamphere
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J.b. Ciesielski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Tennies
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Hahn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Stevenson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Thorne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Commey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Bisker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Berwaldt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Mathews
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Pavletic
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

denise nyman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Tanner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Satterfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erik Diaz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Honora-Bright Aere
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Berwaldt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Steven G. G Kellman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberta Stuemke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas McLaughlin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joy Cash
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Stevenson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Barnebey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theo Van Wijk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Thorne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Day
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Goldman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Harrison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Vermeulen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judi Kerr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Purcell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Bisker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Tanner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Allbee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Schomaker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Kathleen Mead
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francis Mastri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it. Please, your position is one that is supposed to represent what is right. Protecting a corporation like BP and selling out the American people will be detrimental to a country that is continuing to fail. Help us recover please.

Sincerely,

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Ardinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aviva Ehren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Yurchuck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristin Kokal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Michael Laird
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Allbee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shelley Bobb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theo Van Wijk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Barnebey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maggie Curati
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Pick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Alecto Caldwell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francis Mastri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Keith Gagomiros
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aviva Ehren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Meyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristin Kokal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Nardi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zach Sievert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ROBERT C. BARTLEY
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Shelley D. Dahlgren, PhD
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shelley Bobb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Ardinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vaseem Contractor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stan Tyson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Powers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Keith Gagomiros
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R Lovesky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Pick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jaszmene Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Pardee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Woodcock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. Please make sure they can not deduct these costs from their income tax as well.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Emily Willoughby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Culp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Wozniak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Moody-Arndt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stan Tyson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Greer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Sackin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Mazzotti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vaseem Contractor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Wozniak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Culp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francine Ungaro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Addington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Tomaschik
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Genny Genevich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Freewoman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Cheesman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Boyle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Mazzotti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doreen Frega
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra L Lawrence
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Constantine Bogios
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

nic todd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francine Ungaro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Tomaschik
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Argo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ROBERT C. BARTLEY
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melanie Waggett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Bergerud
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Pranausk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Emily Willoughby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Starr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Londa Fowler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doreen Frega
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

nic todd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Bergerud
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Summers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Argo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Clemenich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Boyle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Esther Fiegel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Crittenden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Solomon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claire Coleman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barb Mathes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Etter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra L Lawrence
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Pranausk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Robillard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

andy andrews
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claire Coleman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Crittenden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Constantine Bogios
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Minshall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Ouren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Samuel Durkin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lois Bernstein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barb Mathes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch.

I am privvy to inside info concerning the deep level of culpability of BP higher ups in this disastrous fiasco. Their behavior was unthinkable and heinous. It was, in real terms, an act of terror against their crew, contractors, customers, and the country and physical environment of the USA. As the chief enforcement officer here, it is incumbent on you to extract the complete price for the consequences of BP criminality.

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mick nickel

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Robillard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

andy andrews
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Samuel Durkin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barb Lee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maxime Devilliers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Delmar

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maxime Devilliers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evelyn Aron
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monica DuBina
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Burton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sally Courtright
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shaun Thomas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that BARS BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must NEVER be repeated and taxpayers should not be left paying the cost of it.

PLEASE DO NOT MAKE THE TAXPAYERS PAY FOR IT!

Sincerely,

Mary Vermeulen

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherry Bowles
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Minshall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Resetarits
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Felske
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Whiteside
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne-Marie Mitchell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Sullivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Delmar

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Munsey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Ouren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evelyn Aron
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Musick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Carla Tuke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Whiteside
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Loftin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robyn Hallonquist
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Burton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike MacGuire
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary Busterna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Resetarits
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Mogg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Musick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Karns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Carla Tuke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Krall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corinne Dubord
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Gomes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vera Krokonko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Sullivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurel Facey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda McCarthy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Cooper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Hemenez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Mullen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Gomes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Benefiel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Hemenez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda McCarthy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Lou Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Whitney Cloud
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorethea Simone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Wire
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary Busterna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rod Moren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Powers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Buch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corinne Dubord
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Gross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Cooper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carmen Ramirez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

W Kent Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carmen Ramirez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Mogg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doris LeVasseur
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Kaplan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Boyd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Kohler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Iorns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Wire
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mal Gaff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Chowdhry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Judith A Bohler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Mcmahan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Udel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Mcmahan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rod Moren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doris LeVasseur
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

bradford harrington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Benefiel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gretchen Carnaby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fanny Aragno
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allison Castle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Dodd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann & John Christenson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

marguerite Larson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mal Gaff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Chowdhry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Gruber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Linda Bescript
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Spoor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Mcmahan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Udel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Judith A Bohler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Powers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gloria Wurst
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Vergara
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jim dyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

bradford harrington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Dunn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Whitley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Lo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Kohler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Gruber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

deborah walsh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

marguerite Larson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gloria Wurst
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Burger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Hall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zoe Alexander
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Fairchild
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

veran randle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Anctil
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Shannon Jacobs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marge Nealon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Whitley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meg Madden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Hall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

fred meade
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Burger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Mendousa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Bell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Fromm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Conti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Grimley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leila Mohseni
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victoria Linehan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

duane howe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr Roderigues
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Diane Z Fascione
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Mendousa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zoe Alexander
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Morgan Craig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

fred meade
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Krall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Dennis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Friehauf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Grimley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Morgan Craig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Jongen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Diane Z Fascione
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. David Hermanns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

duane howe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Shepherd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Gail Linnerson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victoria Linehan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Fromm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Byrne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Friehauf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Warhurst
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Hoppe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr Roderigues
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Panny
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Wilkes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. David Hermanns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allison Castle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leila Mohseni
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Edwards
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meryl Rogers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Kaler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Trembly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Panny
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edwin Hasson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Goss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Lane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Hoeman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Gail Linnerson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Prabu Gopalakrishnan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Simpson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dominic Libby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Shepherd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Thank you.

Sincerely,

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Marilyn Mason
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Lange
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edwin Hasson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

andrea f.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Molder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Hampel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Trembly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jordan Awasthi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Vallejo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Goss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Marilyn Mason
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Preston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Prabu Gopalakrishnan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Hampel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Molder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Noble
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Babyak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jordan Awasthi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Hoeman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Power
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Babyak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex Kemper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ashley yonker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Noble
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

edward cassidy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Lee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hannah Stanton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Gross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Judy Genandt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

edward cassidy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

elga konietzny
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Power
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Weldon Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Parker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

john stone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Weldon Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Souza
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Kutchen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Blessing
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa VerDuin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erick Diaz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

elga konietzny
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Burns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Parker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Tanner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

BrendaLee Lennick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edwin Homeier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edouard Dawson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Kob
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Siegel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Peel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa VerDuin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. George Lawrence
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Blessing
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Hearn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

BrendaLee Lennick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Peel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Hyde
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Slass
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Bell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

TONI THOMAS
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rochelle Wood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Hector
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lindsey Caudill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M. Rae
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Tina Tine'

Tina Tine'
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Hearn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edouard Dawson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Hyde
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Hector
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Malone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Longyear
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lindsey Caudill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natasha Brenner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ieva Berzins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Donnelly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Rubin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Degner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M. Rae
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna L
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isabella La Rocca
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Donnelly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Huddy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brand Kidney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rochelle Wood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tony Lentini
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Tina Tine'

Tina Tine'
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Longyear
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rodolfo Cardona
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Harry Newman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Omiya
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Watt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brand Kidney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lucinda Windsor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Challinor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Coon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

marc fried
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Huddy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Watt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

tracy faunce
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Guzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Naython Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harriet Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Hughes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Hortsch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Charles Wirth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

marc fried
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

June Gordon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberta Weissglass
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Challinor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Hogan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

tracy faunce
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Garrett

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Keefe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Naython Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harriet Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elvia Allen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Russell Se
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Malone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Charles Wirth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lucinda Windsor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Hughes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Hogan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Broadrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Russo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

June Gordon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Bengel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Bedrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Efraimson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Kroeger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marijeanne Sarraille
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Florkowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Hortsch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Leedy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Pope
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberta Weissglass
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Garrett

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Shanahan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Ellison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Gross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Trina Walls
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Rowen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elvia Allen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Brownlee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Hicken
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Belinda Berkemeijer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Pope
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Cheek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Leedy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Radecki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Rowen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Brownlee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Ellison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Michaelson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Kogan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Efraimson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sister James Marie Gross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Patton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Sien
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Cheek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Carter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Patton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Michaelson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Rogers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Powell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Joyce Crowley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Belinda Berkemeijer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Sien
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sister James Marie Gross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Moore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Boyce
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Florkowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bradford Kral
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacey Zuckerman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Rossi
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betsy Villasana
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynette Ridder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Powell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Moore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chuck Massoud-Tastor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacey Zuckerman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Rebecca Pollinzi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynette Ridder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Hicken
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Rossi
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Kahn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

W B
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daymon F Sadler Jr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Ikenaga
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Morgenstern
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeannine Bloss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Beardshear
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Brenner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Kahn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Knop
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Hultman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeannine Bloss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isabella La Rocca
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Stucky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Jennings
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Souza
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

shirley jackson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Morgenstern
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elliot Chase
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Neth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Brenner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Dianne Douglas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Poss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

david miles
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Dianne Douglas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Dunham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

shirley jackson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natalie Kovacs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bettina Hempel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Gennarelli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marsha L. Jarvis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Cooney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Jennings
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Vic Bostock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr.Dominic Brisson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janna Piper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marsha L. Jarvis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeaneen Andretta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Poss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Goldstein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Vant, Jr.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Key
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Nelson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Vic Bostock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian McFarland
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vincent Alvarez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Stone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

david miles
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Gennarelli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Takako Ishii-Kiefer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erick Hedrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Avery
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian McFarland
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ray Decker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janna Piper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Nelson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Nelson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Hailey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emily Dickinson-Adams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

robert kimble
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Vant, Jr.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr.Dominic Brisson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helena de Vengoechea Rudd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Sumida
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Heidt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emily Dickinson-Adams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemarie Caruso
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

SallyMarie Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerri Kappler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Welsh

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Devlon Clouser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Sumida
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemarie Caruso
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rodney Whisenhunt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerri Kappler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Star Seastone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

bob speiser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Star Seastone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Dutton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Schrempf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rev. Nagi Mato
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Hunkler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James R Swenson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

SallyMarie Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Hunkler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rev. Nagi Mato
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Krainman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Robinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean-François Fauconnier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Dale
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eliot Pozehl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Petroni
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Carolyn Treadway
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Krainman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kent Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Star Seastone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon MUST NEVER be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darshana Maya Greenfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Star Seastone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

linda coley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Carolyn Treadway
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Petroni
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Evans
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Chapman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Lamont
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Baouche
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Swyden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

linda coley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Chapman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lila Osborne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Barnes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nick Salerno
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Chase-Rockwell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carmen Silva
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Lamont
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glen Sandberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darshana Maya Greenfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Holtzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victor Spada
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Christopher Heuman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martina Sierra
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Holtzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Baouche
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Javier Rivera
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mason Arion
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Conroy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Webber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Christopher Heuman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karl Koessel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheridan Ryder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Schreiber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tor Nichols
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Javier Rivera
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mike fontana
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karl Koessel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Conroy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. George B. Kauffman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mike fontana
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig E Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glen Sandberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Mark Gotvald
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Muchowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly Kukkonen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Barthelow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Hadden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean-François Fauconnier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eva Thomas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elloie Jeter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Riley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zoe Strassfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. George B. Kauffman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Caesr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marguerite Shuster
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

christine kender
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Ewing
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betsy Lindemuth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Schickendantz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Mark Gotvald
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Schweickart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elloie Jeter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Musselman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Hadden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Alexander
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Spencer Berglund
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

christine kender
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Theisen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Riley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eva Thomas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ava Venturelli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Spencer Berglund
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Von Tress
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Taylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deniel Germanotta

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Schickendantz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Barthelow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Curt Sayers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Moneca Dunham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Von Tress
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Grattan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Provol
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Wolfe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ava Venturelli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rc Dutra
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Ford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Angerer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Provol
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Hale
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Liz Galst
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Dubovec
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Pepin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Liz Galst
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Myron P
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Moran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Wolfe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Taylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Hale
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Moran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Jagiello
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

We as tax payers did not spill that oil, BP did!

If we as tax payers spill oil on our driveway we have to clean it up, NOT BP! That we expect and respect! But what we cannot respect is large companies expecting us as tax payers to pay for their mess let alone clean it up for them!

Sincerely,

Vivien Britton

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D Carr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig E Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Felicity Tanous
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Tyler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Al Good
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ananda Patterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

norman hines
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M.E. Scullard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Wechsler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Heininger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Garber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Lord
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

norman hines
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Ours
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Eckler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb S
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michele Shave
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Felicity Tanous
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Al Good
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sabreena Barton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M.E. Scullard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Klausing
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ginger Ikeda
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Wechsler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Rusch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Eckler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb S
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Lord
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christian Dollahon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Falk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Grace Helfrich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Falk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Rusch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Hauck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evy Mayer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vivien Britton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Stock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francisco Egipciaco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justine Tilley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Becky Haugse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Vee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Samantha Siler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francisco Egipciaco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justine Tilley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Grace Helfrich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Hall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Worley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Samantha Siler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Stokes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Becky Haugse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Black
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gabriel Maxwell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Dannecker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Cowger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Shapiro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Sevald
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gabriel Maxwell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Colston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Taylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Stockwell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Taylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tammera Hinshaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Dannecker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tyson Hewitt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Shapiro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Bellert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Taylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Cowger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Schwartz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Waltner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Colston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. T. Randall (Randy) Mock, M.D., Ph.D.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tammera Hinshaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

tim wright
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Hammond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Knipp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Rengert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Lemus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Waltner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael McDonald
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacy Bloodworth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Knipp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Rengert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacqueline Potoski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Trunk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Hicken
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael McDonald
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanna Griggs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denice Cornell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacy Bloodworth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Martinez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ralph stephens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

tim wright
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kj king
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Y Hogan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Lemus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kara Hodges
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Petra Jaerling
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gemma Hensey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Schwartz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Priscilla Martinez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonna Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanna Griggs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Priscilla Martinez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Macartney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rania Bratberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denice Cornell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sabine Painter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ralph stephens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Andre
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Trunk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Petra Jaerling
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kara Hodges
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

edward abbey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Bungarden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ysa Hammond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Beatini
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brandy Petrovic
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale Janssen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Seitzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

First Name Gibb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Stern
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

First Name Gibb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Stern
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Slifka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacqueline Sowa Colyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Cardinali
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Stern
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ian Simmons
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Meskus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale Janssen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Bungarden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeriene Walberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Trisha Townsend
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Both
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Beatini
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

First Name Gibb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Nona Weiner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Howard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jack murphy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Janet Maker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Mayne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Riley Canada II
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Trisha Townsend
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Baker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Panaro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Both
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Mosher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kermit Brooms
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Howard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Veneziale
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Stamos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Mayne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Porter-Steele
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Torrieri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Bonnie Weber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ginny White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeriene Walberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Baker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Wroblewski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Janet Maker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph De Meis

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Veneziale
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy McBride
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kermit Brooms
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Luster
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Rebson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Skinner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Torrieri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherri Andrade
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Yenney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Lawson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Coleen Brock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ryan Dodson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Teegardin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherri Andrade
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Rebson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Crews
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jimmie Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Teegardin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ryan Dodson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Carroux
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Jordan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barrett Guthrie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Helton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Yenney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Hayward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Sugerman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Wendy Holzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel Christine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Young
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Lawson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Mueller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

RICHARD AMERLING
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ibrahim Hafid
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Jordan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

carol broll
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dona Patty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Skot McDaniel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

F Meek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Mueller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

thaly guerrero
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Berger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Dunkak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiamoyo Gilchrist
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lane Rolland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Dunkak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

carol broll
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Wroblewski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ian Haggerty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelley Keisch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kirk Zinkowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Daloia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Scoville
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ibrahim Hafid
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Thayer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Villanova
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Newberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Daloia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Morgan Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha F. Hoar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cecelia McCarty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pedro Mier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia M. Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lane Rolland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pedro Mier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beatriz Pallanes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kirk Zinkowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ashleigh Steil
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JESSE COUNTERMAN
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cecelia McCarty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiamoyo Gilchrist
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ashleigh Steil
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherwood Reese
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Hayward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stack Kenny
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dianne Lane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Brinkmann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelley Keisch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Rice
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

susan rump
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Holcomb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sangeeta Benbow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Winkel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Bilsky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Basker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beatriz Pallanes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

melek korel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Taylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha F. Hoar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sangeeta Benbow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brigid Keeley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Hand
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Villanova
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Liao
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Bilsky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Taylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Marott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stack Kenny
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stack Kenny
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dianne Lane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brigid Keeley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Moyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Marott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Watson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

susan scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Lemlin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Holmes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Myrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Mallory
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karin Ralph
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Moyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Hand
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joshua Katzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Phillip Freeman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Do not be pressured by the Republican puppets of the "Dirty Fuels" businesses to let their bosses off the hook.

Sincerely,

Michael Revord
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Mitchell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Stavros
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lana La Fata
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hilary McIndoo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Watson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

melek korel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Becki Fulmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, James J Provenzano

James Provenzano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joshua Katzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harriet Adams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Holmes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Mallory
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Fassino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Myrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Van Loon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Pritchad
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Johnson

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

maryanne pilgram

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Gillespie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Haupt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly Marczak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Garry Clark
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Provenzano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Davenport
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Whalen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Fournier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Fournier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Caldiwe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues -- I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated, and taxpayers should not be paying any associated costs.

Sincerely,

Mark Bartleman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Pritchad
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Van Loon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Whalen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Davenport
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Haupt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Beeman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Hargrove
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Clerke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael VanZant
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Schoonmaker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vsevolod Gurevich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Hauck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Hargrove
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Marston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawnie McAdams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Brookover
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Naomi Jacobs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Blake
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bren Cozad
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna J. Fasanella
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Cechony
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael VanZant
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Moore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy DeVitto
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Clerke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Marston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carmen Mitchell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allison Pierce
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Brookover
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawnie McAdams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel Porter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms Jackie L Tryggeseth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Lowell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Pacey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marjorie Ostle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy DeVitto
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Viergutz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Michaels
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fran Maroney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Hoffman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Bauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Bauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carmen Mitchell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Swanson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Whitelock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Steininger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kurt Swanstrom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane and Rino Servadio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Powell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Charles Wirth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Pacey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allison Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Carter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Charles Wirth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Powell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane and Rino Servadio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Bushaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Whitelock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Steininger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

meredith ryan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Howie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Orner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Carter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allison Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shelly Running
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Ritter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emil Aanestad
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Hobson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen Besancon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

meredith ryan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lilian Robinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eleanor Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Rarick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ROBERTA STERN
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherri West
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bren Cozad
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Warner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Schwartz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ryan Hanson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen Besancon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheryl Eaton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Asteinza
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victor Ponce-Juarez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherri West
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Clark
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Wyly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ROBERTA STERN
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ryan Hanson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Sexton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Eblen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Ritter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Bushaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Doty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Catherine

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Ploger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheryl Eaton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Warner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Hobson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patty Daugharty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Burns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victor Ponce-Juarez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R. Lance Loughlin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna McCreery
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Doty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Puffenberger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Willis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evan Pinkney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julianne Ramaker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Stefacek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Ploger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerome Cohn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. David Leithauser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen Sullivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eugenia Alvarez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chuck Graver
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Burns

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ricardo Pacheco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rafael Flores
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Puffenberger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D Nicholson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alva Pingel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LAURA HALL
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Krohn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Legsdin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary W
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ricardo Pacheco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Alagammai
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R. Lance Loughlin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chuck Graver
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LAURA HALL
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Knud Padborg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Judith Pearson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Krohn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rima Rosenthal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Sarabia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Rarick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Rarick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Phipps
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary Smith-Campbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen Sullivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Judith Pearson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Alagammai
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alva Pingel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Sarabia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Laity-Snyder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary Smith-Campbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kerry Kuhn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Hernandez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Robey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rima Rosenthal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Moffitt-Graham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Pruitte
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lex Hames
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colin Hetzel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chandra Rambo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Hallett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fay Renardson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maurizio Sini
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary W
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary W
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D. Arslani
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Paul Gorman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Hoch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leo Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neil Bacher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Hallett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jranne Mackay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leonard Douglass
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Laity-Snyder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana May
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Beaulieu
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Samantha Martinez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jon Bazinet
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Robey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jranne Mackay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Scott Bishop
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Giddings
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Samantha Martinez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Domenico
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Mattei
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

belen lopez-deleon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Beaulieu
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

tari pantaleo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ofelia Lam
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Scott Bishop
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eugenia Alvarez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Chisari
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

w Lindauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Standerfer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Quimby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Titone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Liedike
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randolph Zimmerman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margot Fogerson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Chisari
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

belen lopez-deleon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffery Pelath
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Penny Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Liedike
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Ballard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Hamlin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Titone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Coan

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

tari pantaleo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Swanson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Slanger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Char Hill

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Daniels-Lee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Vradelis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

e. frederick bassett

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

karla walters

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margot Fogerson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Park
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Daniels-Lee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Wendell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gustavo Sandoval
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ralf Schuetz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

j Howse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Kay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bobby Singh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Vradelis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Ganassi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bobby Singh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joy Mankoff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Park
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Kay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ralf Schuetz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean OHara
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Bourgoyne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Kilgore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Stewart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffery Morgenthaler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justin Prem
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Ganassi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melody Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Mayer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Gricki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Green
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gustavo Sandoval
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Whitehurst
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Childs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monika Seegler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Stewart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Stewart Wiggers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Karsh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Desiderio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Collings
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monika Seegler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Char Hill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffery Morgenthaler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Stewart Wiggers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melody Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nick Dumont
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Kilgore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Desiderio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Patterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Whitehurst
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Puchli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Yll
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shoshanah Stone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shoshanah Stone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Yll
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Buford Cummings Jr.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Orozco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louis Micich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John M Long
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Sapulpa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Roberts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kalinke ten Hulzen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Kennedy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jacki masar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John M Long
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed McCullough
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allen Gibas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Puchli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Downing
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tomate Lechuga
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rashid Patch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Trujillo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Heumam
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heidi Jurka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Spurlock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Nichols
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Theresa Perenich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Keys
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David S.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Culp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

victoria wade
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Ellis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ingrid Broecker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rashid Patch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Ganter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorie Long
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allen Gibas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Abatuno
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Ganter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Theresa Perenich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

victoria wade
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Iris Edinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Culp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Niara Isley

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Keys
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Ellis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louis Santiago
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Abatuno
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Olson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathe Garbrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Hamersky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Niara Isley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bro.James van Koolbergen,CFC
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicki Stefancich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cuauhtémoc González
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Heller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jill greer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erika Wanenmacher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louisette Pochat
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie K Donaldson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Wolff

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Trujillo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jill greer

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathe Garbrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cuauhtémoc González
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Wolff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicki Stefancich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erika Wanenmacher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Sandy Lynn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jan jordan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Faverio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Layken Bovaird
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Ordway
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Burkhard Broecker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Larkey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S. Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jan jordan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ginger Carter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Faverio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Walstrom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

GF Wade Jr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachael Neffshade
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Pulawski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tabatha Chapman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joshua Belknap
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Werner Jacob
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joshua Belknap
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ginger Carter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Pulawski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Layken Bovaird
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Else
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Clary
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Mann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katharine B. Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Werner Jacob
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Mazias
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marjorie Gelber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Teresa Agozzino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russell Somerset
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

m gutierrez

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kenneth walters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Else
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tabatha Chapman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorie Long
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Lippner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Young
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marjorie Gelber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kenneth walters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon R Fortunak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Fleury
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Teresa Agozzino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evelyn McChesney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Casebolt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Baker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Ventrella
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Burlage
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Finn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Sims
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Knouff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Lippner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evelyn McChesney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Inez Goodin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Zimmerman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon R Fortunak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Casebolt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Krumrein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Tom Hicks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jessica mitchell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Cooley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Berl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Knouff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Cobb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Cooley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Carmody
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Baker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Inez Goodin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Petrikowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Ventrella
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Hobbs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Kathi Kibbel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Davis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Luke Steichen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy K Simpson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy K Simpson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Brothers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Etta Robin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Hobbs

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dylan Nguyen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Mitchell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Ford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Gregory MD
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Crowley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Luke Steichen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Rafferty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barron Black
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Luna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Gregory MD
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy K Simpson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy K Simpson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Hildebrand
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Crowley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barron Black
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Carter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rich Barrett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Knablin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Rafferty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Sutton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason O'Reilly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brandye Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Carter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Milhaupt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Imhoff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dean Mcmillen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Mochel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kym Waugh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Burlage
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Ford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Constanza Correa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Brocious
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Sutton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Hildebrand
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Milhaupt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Wilcoxon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Mahlau
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Romanowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Verdicchio

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Knablin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Kestella
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. R. Zierikzee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vinny McElhiney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia VandeGrift
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

VIRGINIA ARADIO
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lloyd Loring
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Verdicchio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael B Wisper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Keeland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Phillip C'de Baca
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debi Aldrich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Mazias
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Andrew Locatelli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lilly Knuth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Romanowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vic Berry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Mike Michael Seyfried
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dean Mcmillen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Longobucco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Rynaski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated, and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Gouge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jona Petrikowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. S. Chapek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debi Aldrich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Magers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Mike Michael Seyfried
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Gannon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kym Waugh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Krauser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Lamkin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Weissberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Luanne Sievers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Longobucco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Longobucco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Phillip C'de Baca
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorrie Ogren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Magers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lilly Knuth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Gouge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Luanne Sievers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Niendorf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Wood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherry Sprayberry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victor Tweed

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heidi Carton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Rynaski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Nowicki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Geoffrey Fisher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Gannon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Weissberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miklos Bosarge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kathy jongsma
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Priscilla Harrier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philo Caps
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherry Sprayberry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miklos Bosarge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Daly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Pastula
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Washburn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ashley Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Av Harville
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Ward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Michaud
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kathy jongsma
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Tyler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Alexander
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Priscilla Harrier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Breen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Geoffrey Fisher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E. Ingrid Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alva Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristi Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa` Hughes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Plancich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Washburn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Appleton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Breen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristi Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alva Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Nero
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Gould
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Nero
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E. Ingrid Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine B. White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melody Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Holt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Gould
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Appleton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karla Klueter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bo Baggs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Kalisvaart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Keck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Burroughs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Holt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Brunger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Schreibeis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Wilkin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bo Baggs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MJ Timmins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Rae
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melody Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Acord
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Av Harville
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Janusauskas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Keck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Burroughs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glen Pappas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kurk Schoner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Hilleary
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brookie Judge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kara Graul
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Ma
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kurk Schoner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick A. Sigala
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Kalisvaart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MJ Timmins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Clancy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karla Klueter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Willis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glen Pappas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brookie Judge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bita Edwar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew P Connolly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justin Madia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Schreibeis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert McGeachie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

P. Melanie Vliet
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Collins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Brunger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Ma
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bita Edwar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Eileen Weisinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Davis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Ravnitzky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Samuel Austin

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Willis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Bumgarner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Adrian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Gilbert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Clancy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Gelder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tammy Routley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Eileen Weisinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ray wenrich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Bumgarner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

adam kaplan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Samuel Austin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Gerdes-McClain
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rich Meier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Rohe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

shawn thomas

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Ravnitzky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew P Connolly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Gerdes-McClain
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Van Gelder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary kurkowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynne Glaeske
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Garcia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justin Madia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sarah gilbert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauri Rizio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Paul
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauri Rizio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sarah gilbert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary kurkowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Kellerman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cris Usher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christian Hobbes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leonard Silver
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cherryl Friedman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Garcia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ray wenrich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nikisha Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Ware
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cherryl Friedman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Paul
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wallace Rhine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Harlow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leonard Silver
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Affleck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Conca
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlene Renshaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leonard Houghtaling
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cris Usher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeri Sawall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jon McWilliams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Lindsay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marleen Neus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cameron Mosley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Harlow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Watkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Lindsay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

B Bergeron
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Runa Schlaffer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Andrew Locatelli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel C
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shirley Harrington-Moore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shirley Harrington-Moore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Conca
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marleen Neus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa M. Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Ferrari
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Watkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cameron Mosley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathie Ernst
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Mace
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa M. Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J. Brian Graham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cordale Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Lusch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Mace
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mayra Garcia - Hughes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

B Bergeron

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Runa Schlaffer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlene Renshaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Surmann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cordale Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Pritchard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Ludwig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mayra Garcia - Hughes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Bourke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristin Gallanosa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Pritchard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wil Levine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Lusch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

faye karson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Surmann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Ludwig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Landress
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Benoit Muracciole
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacey Gunderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Snider
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristin Gallanosa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Wallin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Wallin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

shemayim elohim
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Denham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S. E. Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

N Refes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Landress
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Fox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Prellwitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cray Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Wallin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Fox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JANET Carmichael
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael weiner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Haven
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Craft
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Kelbaugh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Young Klessig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Young
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Grover Gregory
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cray Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Prellwitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Spritzer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JANET Carmichael
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S. E. Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Bourke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sergey Falko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Young Klessig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Klein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Tokuda
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Bower
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Regan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Terry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Demetzky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Eliz Hunter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Hughes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Brou
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Myhre
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wayne Langford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Rouse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Rebischung
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Sanchez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Bailly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Grau
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

BP needs to pay all of it.

Sincerely,

Thomas Bolker

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Terry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawn Tays
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Dunaway
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cameron Dillon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Bailly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Sanchez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jEANET MCGEE
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Paige MSG USA Ret
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Joyce 0 Raby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sergey Falko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Grau
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Klein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawn Tays
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Bower
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Craft
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Demetzky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margo Salone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MARY JO KUFFNER
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cameron Dillon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

vicki hughes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Hughes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Kaechele
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Rivers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Lepley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Neuenschwander
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Saltz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Max C
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annapurna Moffatt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Max C
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stewart Smythe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

melissa fleming
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Girard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erik Montalvo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Sevy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Stimpson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Rouse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Constanza Correa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Rivers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Moeder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Dicey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erik Montalvo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Myra Rieger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Emerson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patti Rospert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Lepley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex Mattson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Newman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa VerDuin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Eland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita F.

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tricia Murphy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wanda Walker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Stimpson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Stratton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

BOB HAGELE
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Sevy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Kaechele
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Mansfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael McConaghy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Myra Rieger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Moeder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Herman Schiller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michael forcade
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita F.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patsy Lowe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Mansfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Emerson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Penny Pearce
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dolores Congdon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Stratton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr T Mikus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Eland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tricia Murphy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michael forcade
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Herman Schiller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annapurna Moffatt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr T Mikus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Haavind
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Elizabeth Butler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nelson Baker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daviann McClurg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stewart Smythe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Penny Pearce
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Burton Jaffe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Garitty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Hickman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patsy Lowe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

linda paleias
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Constance Sutton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorraine Weber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eldon Haines
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nelson Baker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doris Henry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doris Henry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doris Henry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corry Schafer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Farkas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Hickman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Davis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Vom Weg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Egli Veronika und Andreas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms Jackie L Tryggeseth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Herndon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doris Henry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Anne-Marie Mallon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Garitty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

tom van lear
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LISA PATTON
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

tom van lear
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Hughes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Taylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Crook
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LISA PATTON
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Bumgarner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Egli Veronika und Andreas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Linda Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Weiner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Summers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Candio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Lazaroff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Taylor

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Madeleine Lee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cecilie Bodnar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deanna K. Celico
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Garza
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Weiner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Shirley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Humphries
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Garcia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dyan Gibson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joene Bryant
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ya Hui Shih
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ya Hui Shih
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Murphy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Cohen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Griess
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonita Schack
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Humphries
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Dalton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Zinn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Gawthrop
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ya Hui Shih
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Dalton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Summers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Summers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Millar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Murphy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miles Gibson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Altavilla
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Ferguson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Pullen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Griess
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Millar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Seabury Lyon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Singer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

tony fernandes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kris Swanson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Karen Valentini
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Cohen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Thall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Densmore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Ferguson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Blackburn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daviann McClurg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Altavilla
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Neff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen MacDowell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Pullen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pastor Cristoforo Padula Padula
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joann Shook
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Chelland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ryan Dell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Blackburn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pastor Cristoforo Padula Padula
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Fomenko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

HELENE ADAMS
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Cady
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Chelland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Rosa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lari Tiller Howell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Neff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Brightman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Klocinski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

HELENE ADAMS
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Klutts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russell Ranshaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Irene Pomianowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David H. Finke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Albert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neil Holzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Klocinski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lonna Richmond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Megan Eding
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret McCartney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Triggs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Mansfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Hobson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annette Waddington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Irene Pomianowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Albert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Albanese
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lonna Richmond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kyle Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
tony fernandes

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phil Klein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Cady
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susanna Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annika Roberts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Mansfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annette Waddington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phil Klein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Ziegler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. PATTI MARTIN
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorene Robinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Dotlo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Guy McGee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Brightman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. PATTI MARTIN
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Triggs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dian Hughes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Franco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ryan Dell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Megan Eding
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Styga
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kyle Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Frey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phylis Logsdon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Guy McGee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

It is time to set a precedent that changes the way America does Business on the backs of taxpayers.

Sincerely,

David Carr

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly Auman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Virnala
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

W.R. Carter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Baley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Midori Furutate
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Baley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phylis Logsdon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gabriel Bobek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Styga
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Dotlo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Stephen Gliva
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Schenck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Tessada
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Virnala
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Shore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gabriel Bobek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Midori Furutate
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Gasperoni
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Graham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ana Chou
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Larsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

david richman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sant Subagh Khalsa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

simon bowler

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ana Chou
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill O'Connell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Larsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Graham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Errol McCollum
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judi Naue
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Hannon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I strongly urge you to include strict language in the final agreement that prohibits BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must NEVER be repeated, and taxpayers should NOT be left paying the cost of it.

Thank you for considering my views.

Sincerely,

Moraima Suarez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Jaskowitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

simon bowler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Gasperoni
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alison Storer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicholas Wienholz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lilia Wood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karin Davies
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Julie Slater-Giglioli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristyn MacPhail
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Heinecke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Howard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lilia Wood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Julie Slater-Giglioli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Hartman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Julie Slater-Giglioli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Lee Sproat
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristyn MacPhail
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alison Wien
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Livingston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Macfarland

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Jaskowitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karin Davies
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Forson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sofia P
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Hartman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicholas Wienholz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Heinecke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

susan dembowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Doering
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Macfarland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Lee Sproat
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alison Wien
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Carstensen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Forson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kirk Shellko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norman Haussner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Livingston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

robert rothman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sofia P
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Stice
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norman Haussner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Florence Erwin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angie Klein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Hrabar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Link Van Cleave
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nora Gaines
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Hrabar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nora Gaines
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angie Klein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sylvia Selverston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MICHAEL MILAN
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MICHAEL MILAN
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kasi Spyker Duncan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Florence Erwin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Utt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lance Vilter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Utt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kirk Shellko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Nielsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sylvia Selverston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Pereyra
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Fuller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Kittelson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherman Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Spencer Adams

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Kennison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Shapiro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Fuller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Pereyra
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Hauck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Kille
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark McWhinney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Marshall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lance Vilter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Spencer Adams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Petersen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark McWhinney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Hauck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Jaquith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherman Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Shapiro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Perkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Jaquith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sant Subagh Khalsa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Sielaff

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Kille
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fonda Elder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Clapper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monica Depaul
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Preli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fonda Elder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Arthur Keller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tirso Moreno
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheryl Porter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlene Englerth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monica Depaul
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kasi Spyker Duncan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maggi Simpson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, vc

Victor Carmichael
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Preli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Clapper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlene Englerth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maggi Simpson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Kane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlene Hickory
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laine Reams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fran Clarida
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phil Davis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Ocasio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Niehus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fran Clarida
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Wright
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Ann Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Pollina
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Singer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Pollina
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Ocasio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russ Wagner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. George Spagna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dick Barshow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda McGavin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russ Wagner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Bondy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Inkenbrandt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cal Ulberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen Burke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Mathsen

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Ann Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Skinner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dick Barshow

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Gulas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Lisa Buehler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Skinner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andy Winger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Thornton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Lisa Buehler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen m
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheri Pardee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sanford Wilder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Dunne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Brothers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard J Waldo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy V. Petersen

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Thede-Reynolds
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Veralli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Thede-Reynolds
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shreshtha Jain
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Costell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Kessinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Parry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Cooley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James & Leslea Kunz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Caplan Kuhn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

cheryl whittaker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Cooley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberlee Maull
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Sarna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Caplan Kuhn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barrett Goldflies
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James & Leslea Kunz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Buccelli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Parry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Costell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carola Garcia Manzano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy V. Petersen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Emerine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Walleman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Sarna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Namphuong Quach
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Walleman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arturo Ibarra
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Crow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

valerie gilbert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Siegler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Davie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Paullin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bianca Constance
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

valerie gilbert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shreshtha Jain
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Riksheim
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Barclay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Warren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arturo Ibarra
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Comella
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Crow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mitch Norris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bianca Constance
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Mcguinness
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Barclay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Oleg Finodeyev
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Georgia Lynn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jarryd Audette
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kerry Berry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Chan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jeffrey daley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Dillon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Blanca Kopacz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Namphuong Quach
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Loren Lugg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Mcguinness
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mela lawson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Sordill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Oleg Finodeyev
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Gardner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline Fairless
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kevin blank
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Georgia Lynn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Erhard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Margery Coffey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jarryd Audette
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jeffrey daley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mela lawson

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Gardner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Sordill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe McKamey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Collingwood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Beck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Beck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Elenis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Nieman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margo Pellegrino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe McKamey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Bassis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Elenis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Edley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lesley O'Connor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Autumn Sun
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheri Pardee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Israel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Nistor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michaelangelo DeSerio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Bassis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lesley O'Connor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Norgrove
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Otto Zaa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Staiger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Edley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Reiher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rich Ottenstroer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph DeMarco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fay Forman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Kimberly Walter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Iris Chynoweth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Autumn Sun
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fay Forman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Linstrom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Reiher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mirella Nalder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mindy maxwell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald Stansfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rich Ottenstroer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Travis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Ann Sherratt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nikole Novikova
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Otto Zaa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph DeMarco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen Gettle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bettyann Reed
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vera Vögele
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Noel Larock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Audrey Ledesma

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Lisa
Thank you for your immediate action!

lisa bartmann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Nystrom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cecilia Laspisa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vera Vögele
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mirella Nalder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Feichtinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Spencer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald Stansfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Hewson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mindy maxwell

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

F. Braio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Cumings
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen Gettle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Herden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Kimberly Walter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lisa bartmann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Misura
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Nystrom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Kornblith

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Veralli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

F. Braio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Misura
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol deLima
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ralph Guay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Hill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Feichtinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Cumings
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Dion
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

carol smith-barrell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawn Wyckoff

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Burks Hunt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Berry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ralph Guay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colonel Meyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Linstrom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawn Wyckoff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Gross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

carol smith-barrell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liliia Konovalova
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Berry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ms Denise Akom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Jumonville
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Burks Hunt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Darin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Gaddon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John MacLean
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L Sherman

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Jumonville
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Frizell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Waltershausen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Darin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Phillips
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louise Franklin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Murphy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Murphy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerry Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Reynolds

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Butt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shanna Rose
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Dion
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

CARY deVROEDT
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Grossberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Sorensen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Collas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Tenerelli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlene Hickory
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Combs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Sorensen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Brassard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adrienne Naylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leo Tobin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

CARY deVROEDT
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Collas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adrienne Naylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wilhelm Tomaschik
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leo Tobin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D. Chalfin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

NirBhao S. Khalsa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frances Wade
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Crowell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Ungar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara MacAlpine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janeene Porcher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Karrmann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harlyn Rohr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Kowalski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janeene Porcher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

NirBhao S. Khalsa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Fiyalka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Karrmann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

linda tibbets
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Art Kolter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Ungar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelley Dawdy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miss Margaret Landrum
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chelsea Grubbs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justin Quick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

linda tibbets
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annabelle Herbert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Nystrom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miss Margaret Landrum
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chelsea Grubbs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melanie Braithwaite
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

DEBRA LANCIA
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lindsay Hanley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justin Quick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Art Kolter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lilinoe Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

dean esch

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel and Michelle Levey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vivian Arroyo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Macdougall Palmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Frach
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelley Dawdy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lilinoe Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole McCarthy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Wilcox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melanie Braithwaite
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel and Michelle Levey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Stedman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nile Arena
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Arthur Weinstock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lottie McNicol
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Jeavons
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Nystrom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elke Passarge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Macdougall Palmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Wilcox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Putnam
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nile Arena
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dayle Severns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexander Andrasik
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Zachary Jr.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lottie McNicol
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Lancaster
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Penner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Jeavons
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elke Passarge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Penner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Vorachek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Goldrup
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julius Green
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Lamb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole McCarthy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Giamanco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terri VanAusdle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Putnam
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Ives
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mireille Urbain
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Goldrup
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dayle Severns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julius Green
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martin Newell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Ellertson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Lamb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Walsh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bryn Heist
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kathy bilicke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monica Black
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Giamanco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Christon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Johnsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gayle Byrne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Cosgrove
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Johnsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

V. Louie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ferdinand Brislawn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan McPherson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Christon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Vorachek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bryn Heist
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tatiana Medina
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Salme Armijo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Lawell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Mandel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edwin Travis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. S. Lawrence Dingman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rashida Paul
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melanie Sinclair
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zachary Kadar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Brunstrom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Flo Wilder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

V. Louie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wayne Hornak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zachary Kadar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

anne Henry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rashida Paul
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chrissy Swartz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Lawell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katrin Rosinski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Flo Wilder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tina Snyder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wayne Hornak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Salme Armijo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chrissy Swartz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wilhelm Tomaschik
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norman Baker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tina Snyder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Dennison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Resnick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Tucker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Smith

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lukas Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hillary Oshea
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Abbie Jenks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lukas Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tristan Sophia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Fischer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jay Rozner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Dennison

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Abbie Jenks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

david campbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betsy Germanotta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Raines
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Foster
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel Levine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thanh Ngoc Truong
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Lefcourte
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew McClure
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Holler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Steinmetz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jay Rozner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jayprakash Shukla
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Ross

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Lefcourte
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel Levine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Goeldner

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Foster
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew McClure
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Holler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Takaro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marsha Weisfeld
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lila Park
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Goeldner

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thanh Ngoc Truong
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monique La Roche
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Horvath
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Noenoe Barney-Campbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Henry Spiegel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Browning
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Takaro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ryan Morgan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Saunders
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Maloney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justyna Szczech
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Henry Spiegel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Damon Lee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Browning
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lila Park
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Karas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justyna Szczech
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William McColl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michele Boutin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathan Nielsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Harbison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mick jelsma
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deke Gliem
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Damon Lee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated, and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Crow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Helen Cooluris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deke Gliem
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathan Nielsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Svatek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Allen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Karas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vanessa Bersani
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Browning
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michele Boutin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Hawthorn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Helen Cooluris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Mitchell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Harbison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Rea
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Saunders
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ashley Lewin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Heidger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Mitchell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Browning
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Chang
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Laabs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Tomlinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

DONALD MIZE
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ashley Lewin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Heidger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Rea
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Comfort
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Dobbs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Kagan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norman Baker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Comfort
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Comfort
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Comfort
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Thurston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Kaufman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

DONALD MIZE
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Raubenolt

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Maryellen Redish
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Hawthorn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Radosti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Reimers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Raubenolt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Maryellen Redish
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary Wolock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marisa Nelson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A SD
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ted Neumann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shelor Robin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erik Anderson

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A SD
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suellen Raven
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dwyne Patrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erik Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Kagan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Mattson McDonald
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Joseph Belisle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Leggatt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Sulivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Parr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melanie Whittington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Mattson McDonald
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suellen Raven
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D. Chalfin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Leggatt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Sulivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Ryan Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

April Parkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melanie Whittington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Carli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Barrington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Ryan Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Ness
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary Wolock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

charlene nash
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beulah White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Wyman Whipple
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

dianna davidson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Barrington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Green
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Tennery
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Koch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jess Saucedo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Kate Mcallister
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isaac Stoddard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Medlock Jr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Wyman Whipple
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Dombrowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Venus-Fenrich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine DeCarlo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MaryJane Genestra
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Ream
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch: Bernie Sanders 2016!

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cecily Lopes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kyrie Collins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isaac Stoddard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Alexandra Gordon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Towns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vanessa Bersani
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Popp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Mapes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Kate Mcallister
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William R Kavanagh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Venus-Fenrich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kyrie Collins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Zander
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Cutright
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Popp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Morero
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Austin Fite
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kerry Nichols
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Cutright
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Donald & Diane Lahti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd Monson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan mcAfee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Towns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Libby Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Melo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colin Rennie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Austin Fite
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liz Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Cusano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd Monson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Edman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

VICKI & ROD KASTLIE
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sally Webb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colin Rennie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Steve Aydelott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Davey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Nielson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Edman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William P. White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liz Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Wiederhold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nate Wolf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William P. White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Burke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Starr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Wyss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Duster
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis McKeown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Herberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fredric Steussy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Mullbock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Spengler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Spengler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Starr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Moon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Spengler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Herberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Spengler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Trotter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis McKeown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary and Seraphina Landgrebe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deirdre McDonald
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Duster
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Date
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Hirsch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Trotter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Davidson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Hirsch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Luke Swierczek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Franziska Eber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Kevin D. Corriveau
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deirdre McDonald
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Date
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary and Seraphina Landgrebe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Franziska Eber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Davidson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jarita Konwinski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emma Lou Sailors
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norman Douglas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcy M
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacy Hall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

BRITTIANY DUBOSE
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacy Hall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gwendolyn Talbot
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

BRITTIANY DUBOSE
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tristan Sophia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcy M
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Cascio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Morgan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Brombach
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gwendolyn Talbot
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jarita Konwinski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leonard Neering
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Hamrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Buckmaster
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dulce Manzini
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Brombach
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James D. Rothschadl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Cascio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leonard Neering
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Taylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Morgan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Beach
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Paul Schneller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dotty McHale
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michiko Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dulce Manzini

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

rosetta woodruff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dean Pryer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margery Bowser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Terry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

shawn jackson

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Drucker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Myers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margery Bowser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Taylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Terry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James D. Rothschadl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrice Arp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Carr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cecelia Samp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Hamilton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcia ???? Flannery
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cecelia Samp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Drucker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jana Perinchief
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maggie Dalton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Thurston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mark matson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcia ???? Flannery
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Myers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Reisa Gould-Donath
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Strothkamp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gaia Cooksey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Marks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maggie Dalton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Hendzel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Willow Zarlow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dita Obler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrice Arp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberta LaFrance
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Fisher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gaia Cooksey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Fisher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Marshall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gwyneth Perrier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jana Perinchief
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Cavallo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miriam Hillson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gwyneth Perrier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberta LaFrance
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Willow Zarlow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Chan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

barbara carothers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Longley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carmen Elisa Bonilla-Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joey Stevenson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

alan Hendrickson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Cobban
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roy Nemko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joey Stevenson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Trowbridge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Trowbridge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rhiannon Gillespie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Barry De Jasu
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Page Baldwin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Hammel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judie VL
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maryann Piccione
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Cobban
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Hammel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maryann Piccione
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rhiannon Gillespie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Klaric
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nadia Gulledge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doreen Trevino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam D'Onofrio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francis Spreitzer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marianne Gonta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristin Ziama
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Abby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isabel Araujo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Illert

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tomas Kavulakian

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

linda crosby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doreen Trevino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Chinn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

adriana hall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam D'Onofrio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurinda Conyers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

linda crosby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Earl Stevens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Klaric
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Albright
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marianne Gonta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Maxcy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Laaninen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristin Ziama
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Earl Stevens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Bornfriend
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Albright
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monica Stamm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

HELEN TAPLIN
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Bruno
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alissa Sollitto
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isabel Araujo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mike hickey

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Laaninen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susanna Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Constantina Karageorge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maija Schaefer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Messerschmitt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Johnny Nesslinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fritzi Cohen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gayl Hunter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Bornfriend

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valentina Dubasik
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Constantina Karageorge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Silvio Fittipaldi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mike hickey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Woodward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Tagawa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Herboth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Messerschmitt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Johnny Nesslinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Hirsch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruthie Bernaert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gayl Hunter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fritzi Cohen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ray Oesterle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Tagawa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katharine Warner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Woodward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruthie Bernaert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Iosif
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cris Shewchuk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Chris Worcester
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn/Roger Stapes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Hirsch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Hurwitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Maginniss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Krauss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Mulder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Illert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cris Shewchuk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

james d hanger

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Brant
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Chris Worcester
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Chever
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Duane Pierce
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Iosif
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Hurwitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Levy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Boylston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katharine Warner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Harvey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Krauss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tara Basile
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darlene Wolf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stuart Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Harvey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William O'Hara
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Fawcett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Duane Pierce

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darlene Wolf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Cutler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Wightman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Levy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Downing Cless

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Brant
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Brooks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Abigail Burton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Botticelli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jo-Ann Savoia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Wightman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Hayworth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Downing Cless
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicholas Cowles
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William O'Hara
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Amsel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stuart Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jo-Ann Savoia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elena Ennouri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Yates
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margie Maliagros
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Flanders
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Harper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maija Schaefer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Merrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Dristiliaris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

priscilla mezrahi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiffany Rapplean
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Harper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen Cotton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Toni Moore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Van Van Riper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Flanders
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Eichelberger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. K Finley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicholas Cowles
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Blanchard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James McConnell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Van Van Riper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Baeder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Amsel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Liss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiffany Rapplean
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Toni Moore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Yates
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

priscilla mezrahi

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Charles Huber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Carol Patton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tricia Dillard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald Lauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. K Finley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Eichelberger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Fogel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Dristiliaris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Liss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Blanchard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James McConnell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy Salazar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracy Tellep
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lawrence mccarthy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yves Decargouet
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J. Cohen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Albert Robinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Carol Patton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy Salazar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracy Tellep
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pela Tomasello
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yves Decargouet
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Guier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Longmore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lawrence mccarthy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Koehler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Meade
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Victor paglia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Guier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D. Rowe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

walker hibben
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald S Brant Jr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Victor paglia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Warren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D. Rowe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Goto
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Owens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Rodricks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald S Brant Jr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Swanson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Goto
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Warren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Winters

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leon Roberts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isaac Wells
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Blitefield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Swanson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Morgan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isaac Wells
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leon Roberts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lana May
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Strauss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Morgan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Morgan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheri Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Strauss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R. Terry Lyon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Ritchie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia P Nelson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheri Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Sando
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Phelps
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Rooney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kat Bowley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorenz Steininger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Christensen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Johnny Sauter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Phelps
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia P Nelson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Rooney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Elvester
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jessi acuna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mariu Suarez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

n kaluza
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Skonberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allen Frakes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J. Cohen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

n kaluza
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Skonberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Dotzler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mariu Suarez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim White

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanna Nadler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Dotzler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Lynch Nitsan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vince Balsamo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JOSEPHINE Campisi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nanette Betts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sayles B

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Antonella Nielsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Korson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pip Palmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Latham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanna Nadler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nanette Betts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JOSEPHINE Campisi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Green
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Litsa Katsarou
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Cleek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Macey Mott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

susan bardes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Lynn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Hildebrand
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Lengel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Cleek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Lengel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Litsa Katsarou
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Korson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Antonio Buensuceso
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ric Evans
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ted Cheeseman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Earl Elliot
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maggie McGuire
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maggie McGuire
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Antonio Buensuceso
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Hirshfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Karen Donaldson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hilda Shaffer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanette Meeker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ted Cheeseman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Earl Elliot
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Engdahl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Haas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Bremner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Hirshfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ric Evans
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Howard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

G G

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Karen Donaldson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Lazinsky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanette Meeker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Monks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maggie McGuire
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce McKinley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

PS There should be absolutely NO incentives for BP's activities that killed, injured, and polluted!!!

George Dugan

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Engdahl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce McKinley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raquel Alva
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Ashley

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Osiel Bonfim
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorenz Steininger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sylvia Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

m toro

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christa Neuber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raquel Alva
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Siranko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Kitay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Faulk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Moorman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

darryl m
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Kitay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

m toro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Lloyd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barry Oaks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Merz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hazel Arnett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Osiel Bonfim
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christa Neuber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Siranko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Christy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hilda Shaffer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph O'Connor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heidi Ludwick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

darryl m
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vivienne Perkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hazel Arnett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francis Hall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sylvia Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph O'Connor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Fonda
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Flo Fender
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heidi Ludwick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Gruber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heidi Ludwick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vivienne Perkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria dels Àngels Beltran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Robison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heidi Ludwick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Dunaway
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Merz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Steponaitis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Fonda
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kat Bowley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Robison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Faulk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan McCarthy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Spring
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Day
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria dels Àngels Beltran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Steponaitis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Landau
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Weinhouse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Hartzler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Berry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Lee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan McCarthy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Hostetler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Landau
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Turner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Thall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Lee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robb Bor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Molly Mayfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Lubenkov
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Vartenuk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Stenzel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Kipka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Morton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Turner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Brooks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Brayshaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Hull
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ingrid Padmos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Glenn Phillips
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vernon Apple
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justin Lotak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Nigro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

KEVIN BUTLER
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Hull
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Keith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Lubenkov
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Lapidus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Parada
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chandra Stephens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russell Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ingrid Padmos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Kipka

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hugh R Sawyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Morton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Brayshaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Hauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russell Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Butler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Fred Lavy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Brooks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Glenn Phillips
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Nigro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Berry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

KEVIN BUTLER
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Macey Mott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Berger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Butler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Becton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chandra Stephens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Radin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Golub
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Golub
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia D. Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Guthrie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Stewart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Radin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Weicher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aleks Kosowicz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Guthrie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonelle Matthias
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Stoffers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Hauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Deora
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Small
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Lam
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robb Bor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Danielle Braun
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Kew
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Bresciani
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aleks Kosowicz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonelle Matthias
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Denise Brennan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leuise Crumble
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Stoffers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Sorem
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale Riehart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Lam
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Gunn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Seiter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leuise Crumble
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Hoffman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Page
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D Schoech
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Danielle Braun
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justin Gerstner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia D. Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia George
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tanzella Gaither
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

June Gordon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Page
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Medina
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristy Rotermund
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tanzella Gaither
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia George
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Worth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharlot Battin

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristy Rotermund
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justin Gerstner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Scarlata
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim C Laybourn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kaamran Hafeez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellin Stiteler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharlot Battin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Scarlata
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Hessley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracey Kleber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Baker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Rosenberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy McDonald
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracey Kleber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Baker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim C Laybourn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Samantha Hadley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Collins

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Piotr Grabowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurence Yorgason
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlene Aughey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip Schwyhart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

fran fmwpeq [redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Cirulnick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margery Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Collins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlene Aughey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gage Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

taylor june
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Daskal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurence Yorgason
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lucien Sigal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Cirulnick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Billie Lyon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Daskal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margery Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arnold Haber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Kummer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Leff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Dugan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vladimir Demin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Kummer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Dugan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Oriel Eaton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Walsh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Hart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jima Rice
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vladimir Demin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arnold Haber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Walsh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gloria Picchetti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheryll Topping
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Reed Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Stephanie Walton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jima Rice
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Daisy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gloria Picchetti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Belinda Creech
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

AnaLisa Crandall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erin Lynch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Samuel Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheryll Topping
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerritt and Elizabeth Baker-Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Penney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JAMES MILLER
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Hensley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Samuel Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Manuel Ferreira
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Gaynes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Hermes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Henry Courbis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Belinda Creech
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Ehrhardt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Byrnes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Manuel Ferreira
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Green
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Bogart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nora Polk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zach Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Ehrhardt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janis Senungetuk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raymond Reed
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Green
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Bogart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Rhyne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Capasso
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nick Mouzourakis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roelfien Boerema
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcia Hnatowich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Rhyne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Burson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Vollmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Sturm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janis Senungetuk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Casee Maxfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Vollmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raymond Reed
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ryan burger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marla West
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maggie Shields
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ryan burger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Burson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Ridenhour
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maggie Shields
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Casee Maxfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marla West
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald Lano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Tribby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Fladger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Keir
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Ridenhour
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Binckley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Leff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Emerson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Hoezen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Rummerfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Watson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert G von Giebel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Tribby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Felicity Hohenshelt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Keir
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert G von Giebel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vernon DeWitt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Caya
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Hoezen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Felicity Hohenshelt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Licari

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Stephen Halpern
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlene Lauzon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ryk Diemert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Emerson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlene Lauzon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jane edsall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine McNamara
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Caya
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Reardon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chloe Conradi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Keithler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eve Shapiro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jeffrey surovell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Licari
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

peggy fly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, brenda bufalino

Brenda Bufalino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael King
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margi Mulligan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Walters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Rummerfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eve Shapiro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Reardon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael King
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S G
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Glickfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Keithler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ginger Hill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Payne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Kavanagh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Walters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Seth Goodman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Glickfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Bufalino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Irwin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Peters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce David
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ginger Hill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Espasandin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Seth Goodman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Barrow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

virginia Ingalls
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Crystal Hultberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Peters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurel Eury
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

travis brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Horne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fatima Baker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hiromichi Mori
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce David
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurel Eury
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Athena Lynch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Payne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeannette Szabo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

travis brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Conall Ravenscraft
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeannette Szabo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hiromichi Mori
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Athena Lynch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Conall Ravenscraft
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Genevieve Jervey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolin Schellhorn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

wes rock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Anne Barker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolin Schellhorn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Nugent
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Silk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Petersen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Anne Barker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alek Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kent Cole
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Methvin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alek Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kent Cole
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Dawid
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Heilemann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Nugent
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Stokem
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

wes rock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Willis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frederick Wurst
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Clough
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Fladger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Lilli Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Comfort
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, we urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara and Jim Dale
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniela Bress
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Petersen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annamay Waldman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniela Bress
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynette Heath
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Vitek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andra Crawford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Garcia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Willis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Phyllis McIntyre
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Kozak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annamay Waldman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Ota
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Traxler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol J. Painter, Ph.D.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mari vanantwerp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith D'Alessandro

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andra Crawford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mari vanantwerp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol J. Painter, Ph.D.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Wright
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith D'Alessandro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lewis chicklas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Karll
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Lynch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben Waller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Steinhart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael De Filippo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lewis chicklas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tani Legleu
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Demetrion
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Wright
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben Waller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Lynch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

KC Carney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Kellogg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Thorn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis Attanasio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Demetrion
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Phillips
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gaye Hartwig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cass Waliams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Steinhart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Hayes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Stay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Kellogg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tani Legleu
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

KC Carney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis Attanasio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Amspaugh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cass Waliams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Lilli Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathan Pate
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Taryn Braband
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tara Conaway
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Pfeiffer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicky Moraiti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Stay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gene Steiker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

India Rose Matharu-Daley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Salvatore Cento
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bradley Adams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Phillips
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Pfeiffer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Dey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Spencer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gaye Hartwig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Richard Blain
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gene Steiker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicky Moraiti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

India Rose Matharu-Daley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

phillip ramey

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Dey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bradley Adams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Delaney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Hatcher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathan Pate
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Locke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Riley Stoermer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Bruck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Salvatore Cento
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carmen Rodriguez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Duffy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Spencer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. John Peck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Riley Stoermer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stevie Sugarman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

phillip ramey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry French
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Hatcher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Delaney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Nourse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Klass
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Locke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carmen Rodriguez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Gruver
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stevie Sugarman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Duffy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. John Peck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Gruver
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Klass
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Franklin Swart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Sotello
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Nourse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Glenn Knoblock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Bruck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Lindsay Mugglestone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Hayes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Perstein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Glenn Knoblock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Lindsay Mugglestone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Baethge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Perstein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elisa Katz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Michler Detmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet M. Hill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Purdue

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Howard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Salisbury
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Max
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Celeste M Howard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer DiRenzo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elisa Katz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer DiRenzo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James McVey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Tarallo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Stuart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Feldmann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Parks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Metcalf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Kessinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Defa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Max
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Metcalf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Kwiecinski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Boone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

TJ Stoekl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Wiebenson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Albert Nagy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl-Ann Weekes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Boone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Wiebenson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

karen swann

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

TJ Stoekl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E M Knight
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Jean & Philip Young
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gerald styer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E M Knight
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Celeste M Howard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Albert Nagy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gerald styer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Georgia Libbares
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Jean & Philip Young
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Galante
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathan Hawks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Marlatt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Malnati
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Zink
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Georgia Libbares
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Gage
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Malnati
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Marlatt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brant Kotch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Lufen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Galante
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathan Hawks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Galante
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brant Kotch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mitchell DiRenzo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Gage
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Grace Burson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale DeNunzio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ralph Oberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Benjamin Altman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet H.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Benjamin Altman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale DeNunzio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Kummer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Moore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen OliverBorquez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

NEAL uMPHRED
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Stanley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kirsti Arndt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Buckley-Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ryan Lawrence
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ralph Oberg

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paulina Watson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Arizpe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Moore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Iqbal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erin Valdez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martin Coffey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erin Valdez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paulina Watson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert McKinnie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martin Coffey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Iqbal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Lois Jordan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Grace Burson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Edson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Lois Jordan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert McKinnie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ali Minor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Gregorian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colin Dunnigan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Megan Faber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Gregorian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Griffin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Maurer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Thomas Tritle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Edson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Gibson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Megan Faber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Ashley Greaves

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Constance Visceglia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

david bendich

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Maurer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Thomas Tritle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter & Abbrecht
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

david bendich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacie Scattergood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Gibson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter & Abbrecht
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Henderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacie Scattergood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Ashley Greaves

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Messinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Wynroth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evan Kaplan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Dieckmann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Madsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick J Mitchell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Henry Weinberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Ryan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Luis M. Lozano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Henry Weinberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Madsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Messinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glen Goglia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick J Mitchell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Ryan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Gilbert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Shaouy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lloyd Johnston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Luis M. Lozano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Dillon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Schooley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ericka Kohn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Dieckmann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

daniel williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Morris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Hermann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Andrews
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E Lowrey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Shaouy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

daniel williams

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Morris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Kimble
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Driskill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Dillon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E Lowrey

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Strand
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Blackwood

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pete Santis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Sawyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Hardee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shirley Huskins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy McCobb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Ulvaeus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Hardee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Pleska
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evelyn Gomez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Sawyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Strand
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Bayless
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Driskill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Otto
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Henderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evelyn Gomez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Givens

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Ulvaeus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Flanders

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Blackwood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Kingston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jeff D Somers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Medina
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Pleska
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amber Butler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Meyers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Kingston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miles W McLennan

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

rose wood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Meyers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shirley Huskins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eugenia Stevens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eugenia Stevens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Walker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Shane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Walker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roy Moss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Zwick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Stone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Bosley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Bayless
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Belknap
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Belknap
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Bosley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gordon Messling
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Aber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Hightower
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Sharon Ketcherside
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Muller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Muller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Carl Schwensohn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Evans
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meredith Needham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natalie Aharonian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Schmoker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale Cannon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natalie Aharonian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Sherfey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Schroeder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lyle Larson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Starr Hogan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Stone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Stone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Solomon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eugenia Stevens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Evans
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Schmoker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Sherfey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale Cannon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Groner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Maxine Leese

Maxine Leese
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Butler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Dufau
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Swisher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dea Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Hoel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Davenport
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Rodriguez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Swisher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Rodriguez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Tillack
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liya Sschwartzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Davenport
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandi Fisher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Dufau
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cinthia Davey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Shannon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Burks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Villano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Maxine Leese

Maxine Leese
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Hoel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liya Sschwartzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Schroeder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Burks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Shannon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lindsey Walker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Villano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Hedal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chance Unterseher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Tillack
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Hermann-Wu
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lindsey Walker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Stulb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cinthia Davey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Hedal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cecilia Fogarty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Hayes

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Johnny Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Ralph Sanchez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicholas Prychodko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Hermann-Wu
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cecilia Fogarty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Zyzanski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Stulb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Justus-Rusconi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicholas Prychodko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JANUSZ MAKA
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Sara Fisch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Hughes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JANUSZ MAKA
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Van Knox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Mckinley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Ralph Sanchez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David R. Guinnup
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Somsky

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Davenport
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Campanini
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Van Knox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David R. Guinnup
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Hayes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Davenport
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Mckinley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LARA LORENZ
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Goga
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LARA LORENZ
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Harlow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Klafta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Brickman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Ronk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Goga
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

robert altman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Kappus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Gill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Klafta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Green
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harry Mozen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Brickman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William J Bolen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

robert altman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

karl harris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Kappus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Morency
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis Derfner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis Derfner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William J Bolen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Henderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Dwillis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harry Mozen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip Winkels
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rev Charles Grindle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ESTHER CHAVEZ

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis Derfner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Massey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ESTHER CHAVEZ
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Fursich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Dwillis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip Winkels
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dea Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Massey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Shivley
[redacted]

Loretta Lynch
Department of Justice

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Oscar Revilla

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MARY PAGLIERO
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Fursich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Ann McMullen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Markert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Shivley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Ann McMullen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Charles Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Markert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurel Laughlin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Bergstrom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Cowan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Burg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jen Smith

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randall Garland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nora Eiesland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Cowan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sean Stoerrle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Morrison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Burg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

daniel sullivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nora Eiesland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Whisenhunt

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Bergstrom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Schreiber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Catt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Kevin Chiu
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Schreiber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MARY PAGLIERO
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jen Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Torgerson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Whisenhunt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Catt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Charles Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Vita Cox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Vita Cox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Olcott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Patterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

rhea Goodman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Margay Burke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Ballmann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Blaxkburn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Margay Burke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Odilia Leal-McBride
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

rhea Goodman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Patterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Stanley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Torgerson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl-Ann Weekes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Byers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Mayer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jose Rivera
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MaryAnn Hopping
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Noah Pardo-Friedman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MaryAnn Hopping
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Blaxkburn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Peter Gunther
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Ballmann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zoran Simic
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gene golden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

susan triassi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zoran Simic
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Gordon Gerbitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Irene Lloyd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Mitchell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Riordan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Morgan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

susan triassi

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan David
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gene golden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Prybylski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Sottile
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Iverson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teri Lunn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Hocking
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Peter Gunther
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Sottile
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Schwartz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teri Lunn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

H. M. Sustaita
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Megan Prats
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Hochberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Tanaka

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Holtzmuller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Iverson

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Lewellen-Biddle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Allington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William O'Brien
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harriet Grose
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Blom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Childers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

verlon acord

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Parker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Albertina Vistoft
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Woodall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean I Evens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Childers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Allington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy Ragon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

verlon acord
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

H. M. Sustaita
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leeann Ford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Ferrito
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nichole Stekl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kellen Britt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Coughlin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nichole Stekl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jocelyn G.. T. Anthony
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Butler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marsha Adams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter O'Hara
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Albertina Vistoft
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemarie Ceaser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lacey Wozny
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

June Chaus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Siobhn Moody
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marsha Adams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Myrna Borus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

June Chaus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Butler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Coughlin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeri Pollock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jackson Scholl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jackson Scholl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Myrna Borus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maryann Kage
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeri Pollock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Quaritius
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Kim Zeller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Gordon Parker Parker III
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Quaritius
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Proietta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Kosse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JoAnne Kelly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemarie Ceaser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Kim Zeller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. David Tucker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Hyatt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Kosse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Olga Sevilla
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Carol Lipper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharyn Steiner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Ware
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerald Lorenz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Hook
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Wittl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

anna loera
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Ware
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Staub
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Stuckmeyer

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Major
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale Howard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Weber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. David Tucker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Ford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Weber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Webb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Barrett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Hawley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale Howard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Ford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Gordon Parker Parker III
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Stuckmeyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Barrett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Crane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

PH Hall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

elio rocha
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colleen Hamilton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Wittl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Valentine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debra Diana
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Irene Gurley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Byland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Crane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Valentine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

elio rocha
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Krista Fischler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robt Scouras
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debra Diana

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Olga Sevilla
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Krista Fischler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Byland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Shurman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Bible
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenifer Schramm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robt Scouras
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Igor Tandetnik
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Polluters must pay!

Sincerely,

Doug Abbott

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liz Page
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Benson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Rose
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lea Morgan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marta Norman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liz Page
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

June Burlingame Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A J
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin West
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alana Villanueva
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Benson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

June Burlingame Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Rose
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A J
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Guthrie Evans
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E. Gallagher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pauline Burak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin West
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Guthrie Evans
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Evans
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sandra standeford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberta Campos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nick Meek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Danny Mullane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberta Campos

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred James
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pauline Burak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Granlund
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nick Meek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Danny Mullane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Mattan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandi Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Richard Gilman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Croft
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Croft
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred James
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MaryJane Weil
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Richard Gilman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eve Ilsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Fishel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Welch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Van Auken
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Toni Marshall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eve Ilsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Johanna Lang
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Evans
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandi Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosanne Day
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Berger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MaryJane Weil
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Myra Aronow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Van Auken
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Welch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Di Donato
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan McKenzie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katrina & William Dresbach
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Cichowicz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cierna Ritts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Myra Aronow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Johanna Lang
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Helen Hanna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan McKenzie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

max pavlovich

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Pitman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cierna Ritts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marianna Mejia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Di Donato
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Theresa del del Rosario
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Toni Marshall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Sedlack

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marianna Mejia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vera Love
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Robinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Billie Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Helen Hanna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Helen Hanna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Helen Hanna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Katherine M Babiak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Spurlin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Southern
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Carlson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ella Morris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

June Charles
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim G
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Pitman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Spurlin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael LaPlace
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. John Walker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Bauman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Carlson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bo Dhi

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Bauman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael LaPlace
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Toste
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Ward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

June Charles
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

hernan alzuro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. A. Gardner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Ziegler

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Toste
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. A. Gardner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

hernan alzuro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jess Forster
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Hofheins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Schwartz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Horn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leigh Begalske
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Lemmon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Hofheins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raymond Gettins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bo Dhi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Wolniewicz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carroll Dartez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Markus-Walczak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Collins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Horn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Markus-Walczak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melvin Vance
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Reva Holmes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Little
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Henry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Hernandez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Arledge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicki Word
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Harris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Armm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Collins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Morgan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Harris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Armm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Lander
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Henry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Hernandez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Fleetwood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Reva Holmes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Javene Hall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Peterson

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Varga

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sanja Futterman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mariette Bailey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Burch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mariela Colon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chanda Unmack
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gina Campbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melvin Vance
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Vachula
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Varga
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Fleetwood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Fleetwood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mariela Colon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K. Arnone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vincent Formanek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K. Arnone

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Dukes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Schaffer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Gates
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Rosenthal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vincent Formanek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Porosoff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Greenfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Porosoff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Vachula
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronnie Kinney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Brush

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Rosenthal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Earl Ivan White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Brown

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Steward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Kosanovic
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Lander
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Burch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronnie Kinney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Stead
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Olsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Lazarus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Cosentino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Lazarus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donte Morgan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracy Drake
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darwin Raymond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Brush
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Greenfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Cosentino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Bryant
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Swallow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracy Drake
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Fedorow

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Stead
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Lee MacKenn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Swallow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcia Allard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kent & Mollie Gallagher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

virginia mendez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Garrison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shondra Snodderly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Lee MacKenn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Valerugo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

virginia mendez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Valerugo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donte Morgan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Sadove
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

vanessa stöferle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L Krausz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Garrison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Hendrix
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachael Hawkes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Hendrix
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurel Temple
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Long
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Bates
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Weiss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachael Hawkes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Breed
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Alexander
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Long
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Ulibarri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Olsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allan Worthing
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Ulibarri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Weiss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claude Howard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L Krausz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allan Worthing
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Alexander
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Sandra L. Herndon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Bruce-Feinsod
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Flynn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Breed
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liz Amsden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jesse Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Veltkamp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claude Howard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zulma Gregory
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Jordan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Veltkamp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jesse Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Breakwell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Elliott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zulma Gregory
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Elliott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kacy Harnedy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alvin Obleada
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Grace Cope
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Jordan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jaynell Pittman-Shaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Cunningham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kacy Harnedy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynne Reba
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Breakwell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Grace Cope
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheree Warner Nyren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Conroy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Neufeld
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheree Warner Nyren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amala Kohler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cj James
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Madak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Conroy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Neufeld
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Davlin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Madak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Iliff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel Clasemann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Kozub
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Carver
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Iliff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sumner0 Roper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paola Viteri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Loren Kramer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monika Huber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colin Jenkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Earl Shimaoka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Tyree II
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paola Viteri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sumner0 Roper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Riddick

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Geitner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Downing
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pete Compton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colin Jenkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Riddick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Whitney Watters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Kozub
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Reyes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harry Harrison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Simone Boudriot
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pete Compton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Hunter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amala Kohler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monika Huber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristine Rohner

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Haskins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alvin Obleada
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Branham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Haskins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harry Harrison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Morrow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Sullivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Bruce Krawisz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristine Rohner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Gamalski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Hunter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Branham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

colleen beck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Steve
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Bruce Krawisz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Sullivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Sheffield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Rupp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lenora Roedner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Linn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

colleen beck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Morrow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

N Dye
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M L

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stu Fishelman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

N Dye
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Rupp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neal Mock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Sheffield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Megan Mooha
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenn Gawinowicz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

s endrom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia McDaniel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

s endrom

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jen Reed
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenn Gawinowicz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candace Rocha
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Peariso
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Prum
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Underwood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Prum
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Cook
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candace Rocha
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Mathews
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Molho
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John-Mark Pawlowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M L
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Underwood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Caye
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Littrell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Dylong
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jayleen Hatmaker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Davlin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Peariso
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim McConnell

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Tyree II
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Molho
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Alaniva
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John-Mark Pawlowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zaira Vera
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Llewellyn Pimentel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim McConnell

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Reinfried
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Cotterell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Schafer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zaira Vera
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Reinfried
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andre Willingham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Schafer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Alaniva
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Christina Babst
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Weslie Phillips
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Llewellyn Pimentel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Christina Babst
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Weslie Phillips
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kostis Papaioannou
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Stehle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nejat Duzgunes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Zeller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Zan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Watkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darren Skotnes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kostis Papaioannou
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nejat Duzgunes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Shanker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Boatman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Watkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Mahoney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marybeth Bachelor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gilbert Butler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Sorrell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Zeller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Stehle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gilbert Butler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Duncan Van Arsdale
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Wheeler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Dubois
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Shanker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Wheeler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vera DePalma
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Katz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Katz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark VanNote
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Doan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Georgia Ressmeyer

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Ku
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Sheen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Fowler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Albert Bechtel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Schmitt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Ku
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Georgia Ressmeyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joshua Jager
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Georgia Ressmeyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark VanNote
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jo Anne Fannin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Schmitt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mel Marcus

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mir Domurath
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Albert Bechtel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Donahue
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mel Marcus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Graham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Doan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Christine M Roane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Gunderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Luce
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Boortz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Young
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Wood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gabriel Lopez-Allen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Graham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Gunderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancie91364 Evoniuk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Donahue
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

DONYA MELANSON
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Christine M Roane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Young
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ted Fishman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marc Schoenberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karl Brooks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ted Fishman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jo Anne Fannin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tanya Bethurem
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Kelly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Orrell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Dubman Carol House Furniture
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Imholte
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tanya Bethurem
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Bowman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Besso
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ginger Alexakis Davis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Dubman Carol House Furniture
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Imholte
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

james jackson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Bowman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ginger Alexakis Davis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yael Shimshin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nichelle Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Orrell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Duane Gustafson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nichelle Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

thomas dunlap
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlotte Grogan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Till Koglin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Dutschke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Hester
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margot Moomaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Aylward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris MacKrell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

alice mckaig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlie Burns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Aylward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Parker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlie Burns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Till Koglin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Giles
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Hester
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey McCombs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

steve lyons
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward & Lynn Skibinski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Vignapiano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Parker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Gould
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margot Moomaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Harrison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Mick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Tabatt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Duane Gustafson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Mick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward & Lynn Skibinski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris MacKrell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Gutierrez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheri Deal-Tyne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

steve lyons
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Heiser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tina Wettengel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheri Deal-Tyne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Gutierrez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harriet Horwath
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

richie stoike
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Flora
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lindsay Buell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Mahoney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carla Pomeroy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

d OUAI

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Kushner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harlan Lebo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Mahoney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Ryan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherrill Barbary
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacy Wirth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carla Pomeroy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harriet Horwath
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

d OUAI
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Potts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Koeninger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lois Vanderkooi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Edwin Ochmanek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Hull
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Blaise Brockman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Sutler

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Hull
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brad Walker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Veronica Koperski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelli Reid
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marion Bullington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Joe Rogers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Koeninger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brad Walker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Grey Castro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Haskell Springer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. John Gudelanis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelli Reid
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marion Bullington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Veronica Koperski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

darynne jessler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Juanita Hull
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allison Shearer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Grey Castro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adrienne Harvey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matilda Ticknor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

vickie harwood

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tony Karian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Schneider
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marybelle Suczek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Duick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

vickie harwood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gina Mondazze
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anabel Preciado
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Lipman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lucas Naylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Meyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gina Mondazze
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Lipman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rose May
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dwight Sanders
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Joyce Pusel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. John Gudelanis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sonia Gonzalez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candie Glisson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Suzanne Ormond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Berry Dilley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Meyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Elliott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corey Carlson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sonia Gonzalez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candie Glisson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Suzanne Ormond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Hegeman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Elliott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Ryan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Billee D Mundorff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosalind Bissell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Berry Dilley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corey Carlson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

nanette kazarian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L.A. LOWE
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Lightning
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimmo Virtanen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lois Heaston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Arntson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Ruth Carlone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Rachel Wolf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chilton Gregory
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlene Larsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

GARY JONES
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Degrazio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Rachel Wolf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Marshall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

betty winholtz

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

william hepler jr.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Arntson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kris N
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Snell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lois Heaston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

RANDALL TUTTEROW
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

laura dufel

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynne Herrli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. M Richardson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

RANDALL TUTTEROW
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Holmes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

betty winholtz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. M Richardson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Kirk

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

laura dufel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynne Herrli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dyan Pike
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Geraldine Daniel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Denton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Profeta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Kirk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Hardy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Trueau
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Kraimer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Bernstein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Denton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Kraimer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Profeta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Fisher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elijah Michaelson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chad Leming
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Maccari
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vaughan Greene
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Geoffrey Hybel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annie McMahon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chad Leming
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Sargis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vaughan Greene
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annie McMahon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Geoffrey Hybel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L Cam Taylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Friend Wagner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberta E. Newman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Sargis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jared Long
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Stancliffe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L Cam Taylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly Burgin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jared Long
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Maccari
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Stancliffe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Wert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberta E. Newman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Mancini
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Blaine Wimberly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Boisvert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marsha Schaub
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly Burgin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Blaine Wimberly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Richardson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Herbst
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marsha Schaub
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Richardson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tupefaavae Auelua
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

milton caine

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Dahlgren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Allen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Herbst
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Ogorzaly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Mancini
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

barb saunders

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

woody simmons
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Walker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Jablonka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenna Bales
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Riebel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Joyce Pusel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Walker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Lang
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R. Brent Palmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Wootten
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Pinneo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R. Brent Palmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Allen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Serene Spencer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Hoover
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Powell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Campbell Parco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Wootten
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

barb saunders
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Serene Spencer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Rawling
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Osterhoudt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Sheloske
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph lian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeremy Spencer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Campbell Parco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Wright
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Brannan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph lian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Powell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Marie DeMeo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shelley Mack
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Rogers

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Osterhoudt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Brannan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Vaught
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alison Wasielewski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Vaught
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Mary Detrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Hopewell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Lega
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Wright
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alison Wasielewski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Hopewell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Lega
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Varellas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Moran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bettie Paradis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicki Brenner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nick C
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Renee Grant
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cholla Grygotis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Galterio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenn R
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lucille Chagnon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C. Scelsi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Renee Grant
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Bangerter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Riegert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Jiranek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Hopkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Galterio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C. Scelsi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Javier Lujan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As part of the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kambra Allen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michele Buzbee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenn R
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Kate Shield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Kerslake
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kambra Allen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy McReynolds
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Zigich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. D Robinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Nore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Plenert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. D Robinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Bear
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Bear
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Stanton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Stephen Farmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Parker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Parker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James McConkey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Fuller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. James Roberts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Jiranek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norman Lane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Stanton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shelton Jenkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Baltz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Fuller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James McConkey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Savolainen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Squeeze them till they bleed!

Sincerely,

Mr. Thomas Sanders
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Sills
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

john deddy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Renee Kenneybrew
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Lampke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Sullivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

john deddy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Thomas Sanders
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frances Brayfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Sullivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Maxine Cannon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Gold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Larkin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim H.

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frances Brayfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Milliken
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Maxine Cannon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Larkin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

claudia devinney

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ted Kubiak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Gabriel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Gold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynda Stauffer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Etta Moose
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Durst
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Gabriel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Savolainen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

claudia devinney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawn Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Richman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marc Massar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Max Salt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Durst
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacqueline Seward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Flandreau
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kate Richman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norman Lane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Reigelman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Braun
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Soares
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacqueline Seward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Zhong
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. James Roberts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jo Harvey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bo Bergstrom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Sergienko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Blakely Diller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beatrice Volpe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Nichols
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stanley Hampton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

linda harling

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Sergienko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LeiOma Koestner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Hartleb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms Susan Kozinski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Blakely Diller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nita davis

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Nichols
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hollie Hallman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Agro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Hartleb

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlene Diane Boydston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

margo mccormick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frieda Stahl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Annecone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Guidry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlene Diane Boydston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hollie Hallman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverlee Goynes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Mc Hagerty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Albanese
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Annecone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

margo mccormick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Albanese
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy A. Bender
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LeiOma Koestner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Guidry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Max Salt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Mc Hagerty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Roberge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Boyd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Fisher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marsha Whatley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Fisher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sydney Davis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edgar Link
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Boyd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

alice mckaig

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

alice mckaig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bhavana Lymworth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marsha Whatley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Fleishman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Derek Srisaranard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sydney Davis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cady Berkel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kirk Dangler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Ellenberger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Forman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Derek Srisaranard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Le Suer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Forman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Keiter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Fleishman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Keiter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Le Suer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristina Fukuda-Schmid
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debra Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Ambrosino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Findley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Laughlin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Brisolara
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Laughlin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Waldron
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol and Antonio Rocha
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Silverman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debra Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

grant Rich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Ambrosino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Findley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Brisolara
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michelle lesmond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis Hagmaier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Makowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Travena
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Rose

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Makowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nelson Stockdill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Davis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michelle lesmond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raymond Blumel Jr.

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

grant Rich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michele Reed
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nelson Stockdill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Hatcher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marsha Wiseltier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phil Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jelica Roland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michele Reed
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerahmeel Rueben Males
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerahmeel Rueben Males
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sally Stroud
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Abby Grosslein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Joy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gudrun Dennis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana Meyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brett Dennison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gudrun Dennis

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms Betty Victor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Gray
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Ripley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annelissa Gray-Lion
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cornelia Bryant
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis McVey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adrienne Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Gray
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Schellenger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Wilbur
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Voigt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Pikala
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Hayes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Wolongevicz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Frieden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ibn-Umar Abbasparker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Harralson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis McVey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Pikala
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ibn-Umar Abbasparker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Wolongevicz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

james n. lodwick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susi Higgins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick McCloskey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Harralson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phil Wagner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susi Higgins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick McCloskey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Simon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phil Wagner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Spevak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Neihart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Silva
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Goforth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lora Newton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline Hair
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Neihart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Spevak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Warrington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Lemkuil
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Gentes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Pham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline Hair
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy A. Bender
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Gentes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kara Beebee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Silva
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Neil F Freson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ernetta Skerlec
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Bails
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Barber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martina Richter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Neil F Freson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Oliver Deex
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Steinman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brooks Kline
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

janilyn harding
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Sanders
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Wilbur
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Manetric Douglas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Liu
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Steinman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Hansel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Sanders
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Omar Beqaj

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Wojno
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Oliver Deex
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Manetric Douglas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ernetta Skerlec
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Acton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Rials
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kara Beebee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Witkowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Acton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Moore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Feeney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Dinsmore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Rials
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brooks Kline
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Metzger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Witkowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Shinsky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Feeney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel DeLalla
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shane McCune
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Denham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michele Nihipali
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Shinsky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Shelton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michele Nihipali
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frederick Tuck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Kemper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Pernot
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Lima
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet P Duran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert W. Rhodes, III
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Kemper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theodore Beloin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert W. Rhodes, III
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Lima
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hugh Lentz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Coleen Flory
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Pernot
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Danby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hugh Lentz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Arrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Meyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert McCombs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Wojno
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louise Usechak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Chapellier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristina Fukuda-Schmid
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nick Matthews
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louise Usechak

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Chapellier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kerry Labendz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jena Reid
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Claiborn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jena Reid
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kerry Labendz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keelan Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mark zeltner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

matt geer

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Eells
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Vey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Christianson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

matt geer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Jay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

suzanne burgoyne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keelan Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Hinton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Parker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Jay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Vey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Deerwester
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

tara pomeroy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Christianson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Bartlett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Robbins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

edgar gehlert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Gosling
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Parker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

tara pomeroy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Bartlett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Gosling
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

edgar gehlert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Girshick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elanor Cherier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Deerwester
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Wurtz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Robbins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicola Fascina
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dieter Held
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mikaela Gray
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Tipton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Tuohey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicola Fascina
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Tipton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mikaela Gray
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Loftness
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Danby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phil Vanasse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J. Massetti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

r Kennedy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phil Vanasse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Young
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carla Skuce
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Schreibe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patsy Cushing
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Crawford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J. Massetti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Young
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Will Yeager
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Crawford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rona Leighton

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Taylor Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roxann Carmean
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Lininger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Herfurt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Wiley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

roy bell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roxann Carmean
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wiley McIntyre
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

fairlee gamble
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Wiley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan G Rives-Denight
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurel Hughes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Pham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Lininger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Janicki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Taylor Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Carl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patti Schultze
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurel Hughes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Carl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Cathy Rowan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Snyder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael DeAngelis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Janicki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elke Hoppenbrouwers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue D'Onofrio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Lee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly King
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Snyder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

B.E. SILVERMAN
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Koslek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan G Rives-Denight
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Gall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Gall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Cabell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robertta Clarke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Herfurt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacey Menendez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Schaefer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Bowman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert DiStefano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Carringer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theodore Reese
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Sanocki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert March
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

B.E. SILVERMAN

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

john carmichael
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patti Schultze
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert DiStefano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Lanzl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd Hartman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

r Kennedy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barry Sato
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Lanzl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

THOMAS FEESER
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theodore Reese
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Bowman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy McReynolds
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy DeSecki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neal Watkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jeffrey Bains
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rev. Rev. Elizabeth Zenker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Dorothy Jackson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Clarke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andy Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Sanocki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd Hartman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aldana Santto
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Hanlon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Garza
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Mize
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristine Winnicki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neal Watkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Berg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andy Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Hanlon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Garza
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aldana Santto
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erin Haugh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Kasowitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Nakonecznyj
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Morgan Shelhorse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristine Winnicki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne McDonough
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Cowen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Gazzola
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Satler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Cowen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Gazzola
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Williamson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristin Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Pappas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne McDonough
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Wise
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Glandorf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erma Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Carol S Soroos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Williamson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Pappas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Libengood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Carol S Soroos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

April Jacob
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Wise
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenny Hill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Berg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Strainer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William St. George
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenny Hill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

April Jacob
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Kapcsos

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ralph Rexroad
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susanna Levin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Stagnitta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Carpenter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Moresi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristin Webb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jennifer minish
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Jessen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Strainer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Angel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Stagnitta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Henry Boyle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Liebau
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Angel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katie Cowling
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Henry Boyle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristin Webb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Bremer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katie Cowling
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Kapcsos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacey Menendez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Liebau
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerry Hoots
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Winckler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brooke Crowley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brooke Crowley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Moissant
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Moissant
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

P.Jacquelyn Schmidt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Otmar Jonas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Otmar Jonas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Mary Sue Baker

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Rhodes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Foster
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Robson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rev. Rev. Elizabeth Zenker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

P.Jacquelyn Schmidt

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Tribble
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Foster
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russell Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Viljoen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Steinmuller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Henrietta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mera Wolf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Viljoen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Marks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Mary Sue Baker

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Allara
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Sanchez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Steinmuller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Allara
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Day
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Golembiewski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charmont Warren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Hornbacker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Cwang
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauralyn Pryor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Depew
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Monroe

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Cwang
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Lally
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Ocean
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Wiseley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Depew
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nate Frey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Ocean
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nate Frey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Wiseley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Dalcais
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Luke Lamonica
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Cathcart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy O'Connor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Dalcais
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Slade
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Toni Russell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Luke Lamonica
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. J. Holley Taylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Toni Russell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louis Vazquez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neil Thon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louis Vazquez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nina Klippel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Newman

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William C. Vohwinkle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neil Thon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melvin & Martha Rosenblatt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Hathaway
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen Banks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Yu
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marian Cruz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Butler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter McCumber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristin Sunada
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jen Ei
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben Ahern
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Butler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter McCumber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melvin & Martha Rosenblatt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marian Cruz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvonne Hodgkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben Ahern
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Carey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Sullivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Lester
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim C
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Sullivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Carey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Broer-LeRoux
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Hoover
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James L. Holman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim C
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Walker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Fries
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Heermans
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Alleyne-Chin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James L. Holman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Hendricks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Alleyne-Chin

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thea Hetzner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Lange
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Bourlotos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Berklee Robins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Sue Stromberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rev D
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Hendricks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chad Ransom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Bourlotos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

No tax breaks for BP.

Sincerely,

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shirley Phillips
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Berklee Robins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chad Ransom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

V Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rev D
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Sue Stromberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

V Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Searle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shirley Phillips
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rev. L. Cline
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynne Weiske
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Searle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Trebotic
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Fegan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Stoudt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynne Weiske
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Stoudt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Ediger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Fegan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

k Mills

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Gilmore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Conlan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Clark
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Rose
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Schwartz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Ediger

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Stinnett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Gellar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Aubrey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Schwartz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven West
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meg Kettell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Nakoneczny j

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aria McKenna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Caldwell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Rose
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Plummer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meg Kettell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Phillips
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Lilli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Palmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Lilli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Plummer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Cameron
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Caldwell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Stinnett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Criswell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mariana Heymans
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

marc aleep
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Zetler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zoran Banjanin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Staff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marisa DiPaola
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

marc aleep
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Staff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lena Lurie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marisa DiPaola
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A.l. Steiner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

judith cohen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A.l. Steiner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Dutra
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lena Lurie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jared Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Byron W
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

judith cohen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carlos Contreras
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rex Heeter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynda Ferguson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Ray
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Dutra
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Mays
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Criswell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Darlene Jakusz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rex Heeter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Holtz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Darlene Jakusz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Holtz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Sagil
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gary jarvis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Shilko

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Michael D. Ray

Michael Ray
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sister Veronice Plewinski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Schwartz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Licini
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Bailey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Dunham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jared Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Eger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Licini
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gina Caracci
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Bailey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Shilko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stan Hoffman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MAGGIE ALSTON CLAUD
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Koontz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Sagil
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Joseph
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maryska Suda
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Osborne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karie Hillery
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Craig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gina Caracci
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Koontz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maryska Suda
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Hackner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Hiestand
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Osborne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Geiger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Elaine Berg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Prosser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Gross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Arnhold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Craig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karie Hillery
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Yeager
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Beard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Shirey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Hiestand
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Geiger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Burlew
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Gross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jackie Stolfi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Arnhold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Prosser

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert and Hannah Stallman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald E Dimock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Logan Paul
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Travis Tindall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jackie Stolfi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Veta M. Hartman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Posch

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Travis Tindall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Posch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judge Leverich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Paul Boston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert and Hannah Stallman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Prosser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

marguery lee zucker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mary brockway
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cat Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susie Bolser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cassie A. Murphy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald E Dimock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cat Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cassie A. Murphy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Spalding
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Noble
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy j Niccolls
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Spalding
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Prosser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Beard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Noble
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy j Niccolls
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

donald taylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

P Hudson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dotty Caldwell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kiley Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Humphrey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ryusuke Hasegawa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wynne Corson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kiley Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Herb Zetley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edith Ogella
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis Brachman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

david martin

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce McLean
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Humphrey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Prosser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Kornmiller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Herb Zetley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis Brachman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol A. Cole
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wynne Corson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edith Mann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Jachimiak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

david martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Royale
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debra Freeman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Jachimiak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bodo Boehme
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michelle Boylan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Skelly

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Skelly

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Kimbrough
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bodo Boehme
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bartholomew Barker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

c peters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

c peters

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debra Freeman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristine Hutchin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francine Sutton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Skaer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bartley Lawson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Berman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristine Hutchin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol McGeehan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Harrod
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Skaer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

H J Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Greene
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawn Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawn Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frances Crocco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Berman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patti Brandt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frances Crocco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy Morrow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bodo Boehme
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana Quinn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherry Quinn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy Morrow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Rogers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana Quinn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Flora Pino García
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Harrod
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Flora Pino García
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Voss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacey A. A Ward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Brantley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kerrie Shisila
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip Wright
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patti Brandt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kerrie Shisila
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wayne Carson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanna Schoettler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Schultetus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,Mr.Terry Rohrbach

Mr.Terry Rohrbach
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Wolfe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Rogers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Reese
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Logan Paul
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Korbel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Wolfe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Naismith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Brian Kuru
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret C. McHugh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Lemieux
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Naismith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Gilmore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Boss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Natalini
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Welch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Kirkby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Gurule

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roy Reynolds
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Natalini
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Smock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Lemieux
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe M
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret C. McHugh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bret Pritchett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe C
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Welch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rodd Ringquist
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Spencer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe M
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Joyce Hudson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Justin Knoop
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Wheeler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Lyons
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Fields
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Chirpin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Wheeler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Smock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Joyce Hudson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Hutchings
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Daraio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Korovilos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yara Tethys
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Lyons
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Reber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russell Schachterle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yara Tethys
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russell Schachterle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Korovilos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

W. Andrew Stover
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dean Enix
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd Hildebrandt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

W. Andrew Stover
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tony Diaz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tony Diaz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Salvador Marti de la Fuente
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Lombardozzi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Vitale
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natalie Mannering
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kerby Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Lombardozzi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Meissner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natalie Mannering
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Sollee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stuart Weinstock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kerby Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Salvador Marti de la Fuente
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Passmore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stuart Weinstock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Meissner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Cambridge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Long
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mary lasley

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Adams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neil Stanton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Cambridge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Jehn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rocky Votolato
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Richard Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daisy Porter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Walp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Richard Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rocky Votolato
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Meredith C Tucker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Herman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Meredith C Tucker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erik Hauge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daisy Porter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Blackburn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ravinder Bajwa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Herman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norm Stanley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rose Singer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Rubiano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Woschenko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ravinder Bajwa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Watters

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norm Stanley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Woschenko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlotte Shnaider
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Rubiano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liana Heath
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda K Lindquist
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlotte Shnaider
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fayaz Kabani
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Penrose
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Kite
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Penrose
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dashiell Dunkell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

adja catalano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marketa Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dashiell Dunkell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd Spahr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liana Heath
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Rim
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gareth Hale
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I strongly urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated, and taxpayers should most certainly not be left paying the cost of it.

Sincerely,

Thomas Canning
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E GLick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Kite
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marketa Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Donna Sharee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Toby Cardoso
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Fairfax MD
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E GLick

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shelton Dominici
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Toby Cardoso
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Canning
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Therese Matthews
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mara Sabinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Danne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mara Sabinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sadie SullivanGreiner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lora Schwartzberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Bailey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jennifer prevost

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Danne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Therese Matthews
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shelton Dominici

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lora Schwartzberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clover Catskill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Fairfax MD
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexis Hendrickson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Holcomb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Sarvis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dolores Cohenour
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clover Catskill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexis Hendrickson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen O' Meara
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jennifer prevost
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emily Viadero
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Hartung
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dolores Cohenour
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Altman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen O' Meara
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Hartung
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patsy Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shirley Schue
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Dace
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kirk brooks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Corrigan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristy Eyler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kirk brooks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Graves
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristy Eyler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Corrigan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candace Batten
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candace Batten
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Swartz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Clare Barker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana D Sweeney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Bradus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Rigrod
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Graves
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Seth Mosgofian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana D Sweeney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Jensen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Stephen Weitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bea N
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Stephen Weitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Johnston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Sharman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Krause
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deanna Gentle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Griffin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michol Stelma
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mara Wolfgang
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Luke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

nick bode
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tony Gray
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Haynes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Rhein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Luke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

nick bode
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Kaup
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Sears
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Llew Taylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Haynes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Cory
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chuck Karp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Llew Taylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dolly Sutherland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacey A. A Ward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Sears
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leonard Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deanna Gentle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dolly Sutherland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Renee Cossutta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joy Cassidy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joshua Heffron
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Wegener
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dianna Cristello
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chuck Karp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dror Schneider
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Spicehandler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathryn Kissinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Rainey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Wegener
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jaime Stowell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Renee Cossutta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lyda Stillwell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dianna Cristello
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joni lindgren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis McDaniel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Bourassa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanna Ostroot
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Graham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ron wike

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Rainey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ron wike
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frederick Lucies
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Madzik
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Serena Klempin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barb Rysdale

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Madzik
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Hall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Serena Klempin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherrie Becker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Reser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherrie Becker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. christiaan siano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Sullivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Hall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Sullivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. christiaan siano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Kelley Glavine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Cutler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Maresco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eugene Schmidt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Hudson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Cutler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Bianco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Bianco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Maresco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Brightwood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger P
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Gaskill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenny Nichols
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Stewart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger P
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Hudson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Gaskill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Schaem
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce England
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Elisse De Sio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Brightwood

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Dunbar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M. Browning
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Wasserman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brandon Callifornia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Maresco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allie Tennant
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Dunbar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Stewart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Lee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Owen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Webb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miquel Jaume Llop I Navàs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Shaughnessy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Irby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlotte Adams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce England
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Minda Thorward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Lee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy Schwartz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Minda Thorward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Shaughnessy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Owen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Fenick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melanie Wells
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Roeder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Irby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rohini Gangasarran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane vanWert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Garcia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rohini Gangasarran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Friedrich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenelle Joseph
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Reid
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenelle Joseph
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Reid
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Swanson

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Forrest Padgett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Ackley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Gomes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane vanWert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Susan Thurairatnam
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Rubin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Spence
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Susan Thurairatnam
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francesca Lewis

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Rubin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Donch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Edson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristie Mather
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francesca Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

dan volpatti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gayle Blue
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristie Mather
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Edson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

dan volpatti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Guerry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Keim
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Keim
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric McCrone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane DiFante
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gayle Blue
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Creech
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Snow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doris Luther
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JEAN FRIDAY
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mario Velarde
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susie Barton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric McCrone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mario Velarde
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Snow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristen Hoyt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Creech
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Bravo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susie Barton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Bousman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Bravo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Lynch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Keim
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janit Kehl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph OSullivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annabel Caner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. K Krupinski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcia Kurland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Adriana Micciulla
[redacted]

[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. K Krupinski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Lynch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Waldoch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annabel Caner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Fox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Morrison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hill Blackett III
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Rice
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Hahn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Bousman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Fox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Simeon Flick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann C. McGill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann C. McGill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

GEORGE BUDD
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Conn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Lutzker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Stephen Cobb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lawrence josephs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lawrence josephs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

GEORGE BUDD
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Trescone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Rice
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Rice
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Linder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

René Flores
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arline Fass
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marisa Gonzalez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Stephen Cobb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brandy Mulder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arline Fass
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

chris brazis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Jackson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Foster Eubank
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brandy Mulder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

chris brazis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jaen Lawrence
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Browder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jaen Lawrence
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Publee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Foster Eubank
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Minasian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Gross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karolina K?tna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Mark Reback
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Freeze
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Gross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Minasian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Zagaris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Stickney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Kristian Benkö
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Mark Reback
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy McKenzie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Kristian Benkö
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Singleton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristen Hoyt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Heyn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Singleton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy McKenzie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sandra marr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Schweitzer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sandra marr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Schweitzer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Heyn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Warner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Deanka Grisham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Marble
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Hogan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Rizzo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Marble
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Deanka Grisham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Bennett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J. Kramer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rodger Reed
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Rizzo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rodger Reed
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Campbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Moller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karolina K?tna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

bruce fowler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Moller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rafe Dimmitt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Campbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

bruce fowler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Schally
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Rosenzweig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Schally
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

roger schmidt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Cousino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Fuerst
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Elliott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Albers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Ostro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Fuerst
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Coleman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

john seeburger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leon Parker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Albers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Resseguie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erin Nuzzo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Sucec
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tomoko Shaffer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erin Nuzzo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

john seeburger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Carstensen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Cleveland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roy Shitanaka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D. Mayer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerardine Vargas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melody Bates
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gypsy Elan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Falk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gypsy Elan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roy Shitanaka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerardine Vargas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Cleveland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Wells
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melody Bates
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aase Dane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Wells
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valeri DeCastris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kathleen lensenmayer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gavin Dillard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Gulas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kristina wolf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Johnston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candice Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virgil Salzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aase Dane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kathleen lensenmayer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Cano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Katz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virgil Salzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Limbach
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Johnston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Limbach
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Iovino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. James Michael Thomas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ray Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonna Mettie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ray Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Walker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Altshuler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Quentin & Jacquelyn Wenzel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justin Hotovy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Doty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Montgomery
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven J. Prince
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pete Larson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Doty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pete Larson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. ron H. silver
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruchir Vora
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracy Griswold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Megan Warren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. margaret silver
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Kempner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Megan Warren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rhoda Sharpee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Blagen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Montgomery
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harold Parker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karin Boixo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Golden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

joan rubin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Collar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Blagen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristin Kline
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Henry Albert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Urban
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erma Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vittorio Tedesco Zammarano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rhoda Sharpee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karin Boixo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristin Kline
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Collar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Bressler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Perry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bettina Lorenz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Madeline Brock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Kenny
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexandra Meyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Bruns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Bradbury
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gloria Todman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vittorio Tedesco Zammarano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Bressler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Clayman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

TOM OZZELLO
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Kenny
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexandra Meyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louise RAngel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Bourret
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Pitt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barry Goldfarb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

robert roth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evan McDermit
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barry Goldfarb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Sikes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Bruns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cliff Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorrie McFatridge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorrie McFatridge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Clayman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Jeanette Capotorto
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Rosenzweig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Hayes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cliff Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Gladys Murphy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Sul
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Kraniotakis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Perry Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Hayes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russell Griffin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Gladys Murphy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bunni Steele
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Currie Barron
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Kraniotakis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Perry Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bunni Steele
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Bouyea
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Sul
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eve Himmelheber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Noordyk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorrie McFatridge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Bouyea
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Griesi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Noordyk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eve Himmelheber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vivian Griffin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Elzinga
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Griesi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lyle Collins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly McConkey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael J Fergot
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Raymer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Sutherland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Cort
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aleda Richardson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cristy Murray
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Cort
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aleda Richardson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Simle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M M
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Wittlinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Levitt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Cardell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Simle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justin Maul
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Begalke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Wittlinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Martel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Silvani
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colleen Paul
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Martel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Hemmingsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colleen Paul
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David McAllen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

marjorie angelo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ivan Egersdorfer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David McAllen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul C Barry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Taylor Gillespie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Stanford Tanguma
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Berliner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Edwards
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Noordyk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JG Zettergren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

marilyn cohen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Delegal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Perszyk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Taylor Gillespie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Sweeney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Stanford Tanguma
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monica Firely
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Graves
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

KEVIN SMITH
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacomina Newman-Osmon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Donehoo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Bennett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R Roy Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Neste
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Elzinga
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Graves
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Scott-Harris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacomina Newman-Osmon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Donehoo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Jenkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Milcarek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Scott-Harris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R Roy Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Sweeney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Bennett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Doyle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

KEVIN SMITH
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Burjor Dastur
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Milcarek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Jenkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Berger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Maloney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Mason
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Klusaritz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Klusaritz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberto Romo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Mason
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Geear
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger H. H Harrell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberto Romo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Vieth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marco Pardi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Glucroft
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Lawrence
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Geear
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vijay Sheldan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marco Pardi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Glucroft
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Graham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Phillips
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Patricia Gallo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Hayes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Michel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vijay Sheldan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Jenne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Delaney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Moyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colin Hart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sally kaufmann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Chambers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Loretta Lehman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Moore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Jenne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Courtney Riches
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Courtney Riches
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Dawson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Wiliamson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Loretta Lehman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter DiSpigno
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Moore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Rensch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Wiliamson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Royal Tettemer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Glisan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Royal Tettemer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcia Kent
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elsa Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Dawson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Glisan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Waak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dimitri Marek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcia Kent
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Herman S. Simms, Jr.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Mosgofian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lara Wright, MD
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nan Weilage
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Terri Barreras
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Letty Perez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Terri Barreras
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lara Wright, MD
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Zetting
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy McRae
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Fontana
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracey Vetter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Letty Perez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Davidson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Butler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

SALLY SPELBRING
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Zetting
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Geller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Shivley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Butler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy McRae
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Shivley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Glisan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen O Wasfi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Wertz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Springer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Macyle Candela
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Damm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Springer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

susan zarzycki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Macyle Candela
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Damm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

susan zarzycki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

KELLEY BURTT
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Henry Lahey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William D
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Amisano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanine Lord
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William D
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Navran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Mcfarlane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanine Lord
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

KELLEY BURTT
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isalien Jamar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theo Giesy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Fydrych
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

susie hannam maggs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Chryst
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Grossman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew A.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah (Sally) Cole
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Richardson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

susie hannam maggs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Kent
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K.G.H. Nicholes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Toop
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynette Coffey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Haslag
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherry Monie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah (Sally) Cole
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Kush
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

s Forrest
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francis Scalzi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Kush
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Morarre
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Mcfarlane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Morarre
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Townill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Shafransky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nelia Greene
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Townill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Shafransky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eve Saglietto
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gloria Mallet
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gloria Mallet
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Rankin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Ilan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

madelaine moir
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Rankin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eve Saglietto
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Camp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

madelaine moir
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pieter Hull
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robyn Phillips
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Kay Cunningham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Wylam
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Herman Best
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pieter Hull
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandi Walters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Hubbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Ilan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robyn Phillips
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ana Rodriguez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Herman Best
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ana Rodriguez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elinor Yahm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Hubbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Wylam
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Patricia Gallo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

susie M
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Blaine Gott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sandra arapoudis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Sheets
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenn Frantz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexander Goncharenko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sandra arapoudis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Silvia Cappi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenn Frantz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elinor Yahm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

T Capshaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evelyne Lapouge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Sheets
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexander Goncharenko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Silvia Cappi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erin Sandler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Rob Bagley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Lum
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Dennis Wayne Allen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Brewer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erin Sandler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

monroe edwin jeffrey, [redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Moran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Rob Bagley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Hill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Navran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fran Sears
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A Adams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Taylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

monroe edwin jeffrey, [redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Hill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Moran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Todd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Lenardson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Marilyn Waltasti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fran Sears
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fay Benson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Renee Landuyt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Jackson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A Adams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurette Culbert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Marilyn Waltasti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eleanor Rodda
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tobi Wilde
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beatrice Kozak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurette Culbert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Marian Cooley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan McCormick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ms. sandra silva
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ms. sandra silva
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan McCormick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Abler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Kibbie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Bartlett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenneane Breidenbach
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Irwin Schpok
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Kibbie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Bartlett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James R Monroe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Prior
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel Kaplan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Abler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James R Monroe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Subina Garyet
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sabrina Fiodorow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Charlap
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monique Edwards
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Sayre
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adele Meroni
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel Kaplan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Gallagher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monique Edwards
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fay Benson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary Coffey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Gallagher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adele Meroni
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pete Cooper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen Daniel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Den Stetter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Schueler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Viers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Cooper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Frost
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Cabe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael J Kalafut
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Cabe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cal Lash
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary Coffey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Werstein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liz Amsden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Viers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cal Lash
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Cabe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Duncan Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen Daniel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brandon Kozak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christy Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Diane Clark
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Shane Pyles
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Applebaum
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Poore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barb Crumpacker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Friend
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Friend
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Diane Clark
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Townsend
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Guma
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiffany Snyder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nick Szumlas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barb Crumpacker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Townsend
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Montague
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiffany Snyder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lisa simonin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nick Szumlas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lisa simonin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Ridley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Georgia and John Locker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn LaBerta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn LaBerta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Applebaum
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Ridley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerome McGinn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Baxter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Mitchell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Cratty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Diaz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Cratty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Conway
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dick Hogle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Prather
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dick Hogle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Conway
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

RedLion York
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Mitchell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Diaz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Bruggemann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keven Johansen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debra Edelaton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Morris Downie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Black
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D Rex Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Bruggemann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Walker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keven Johansen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aida Brenneis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D Rex Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Walker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Barnes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Burton Steck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aida Brenneis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Ryan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Barnes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Em Crone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeannie Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristina Lamons
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard W. Alexander
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristina Lamons
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Weiss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Em Crone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Iltis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeannie Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Harrington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Weiss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Line Ringgaard

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Harrington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothea Stephan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Iltis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothea Stephan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roxanne Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Line Ringgaard

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roxanne Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherrylee Felger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Halena Seiferling
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rai Montalvo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherrylee Felger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Fladager
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Pennington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rai Montalvo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Elsbury
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Grieman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bobbie Turner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Wojcik
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Pennington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tina Lynch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bobbie Turner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Yi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Fladager
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shonna Davis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Yi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John & Sandy Zinn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Colleran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Konstantina Balaska
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Why should I pay taxes if large corporations don't?

Sincerely,
Kay Sloan

[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ernst Mecke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Colleran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Burwasser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

benson hausman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debi Mueller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Berry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Sloan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Konstantina Balaska
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judge Leverich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Burwasser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Arnn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Asturino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Renee Burcham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brent Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Arnn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

June Green
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norma Harri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jym Dyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Asturino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Levesque
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

June Green
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norma Harri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patty Poock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Fredenburg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Levesque
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brianna Cervantez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Mayers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Drew Degen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shari Petrie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rowan Everard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Booth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Todd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patty Poock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Goodman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rowan Everard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shari Petrie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Fly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wanda Webber Snyder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

suzanne zelnik geldys
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Whitmore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Goodman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yefim Maizel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Alfano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Higgins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wanda Webber Snyder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Herbert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Higgins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Whitmore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Drew Pelton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gloria J Howard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yefim Maizel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kairen Brooke-Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Drew Pelton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

VIvian Duong
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larissa Matthews
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Toister
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Weinberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Josef Luftman

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larissa Matthews
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

VIvian Duong
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Kane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Josef Luftman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Toni Mabry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Leigh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Weinberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Kane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Pekrul
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Toni Mabry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Leigh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

larry baird
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Pekrul
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

larry baird
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Dunn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Rzeczycki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kym Garcia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave bilski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Short
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Rzeczycki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Noe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Kallick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Reynolds
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Swain
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Prellwitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Ainsley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Reynolds
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Kallick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neil Prater
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Ainsley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven K. McKendall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Weiss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neil Prater
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pete Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joni K Lamb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Prellwitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bridget Hinojosa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Weiss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

douglas werner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joni K Lamb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bridget Hinojosa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Parker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Georgina Wrigh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Schmittauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Schmittauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raelyn Michaelson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Lengel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Molly Flaherty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Cannell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Piero Soligo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raelyn Michaelson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Piero Soligo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Molly Flaherty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Foglietta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paola Dejesus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Abigail Bates
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Foglietta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Sikes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Noel Crim
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Sheardy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candace Jarrett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Bevsek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Abigail Bates
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Noel Crim
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dianne Gove
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Schrader
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Bevsek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candace Jarrett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Watson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter B. Sweeny
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Schrader
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rocco DeBellis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dianne Gove
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter B. Sweeny
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Georgina Wrigh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Grosch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Grosch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ted Leibowitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leonard Polletta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Watson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ted Leibowitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

alan lee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Haskell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Newman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

alan lee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elroy Kursh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Newman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Haskell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Hansen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frances Harriman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Meyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Marceron
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Keenan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

V. Klubek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Marceron
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Schmidt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Keenan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Schmidt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Wind
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

V. Klubek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Reginald Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dylan Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leonice Mertz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Reginald Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Reginald Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heidi Supkis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Gaffney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Wind
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Sprouse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Sprouse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce TenEyck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Bonnet
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Hooper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Bonnet
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Ristig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Furlong
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Hooper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Dobson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Furlong
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Spruill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Asano Fertig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Rice
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Schiller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd Fisk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Asano Fertig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Parkinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd Fisk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Donley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Wyler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack West
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Schiller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Parkinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Gold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tulsi Milliken
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack West
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathi Rigsby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Ristig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Christian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Christian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marlene Bertke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rik Masterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristin Klass
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jude Hyzen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S Logan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Duke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Christian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Christian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathi Rigsby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristin Klass
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brad Mallory
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marlene Bertke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Marion Tidwell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Phyllis Erwin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jude Hyzen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherrill Barbary
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Inge Wagner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debby Roegner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rik Masterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S Logan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Duke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Marion Tidwell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debby Roegner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brad Mallory
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Drew Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marian Ueki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Hutka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark King
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Conklin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cord Monroe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patience Heyworth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark King
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patience Heyworth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cord Monroe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Sanford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcia Dale-LeWinter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ak Griffin
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Bosold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon B.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Mannhalter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcia Dale-LeWinter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Sanford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JoAnn Polley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Bosold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marian Ueki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ak Griffin
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Reitschky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fayten El-Dehaibi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary True
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fayten El-Dehaibi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Heath
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Mannhalter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy O
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

stacy parr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M J Strimbu
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Vranka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy O
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary True
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Atwater
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paulette Fiehrer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liz Krum
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liz Krum
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M J Strimbu
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Gaskins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jay & Cathy Harter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Wooten
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Scott Whitener
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Carol F Castonguay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Ozzello
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jay & Cathy Harter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Scott Whitener
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kellie Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brendan Connell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Ozzello
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doris Maha
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian T Truax
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ginger Schedler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Heath
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Heath
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ginger Schedler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Truax
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brendan Connell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph De Feo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex Nielsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Fedele
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A Fenn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

curtis rehfuss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Fedele
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Russell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Perkins Perkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Nachazel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Ireland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex Nielsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Fedele
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Perkins Perkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Negri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Cooke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Franck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Trumbull
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Negri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Franck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Dawson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Mee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn McMullen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicki Kruschwitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Mee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Joseph De Feo

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

thomas reif
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Dawson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melvin Bautista
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Baughman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norm Hartz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Wirth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Ortiz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicki Kruschwitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Baughman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Goodman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norm Hartz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angie Affolter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Wirth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Boguske
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lee williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Carafides
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Misty Speck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Sampson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Lamb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valeria Santos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louise Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Dahmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Dahmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Fagan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Bubenick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Lamb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louise Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Ortiz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Zasadnyj
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Madden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Zasadnyj
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Lou Ramirez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Bubenick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Harald Grote

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

G D Abbott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Dobson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betsy Eaton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Lou Ramirez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randall Herz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angie Affolter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Louise Mann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alana Mawson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randall Herz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Crombie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alana Mawson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Skutches
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Elverston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Skutches
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Segal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Crombie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Regel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Galina Heuer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E GLick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Segal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Abby Dahlquist
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Boguske
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Galina Heuer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Loree Stinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Kelly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Regel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Orion Corcilius
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kinney Evitt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Kenton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kinney Evitt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Kelly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Cox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Loree Stinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robyn Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Gloria Hafner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Kenton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Cox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Andersen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Gloria Hafner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher McConnell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lesley Brill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

bonnie corey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robyn Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miss Jean Marie VanWinkle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Rainbolt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

bonnie corey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lesley Brill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Merrell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlene Epperson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Ferguson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aisha Farhoud
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Morales
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Ferguson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ralph Palmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kairen Brooke-Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ryan Harlow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aisha Farhoud
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Morales
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thelma Follett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Bugbee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr James Mulcare
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Yeomans
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Koch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ryan Harlow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Li
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr James Mulcare
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris McGratty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Goodell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thelma Follett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Bugbee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Gatenby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul & Nancy McEuen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Bradshaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Cruz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dona Carbone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Macaulay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Koch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Jablin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

KAREN JONES
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Rowell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Li
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Cruz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Speirs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

KAREN JONES
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Jablin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Leonard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Rowell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Patzke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Speirs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William O'Hare
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Len Lorette
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William O'Hare
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Kantner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Friedrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara H
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shay Chan Hodges
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Ruckman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Petty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Friedrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Petty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda McClendon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Alice Kelly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Habib
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Alice Kelly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Penny Altman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Donald
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary Scully
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Halderman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erma Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda McClendon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Halderman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary Scully
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Katz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Gray
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elliot Pliner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bo Breda
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Cox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Gray
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vincent Nicoletti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Dzubak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Donald
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Dzubak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joshua Saks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vincent Nicoletti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Siegel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Morgan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Carpenter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elisabeth Holder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

tammarra walden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Reynolds
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Kardiak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Helen Venos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Harman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Hollinrake
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Morgan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Schopac
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Carpenter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Reynolds
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elisabeth Holder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michele Balfour
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Steve Bloom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Camille Gilbert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Hollinrake
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Camille Gilbert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michele Balfour
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Schopac
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvette Irwin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emil Montaneli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Hanisee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Shapira
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hector R. Amaro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Munitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Audrey Samelson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lyle Dougherty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Abbott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Subrata Sircar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Van Steenberghe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hector R. Amaro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Carter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. B.a. McClintock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emil Montaneli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Stadelman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Prof. Denise J. Tartaglia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Murphy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Audrey Samelson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Thomas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harlisa Asumen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Lang
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Hooper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Thomas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Regina Hudgins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris McGratty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynne Preston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Van Steenberghe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Walling
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Sears
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Pajewski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynne Preston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Harris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Becky Arney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Brink
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Magee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Walling
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Gowan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Becky Arney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Magee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Greenleaf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Brink
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Farr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Wallace
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edwin Holmberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

H. Guh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

H. Guh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Georgeanne Samuelson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Curt Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Dunn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Farr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Coen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Smead
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edwin Holmberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Day
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Cook
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Wallace
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Smead
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Georgeanne Samuelson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Cook
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Steve Overton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, A Baddeley

Andrea Baddeley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Steve Overton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Shanklin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Lanktree
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Shanklin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorraine Heagy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lucia Durand
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Lanktree
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

laura braggiotti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Baddeley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Brandes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Sullivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerard F. Gaudin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorraine Heagy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorraine Lowry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Markillie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerard F. Gaudin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward McAninch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Sullivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristen Lowry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Saunders
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jiazhu Zhang
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nannette Gover
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Priscilla Klemic
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis Perna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nannette Gover
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Eads
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Irena Franchi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margo Margolis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doris (Jody) Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Saunders
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jiazhu Zhang
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katrina Yurenka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Palmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne F Hedrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shay Chan Hodges
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary F
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis Perna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katrina Yurenka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Smalley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Link
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doris (Jody) Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doris (Jody) Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Irena Franchi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Broadwater
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Ferguson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan LoFurno
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Vandermeer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan LoFurno
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Wyrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Sgambati
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Broadwater
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lucas lenhert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Quinones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Vandermeer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Viken
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Wyrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Quinones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lucas lenhert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doreen Charest
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Lieblein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Viken
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annah Gardner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Condelli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Leonard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana Eppstein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Lieblein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doreen Charest
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E.g. Leffelaar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annah Gardner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana Eppstein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Flyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Juliet Pearson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

I am counting on your leadership.

Sincerely,

Susan Swan
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E.g. Leffelaar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Kuntz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Flyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Kuntz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Smart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Buford Goodwin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Sharp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Sharp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Newton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stuart Lynn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corinne Pettey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Vann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Potthoff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Payne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Moran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richelle Kogan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Newton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Payne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fern Stearney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Moran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ralph Miner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Powers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melanie Dupre
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Malgorzata Picinska
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corinna Hasbach
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Molly Huddleston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zoe Chapman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zoe Chapman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clare Farabaugh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Malgorzata Picinska
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Perkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corinna Hasbach
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Powers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Molly Huddleston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tia Douglass
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elissa Mericle-gray
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clare Farabaugh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dawn Mason
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Armstrong
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonny Bellville
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa M. Campbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Moise
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa M. Campbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruby Cole
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Piotr Sliwka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Haggard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Deibele
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Moise
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fran Tessmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michael teague
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ronald saunders
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Strickwerda
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elissa Mericle-gray
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Grenard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Michael Tomczyszyn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Johnsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Bell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Michael Tomczyszyn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fran Tessmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Gabriel Sheets
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Iii
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jaime Becker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Strickwerda
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Crystal Wolf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Kathryn Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Johnsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Bell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tommy Morgan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Deibele
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Crystal Wolf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Grenard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Gabriel Sheets
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susanna Askins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karl Schumaker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Reeves
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natalie Brod
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Hartman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lenore Cymes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A. Utzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Beaudry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jordan Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sean Robison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edmund Doran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Beaudry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Malcolm Groome
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A. Utzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sean Robison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Mattes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Malcolm Groome
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Christopher Pelham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edmund Doran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Coffey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Mattes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Ellen Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MaryAnn Gregory
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcellus Armstrong
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Helen Wooll
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Michael Bossert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

KL Eckhardt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Todd Walker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frannie Ruggiero
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natascha Tarmann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexandra Curran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Helen Wooll
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Helen Wooll
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank B. Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Todd Walker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Kroner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexandra Curran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Morski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frannie Ruggiero
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank B. Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffry Yaplee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Morski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Brock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Brock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Kroner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carter Neal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

john harris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Osuna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Luchsinger John
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carter Neal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Wyman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Eckman-Onyskow Eckman-Onyskow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Eckman-Onyskow Eckman-Onyskow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Cline
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

john harris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Easterling
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

john harris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Wyman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Easterling
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

G P
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

G P
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aquileo Hernandez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Gold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberta Branagan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Garrick Updyke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Gold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miranda Friske
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Pride
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Garrick Updyke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daisy Bagnoli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ted Whitney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JoAnne Wirtz Ryan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, we urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harry and Jill Brownfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daisy Bagnoli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JoAnne Wirtz Ryan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Warichak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Maravetz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Alexander
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E. Lee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Connie Allison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Crogan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Lanham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E. Lee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Alexander
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Hansell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Tillery
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Connie Allison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cherie Free
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vernon Hill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tlaloc Tokuda
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Trudi Budd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Frazee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Godwin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Crogan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stanley Brewer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen A Absten RN
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Morrison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Dietterich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Todnem
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cherie Free
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elise Marks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dominic Roy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Lanham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen A Absten RN
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Crawford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Monterrosa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elise Marks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dominic Roy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Crawford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Ostlund
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Ostlund
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sol Munves
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Nicovich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ina Cantrell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Kucak MSW, LCSW
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Gorman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stewart Fisher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Morrison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Kucak MSW, LCSW
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Balizer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Gorman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ina Cantrell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Hashem
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Steiger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Fischer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Steiger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Hashem
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan R Clark
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L.m. Holmes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Fischer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Nicovich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Neevel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Reuben Litten
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy L Carl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Reynolds
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Saltalamacchia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr Copas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathalie Cantin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Reynolds
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr Copas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Elliott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

India Rance
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Ward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Harold T. Hodes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Saltalamacchia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Noah Link
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Gardos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Porter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Billy Kemp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daphne Figueroa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Leppala
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colleen Sheely
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Holden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Bridges
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Porter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline Sévilla
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Leppala
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daphne Figueroa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debra Ober
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Marino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Redding CPA
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brandon Gregg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Bridges
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debra Ober
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Florence Wagner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Holden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

melissa miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline Sévilla
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Marino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming ANY PORTION of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should NOT be left paying the cost of it.

Sincerely,

Kathleen Watson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Haroutian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

melissa miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Harrison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brandon Gregg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Redding CPA
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Haroutian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Heather Cross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenice Jackson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Moshe Adler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenice Jackson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Claridge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Heather Cross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Willets
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph DeGruchy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Koshinz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Koshinz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Willets
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosiris Paniagua
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. JIva Masheder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Flem Messer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. JIva Masheder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosiris Paniagua
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph DeGruchy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dean Sherwood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Craddock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Scholl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, PAMELA

Pamela Wallace
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Scholl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victoria Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gene Peeper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victoria Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Garber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Garber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norman Crouter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J A Trosper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Sansbury
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corinne Dodge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adi S
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Owsiany
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corinne Dodge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

The U. family
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

The U. family
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Gallegos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Kessler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. John Keiser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Gallegos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Sparks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

carol severe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. John Keiser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

bev lips
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Kessler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Daharsh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Sansbury
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Taylor Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Roth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

The U. family
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lenny Obolsky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Roth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Danielle Spitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lenny Obolsky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

bev lips
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Torlone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Williamson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Taylor Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denis Hillman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Danielle Spitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Borota
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miranda Friske
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Dowdell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Stanley Whitman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Holtzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dianne Ensign
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rich & Eileen F. Heaning
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Stanley Whitman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Kensinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Kensinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Houseman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rich & Eileen F. Heaning
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dianne Ensign
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie-Claude Perigon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Kensinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Houseman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Daniel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Golio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Bauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sean Gallagher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Shedd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Haggard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Daniel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Brandford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Bauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Shedd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Randall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Becker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Frankel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jared Jackson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Godwin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Becker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brandon Sutton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Jensen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brandon Sutton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Henry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

a mogavero
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Henry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darryl Rodgers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Nguyen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Hutchinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darryl Rodgers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Scheiderer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Heinz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Ann Rotondo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rev. Max Burg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Ann Rotondo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rev. Max Burg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sam Stamport
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Heinz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randall Riggins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sam Stamport
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberto Freeman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aimee Millensifer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S Reiff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Barrett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Christwitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leonard Bottleman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

KAYLEEN A DEVIER
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Barrett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Drew Roenneburg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lyn Younger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Dearborn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Lomaka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Helen E. Hughes, R.N.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Drew Roenneburg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Ann Leitch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S Reiff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Christwitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Dearborn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Lomaka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Veronica Ambler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Zellner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allison Alberts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Bardo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Veronica Ambler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allison Alberts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Wilkerson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Llinas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvonne Zola
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Wilkerson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Llinas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvonne Zola
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvonne Zola
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Bardo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kyle Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvonne White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linc Conard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Renninger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvonne White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Dawley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Giddens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ROBIN NADEL
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

j. eggers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linc Conard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Henrik Fallian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sabrina Carey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelsie Baltrusch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Dawley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marta Calleja
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelsie Baltrusch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

j. eggers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sabrina Carey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Henrik Fallian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Jacqui Foster
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Max Kaehn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hillary Colby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

G Amigon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Spencer Campbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Julien
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Upp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Susan C Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

G Amigon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Susan C Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Julien
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Spencer Campbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Poulette Whitfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Segal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Poulette Whitfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Reel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Brandford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Kensler-Prager
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie van Dijk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Kensler-Prager
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Reel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jayne Carter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M L Quinn-Gruber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike McGilaway
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Eisenfeld
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike McGilaway
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Hunter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Penny Patterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Duick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

steve abrams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Blanchard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

steve abrams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Lozow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcia Mathison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Benton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Dalecky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Damon Mills
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. and Mrs. Cregg MCCULLIN
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Bruce D. Johnson

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Damon Mills
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shonda Hannah
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Hasselman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. and Mrs. Cregg MCCULLIN
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Blanchard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fauna-June Fauth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Peters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fauna-June Fauth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Craig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Peters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Roche
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kev Suscavage
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kaydell Gaasvig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shonda Hannah
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arnie Knudson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C. Schandall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kev Suscavage
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Laba
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C. Schandall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

helen durant
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Zahner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Fredric Salstrom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fredrick Seil
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Ludwig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexandra Bryant
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Boyd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Rolston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Brebner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kerry Ellen Clark
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Boyd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Brebner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kerry Ellen Clark
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

manmeet toor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Libba Campbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

manmeet toor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clinton Turnbough
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Urban
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Libba Campbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Madejczyk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chad Alvarez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Anderton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bernard J Grisez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Tracy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

paulline bedford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Erikson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Frost
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J. Lellinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nick Gaetano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marsha StLouis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

robert davidson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nick Gaetano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Wolff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ramona Krause
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bernard J Grisez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Frost
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bernard J Grisez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

paulline bedford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Tracy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Soby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

robert davidson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Soby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Coles
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J. Lellinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annette Raible
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Brungardt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Edell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Coles
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Vogel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Dunn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Day
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Dunn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D.e. Whitcomb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ariel Marbury
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie Mcculloughpayne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brookrt Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ariel Marbury
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brookrt Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Brungardt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D.e. Whitcomb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Freya Goldstein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary McCuen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Coleman Davis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce E. Holdread
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Geoffrey Pruitt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Servizio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary McCuen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erika Lindsley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Mueller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Gricus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L. Nagel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Gricus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Servizio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lois Clymer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Newkirk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tatiana Schlaffer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L. Nagel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Coleman Davis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Mueller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lois Clymer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Wolff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Buchanan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William G. Webster, Sr.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alison Baker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Hissom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Hissom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Hissom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Hissom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Meyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Audra Morse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Louis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Stan Fitzgerald
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Louis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katie Benbow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Reese
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcy Vaj
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katie Benbow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eugene Frost
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Visota
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ray Davis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura D
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Quasha
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Hinton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Holtzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy DeSantis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bea Shemberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eli Edgecomb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bea Shemberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura D
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Palmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ian burns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Hoysan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vanessa Thibodeaux
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brandy Dominiy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Jatinen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dixie Mullineaux
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brandy Dominy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vanessa Thibodeaux
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Branfman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Daharsh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dixie Mullineaux
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Karen Hayashida

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

bruce Gordon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justin McCullough
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justin McCullough
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brandon Villella
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Puca
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Moran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Doenmez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Puca
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Bartolf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Moran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kaatje Adams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Muriel Edwards
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Bartolf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ali Ö?üt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

susan wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kaatje Adams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Art Rosenberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Albert Voegeli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Berkowitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Karen Hayashida

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Albert Voegeli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Griffith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J. Gilbert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J. Gilbert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Dane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew & Kathleen Wittenborn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Bradshaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andre Meaux
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

t brock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isaac Salazar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Bradshaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fer Jimenez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andre Meaux
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew & Kathleen Wittenborn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Lofgren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Baldridge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Gruettner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isaac Salazar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lydia Levinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Wissinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Yanas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellyn Sutton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy DiAgosta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Yanas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynda Marigold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellyn Sutton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frankie Harvey-Shea
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Wissinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Hawkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gloria Pilkington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ali Ö?üt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Baldridge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy DiAgosta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gloria Pilkington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Politzer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Thurman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jasmina Bricic
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jasmina Bricic
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Bonar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia LaRocco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying any more of the cost of it.

Sincerely,

James Connolly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan DAvanzo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Bawel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ismael Baquedano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ismael Baquedano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan DAvanzo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barb Scavezze
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

denbar denbar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

robert swartenberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

chris koch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barb Scavezze
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

robert swartenberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

chris koch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andy Colee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Libda Pullano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Cadenhead
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wm Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen Conner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Penny Potter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Gebauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Crane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wm Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen Conner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Shuben
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

doug krause
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Kay Szynskie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

doug krause
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Crane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Stewart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Penny Potter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Crist-Whitzel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Shuben
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Stewart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Maly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Kaiser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barry James
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ursula Finkel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra F Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barry James
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Crist-Whitzel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Lux
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Lux
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edgar Cabral
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Rietzel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edgar Cabral
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rochelle Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Braund
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rochelle Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Leahy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Constance Plumley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Josephine and Frank Tosiello
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Loretta Fisher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sean Sheeley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Loretta Fisher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Parrone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lucy Tyndall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Brummette
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Bob Rolsky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Margulies
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Sparks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Brummette
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walt Maruschak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lucy Howard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Bob Rolsky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lucy Tyndall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Sparks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lucy Howard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Brick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Fowlie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenn Finch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Brick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Skip Cross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenn Finch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Skip Cross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tanya McKown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Robertson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Stehlik
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tanya McKown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Loewyn Young
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kye Quickel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William H
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Grenfell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Hopkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chelsee Boehm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Paulson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chelsee Boehm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Berndt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan and Robert Bennett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Berndt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Berndt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Yankaus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Art Sweeny
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Esposito
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Art Sweeny
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Vorstermans
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Pachter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Vorstermans
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Calvin Mannes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hashi Hanta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S.P. Franklin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dean Knauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Matturro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Maris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Raskie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dean Knauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L B
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Livingston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L B
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Maloney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

blue mcright
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heidi Peters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Maloney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Raskie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

blue mcright
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerardo Fuentes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heidi Peters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Jensen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marguerite Boyens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenn Rape
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marguerite Boyens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Jensen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Cannon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerardo Fuentes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying any more of the cost of it.

Sincerely,

Margaret Dyson-Cobb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Antonia Matthew
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Peariso
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Vance
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Peariso
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Gallagher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Vance
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Antonia Matthew
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lydia Clarke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Molly Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gösta Montelius
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Hesselink
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C S
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lydia Clarke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Courtney Birkett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Lavenhar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gösta Montelius
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Weller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Hesselink
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Weller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Murray
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Salter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Kimsey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jodi Beers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Bell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Hirschi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniela Emery
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Pachter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Cotton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Pettis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Kimsey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Bell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Hirschi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Darling
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Fricker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Bader
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Hollar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Kostka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Plaviak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Darling
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Joslin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Pettis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Bader
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jodi Beers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Santos Santos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louis Priven
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ira Levine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nick Gillett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Pham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Wilsnack
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Bertaina
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Fricker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Santos Santos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Wilsnack
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gabriella Garofalo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Zaborszki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angelic Rubalcava
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Bertaina
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

susi Westwood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Joslin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Cerda
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angelic Rubalcava
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Zaborszki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

russ ziegler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gabriella Garofalo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meghan McCutcheon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Wohlberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

russ ziegler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

susi Westwood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeremy Stubbs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

barbara neri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg King
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meghan McCutcheon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it!

Sincerely,

Eric Edwards
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kymberlee Harris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeremy Stubbs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Edwards
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Green
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

barbara neri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg King
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Kursh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Crowther
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Kursh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret B King
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rutvij Talavdekar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rutvij Talavdekar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Stephenson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Pham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Stephenson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Crowther
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Crawford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra McLuckie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra McLuckie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Romeo Tango
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret B King
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monet Shook
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Voves
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl West
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Voves
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Bradford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wallace & Cathleen Lambie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Czerniak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Bradford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Czerniak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale Shero
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Kenny
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale Shero
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Levin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Horwitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jim Hanley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larise Boughner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Horwitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yolanda Ferguson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tess Husbands
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth W Christlieb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Robert Blumenthal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tess Husbands
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yolanda Ferguson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Hipsher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Floyd O'Brien
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kurt Speidel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Wiley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Robert Blumenthal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ray Malinda
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenda McMurry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth W Christlieb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Laubert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Owens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Howard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Rich Panter

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

j j
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Hipsher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lavonne Engelman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rich Panter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kurt Speidel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lavonne Engelman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Case
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. William G Rose Jr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

feliz nunez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

feliz nunez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

j j
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jim Barber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joy Heaviland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Jane Engelsiepen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jim Barber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Sullivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marjorie Clisson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Lyles
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vanessa Carbia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Rosar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christian Rocklein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Lyles
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Sullivan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carla Earl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Gotz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Hoeksema
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Wynne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Anca Vlasopolos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vanessa Carbia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Hatch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Burke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Stanberry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Pearson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Bowman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tamera Bennett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Wynne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. William G Rose Jr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Hedwig Backman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marlene Stalter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Hatch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Chad Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Burke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Morse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Engler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Hedwig Backman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Croitiene ganMoryn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Morse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

T M
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Bowen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gloria La Fleur
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Chad Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Glassman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Farrell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gloria La Fleur
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Silva-Miramon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Glassman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Lambeth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Spiers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Lambeth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jo Sanders
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Ballard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Staci Evans
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jo Sanders
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Selina Sweet
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Ballard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Staci Evans
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Selina Sweet
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Teach
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Siegel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Holt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Siegel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Huber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothea Vecchiotti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shirley Gunn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Teach
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Beery
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Huber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Holmgren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Somers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vin Agmeno
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vin Agmeno
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shirley Gunn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlene Zuckerman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Ramirez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vin Agmeno
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlene Zuckerman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Fronske
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Holleran

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Zoah-Henderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Tharpe-Lucero
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Somers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Kent Argenta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Fronske
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allison Peak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christa Leduc
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Zoah-Henderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

e Wait
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allison Peak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl Watters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Espamer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

karan prakash
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maxine Hayes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

e Wait
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Sterner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Holmgren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Espamer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Henry Browning
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maxine Hayes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Lancaster
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linc Cole
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Allison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Allison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Brusen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Ramirez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jeanne cormier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Krikourian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Richards
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Krikourian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynne Schrupp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Holder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Neave
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet London
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynne Schrupp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Noreen Stevenson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Holder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Gotz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Fox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Holleran

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Hill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet London
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Belanger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Brusen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shalini Bosbyshell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Fox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Noreen Stevenson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harold Johnsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Belanger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shalini Bosbyshell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Hartman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

T.J. Warenz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rhonda Bradley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Crowley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Sachter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Nied
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

T.J. Warenz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Nied
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Tift
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Hawes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Schacht
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Reeve Love
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

T. Fernandez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Gherardi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Collins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Schacht
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Collins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louis Anipen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Swolinski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Gherardi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Slining
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Erdeljac
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice Slining
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John P. Davis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louis Anipen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Tangi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Seth Clarke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A. Todd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Bobb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Wheeler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Seth Clarke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Tangi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yan Fantalov
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rhonda Bradley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John P. Davis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A. Todd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Andon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sundriya Grubb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ernest Hill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Wheeler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Ondrejicka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Partin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Grace Golata
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ernest Hill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sundriya Grubb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Mock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hannah Tomes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Redden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Wallesz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hannah Tomes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Mayer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeaneane Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Mock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Redden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shirley Espeland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M D
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Candace R Bassat
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Veronica Watene
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Mayer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sally Garfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Kane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Schmidt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Kane
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Veronica Watene
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sally Garfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Samuelson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wallace Iimura
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Schmidt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Candace R Bassat
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Hammer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Hammer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Karsh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Guma
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Patricia Zylius
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Samuelson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dean Zimpfer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Weinberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Weinberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Huey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

william brooks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liz Helenchild
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Truesdale
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Dudley and Candace Campbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Cloonan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Staropoli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isabel Molloy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

william brooks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dwayne Dassing
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Max DeNise
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tj Brooks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dwayne Dassing
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isabel Molloy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barb Olson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Max DeNise
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Antonio Sarmiento
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Middour
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rev. Gordon Hills
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Potter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Beavers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Keiserman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maryjon McAvery
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Antonio Sarmiento
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Middour
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kayla Warden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rev. Gordon Hills
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Malo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kayla Warden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Middour
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candice Bicoy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Nields
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candice Bicoy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

adrian landon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Robert A. Vanderkamp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emma Bartholomew
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Lambeau
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Eaton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Robert A. Vanderkamp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Malo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

winn wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emma Bartholomew
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monique Trahan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Bush
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

winn wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Eaton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sam Holm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcie Thezan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Monique Trahan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Gabriel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanine Yows
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

adrian landon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Callie White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

chris jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Denham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanine Yows
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Wurtz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Buttles
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Rennacker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Becsky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Becsky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Allarde
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Allarde
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Brinegar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Rennacker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Wurtz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lori Troupe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christian Traylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Rosenfeld
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolin Eville
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christian Traylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Norman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kay m
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

António Rodrigues
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Brinegar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MARCEL LIBERGE
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandrine Coulon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phoebe Reeve
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolin Eville
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

kay m
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susanna McAdam
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Lynne St. John
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Majercsik
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phoebe Reeve
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Thelen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susanna McAdam
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Majercsik
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Burgundy Booher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christian Rocklein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Shoun
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Dyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Thelen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Kondratieff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Burgundy Booher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Shoun
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Shank
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Kondratieff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Dyer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherry Howard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Rosenfeld
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Karen Kirschling
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Douse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Kolakosky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Haldy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherry Howard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

a kasbarian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Vaughan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Douse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Haldy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Kolakosky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Susaan Aram
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Florence Sandok
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

a kasbarian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

B. C. Dashiell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

B. C. Dashiell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Florence Sandok
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean Francois Salberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harold Pike
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pietro Fornara
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

António Rodrigues
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pietro Fornara
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Standke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

t e
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Mendelsohn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Nelson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan p
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J. Fred Thornton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

t e
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Nelson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

scott fishel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary McCoy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Auer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Peltzer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J. Fred Thornton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Auer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vivian Schatz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alison Zyla
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Davine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michele Santoro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

a c
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Mehring
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

dorothy kornelis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John & June Owens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John & June Owens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John & June Owens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Alice Neuhauser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Schwartz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Alice Neuhauser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Calder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Moore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Liddle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Newkirk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meagan E Gill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adele Gleason
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Kartman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meagan E Gill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Thomas Conroy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Cornwell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Newkirk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marjorie Dearmont
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JoAnn Webb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adele Gleason
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Groves
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Schwartz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sylviane Mahaux
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Cornwell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Ralston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sylviane Mahaux
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Bartolf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Bartolf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Bartolf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Groves
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adrian Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Kartman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Simpson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Schachter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

eric webber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron McCutcheon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rogers Turrentine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Simpson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ray Orley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paulette Whitcomb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Breza
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Lubow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karyn Goff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rogers Turrentine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Kraus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paulette Whitcomb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Breza
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Kraus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth LeFever
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Illig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Schieferecke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

manuel rodriguez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Proto
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Salmen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Reade
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Young
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Reade
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Middour
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dharmesh Mandalia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Middour
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Oleg Varanitsa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dharmesh Mandalia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joshua Angelus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Oleg Varanitsa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Young
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Cunningham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Carroll
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Petras
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Todd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Petras
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Wheaton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alba Stroube
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alba Stroube
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Wheaton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LInda McDougal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Bell-Tull
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K. Nilsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charleen Kubota
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Steele
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ray C. Telfair II, Ph.D.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karl Mortimer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K. Nilsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Steele
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charleen Kubota
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sr. Veronica Blake
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clint Lenard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Molinero
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joshua Angelus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karl Mortimer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Donald Hyatt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Earnest
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caressa Al-Khateeb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr Joseph C Clancy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Molinero
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sr. Veronica Blake
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph H. Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Donald Hyatt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Kruger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara King
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. DAvid Griffith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Kruger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

andrew frantz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Inness
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlotte Gallardo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andre Tarverdians
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Wiggin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jamie Bryan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Jorgensen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. larry mahlis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hon. The Hon. Eddie Rose
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Wiggin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jamie Bryan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Inness
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Markis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlotte Gallardo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. larry mahlis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hon. The Hon. Eddie Rose
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elena Mancini
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Porrello
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Safer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Porrello
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elena Mancini
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Garland Ward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ld Roncalli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gloriamarie Amalfitano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlotte Gallardo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Valencia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Stewart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Moon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gloriamarie Amalfitano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eva Yachnes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Garland Ward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nina French
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Moon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Valencia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Shushan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Shushan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ankush Bansal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben Kloepper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Richmond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Richmond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melinda Parke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Straw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerhard Borchers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Cahill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Springer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melinda Parke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Springer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Carruthers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Bihler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harold craw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Matthews
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Eddinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Eddinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Loeppert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Matthews
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William McKenzie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Baughns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Loeppert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Regina Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Weatherwax
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Baughns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Prisca Gloor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Barbara Carr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Lloyd-Piralli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Barbara Carr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Blackburn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JoAnn Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stewart Rosenkrantz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William DuSold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JoAnn Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Giddings
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Green
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melodie Howard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael V L Bennett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Fichter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Gillaspy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Giddings
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Singer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William DuSold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Ives
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Mawhorter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Green
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jovy Jergens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Gillaspy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Taiya Boni
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jovy Jergens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Hughes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Metcalf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walt Bogner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

P. Brooks McGinnis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip Glaser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Hughes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

P. Brooks McGinnis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julian Betoney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michael beltran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Alstad
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J.Patricia Connolly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Norelli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Fletcher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Nichols
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Prisca Gloor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Pollock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candace Gabriel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Fletcher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Norelli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Nichols
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Schrock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candace Gabriel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Schrock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Schrock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Harris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michael beltran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Pollock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Cilley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Snyder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie A Cassidy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Schacht
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Kornfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Cilley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leslie A Cassidy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Mackay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Kornfield
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Snyder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Mackay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Hughes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Ann McFarland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Kaedden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Kaedden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Hughes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Juha Cantori
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Shirley Davis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Russell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Jo De Maestri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Shirley Davis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Beringer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

robert dubois
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Velardita
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Kovick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Sousa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Kovick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Knight
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Trudy Lambert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hillary Demetropoulos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Graham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cameo Eiben
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Knight
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hillary Demetropoulos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Lynn Guy-Ostrowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Graham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cameo Eiben
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Trudy Lambert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Arnheiter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jamie Lynn Guy-Ostrowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Kowal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

e l dupras-carceles
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nadine Mroz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Priscilla Drake
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Baker Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Deeley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nadine Mroz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tina Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Jo De Maestri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Fine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tina Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ted & Susan Clark
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Fine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Deeley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Ranta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Nettleton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Sajdak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aixa Fielder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Russell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aixa Fielder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Lundell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Priscilla Drake
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Goldstein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David J. Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Manfred Holm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Russell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine U
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine U
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Aunkst
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacqueline Jenkins
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

judith root
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Goldstein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Trina Novak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Gourley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Kerber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Kehoe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse S. Roa

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse S. Roa

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Wagner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Herndobler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Kerber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Nettleton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Perry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Armstrong
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Gourley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Herndobler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K. Cash Luck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Perry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Collom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Theresa Kelly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse S. Roa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Travis Holland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Farah Germain
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Drena LaPointe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D. Spaulding
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Theresa Kelly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Drena LaPointe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K. Cash Luck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Kehoe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony marinelli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeevake Attapattu
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff LaFlamme
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Farah Germain
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D. Spaulding
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Dugaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff LaFlamme
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Lemus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Agnes Gillespie MD
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly McCartney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joshua Sirt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. William Butler (geologist)
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joshua Sirt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lawrence holmes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. William Butler (geologist)
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Chittenden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Kramer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Burke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Porter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Chittenden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lawrence holmes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Burke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sunday Sommers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, PLEASE include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sally Rist
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Phillips
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Kramer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MARY COPELAND
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Boroshok
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sally Rist
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raquel Bone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Hayward
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Hooper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Boroshok
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raquel Bone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Breana Driscoll
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Breana Driscoll
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Yates
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Hooper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MARY COPELAND
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Kleckler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. John Kerschbaum
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gustavo Correa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J.A. Jennings
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Piner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Shackelford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jo Ann Herbert RN,BSN
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tony Tsang
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jo Ann Herbert RN,BSN
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tony Tsang
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hazel Scotto
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Todd Tanner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex Laio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nina Z.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mo Kafka
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alex Laio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nina Z.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Kleppin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Bittner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hazel Scotto
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Fleischer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Levinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Claytor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacey Vaughan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Levinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Kleppin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Claytor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

TONIA HOWE
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie C. Fox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sean Attri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brad Jolly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie C. Fox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Gibson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C. Warren Pope
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brad Jolly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Gibson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C. Warren Pope
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S. Kohler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Stringer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alberto Gutierrez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

norton starr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Thomas J Windberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. June Cattell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Thomas J Windberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Schneider
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruthann Lees
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Speidel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sean Attri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. June Cattell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Anne Brighton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Barnhart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Schneider
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arvin Blakeney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Curia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Divine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shauna Haines
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jared Cornelia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jared Cornelia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E. Dantuono
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Kilgore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Barreca
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arvin Blakeney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction!!

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it!

Sincerely,

Thomas Simon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lois Owens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Simon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Halima Foster
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arleen Kalenich-Pace
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Simon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Carlstroem
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arleen Kalenich-Pace
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jordan Hall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Decillis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Hope
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Alexander
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S. Kohler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Hope
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tripp Carter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanna Farrar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Carlstroem
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tripp Carter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Candice Lowery
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Norkus
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanna Farrar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Frick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Rubin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Bernie Saftner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Quinn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kellie Crawford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Barreca
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Weinstock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Murdoch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Noah Evans
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natalie Van Van Leekwijck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Paul Beach
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Natalie Van Van Leekwijck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarah Murdoch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Frick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Glidden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheryl Samuel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Clark
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

frederique joly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Caruso Santamaria
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Clark
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rita Caruso Santamaria
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kellie Crawford
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael K. Shead
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

June Neumark
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I URGE you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martin Margolis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gabriel Morner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Ely
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Lepple
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca & David Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Audra Soulias
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

diana kliche
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca & David Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Gorges
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gabriel Morner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Hirt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Audra Soulias
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

diana kliche
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Ruch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Bates
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Vinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Boyd A Davies Jr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Mehle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elinor Parzen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenneva Haskins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Hankins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Boyd A Davies Jr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

DONNA A
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Tregidgo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Richardson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Myers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Hankins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Bates
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Myers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Edwards
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenneva Haskins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenneva Haskins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Richardson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Hirt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sierra Oudeans
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Edwards
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Crooks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Graham Lingley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Burns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Shabsin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Burns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francois Verly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Brooker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bryan Kelley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Ogden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angelika Altum
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bryan Kelley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Tom Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cecilia Lieder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Whitehouse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angelika Altum
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Whitehouse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ralph Notaro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ralph Notaro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha McNulty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ryan Draper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip Ramsey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne McMillan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Brooker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Helton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Celia O'Kelley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Pynn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Celia O'Kelley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Helton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jean greenwood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Hessenauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michele Reynolds
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Weeks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Morpaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jean greenwood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Hirt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Weinstock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Weeks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Audrey Lopes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lavonne Schackmann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary Jack
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

DeDe Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erica Stanojevic
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

DeDe Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Pfeiffer-Rios
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Hessenauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Revel Paul
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Pfeiffer-Rios
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Pfeiffer-Rios
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colleen McMULLEN
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Revel Paul
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Smudin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice West
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Grover McCoury
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Belmont
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Knobel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Parowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Grover McCoury
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice West
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristy Hansen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

rick young
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Kirchdoerfer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Cozzini
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Hoke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Belmont
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Siamak Fooladi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

rick young
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

rick young
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Kirchdoerfer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dona VAN ECK
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Siamak Fooladi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Rosenberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Rosenberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Hoke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Cozzini
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorraine Klein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leona Leven
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A Frey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Roberts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Stamm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Holland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Holland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raeann Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

pat dellitalia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raeann Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

pat dellitalia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Fenster
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Walters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judi Richardson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Fenster
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barrett Kemp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Ferris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Haldeman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barrett Kemp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracy Beckenbach
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracy Beckenbach
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Haldeman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Beierl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Russell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Rapp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and innocent taxpayers should not be left paying the cost of it.

Sincerely,

Jean Farris
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Rapp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

KENN REYNOLDS
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jackie Martinez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Guy Eve
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Silvia Munger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

KENN REYNOLDS
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken De La Rosa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken De La Rosa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Wayne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marietta Scaltrito
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Guy Eve
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Mays
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Foster
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pati Tomsits
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Silvia Munger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Iris Rochkind
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Bradbury
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marietta Scaltrito
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Iris Rochkind
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pati Tomsits
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim McDonald
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim McDonald
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ilona Vaupel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

F Corr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiffany-Marie Austin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Nikkal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Andrews
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacy Nisperos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Andrews
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Nihem
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debra Evon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacy Nisperos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Phillip Cripps
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiffany-Marie Austin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Danny Blitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

F Corr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lucia Port
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Nichols
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Phillip Cripps
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Danny Blitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Homer Stone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Renata Selig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jody Kim-Eng
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gabriele lauscher-dreess
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. robert luke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Santos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LaShond Stevenson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Freeman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gabriele lauscher-dreess
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. robert luke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LaShond Stevenson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Worsham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robyn Little
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Savannah Gil
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cato Dubo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raechelle Raimondo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Worsham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robyn Little
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Savannah Gil
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Hollingsworth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

chris micolucci
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Ohler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara W. Baker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

chris micolucci
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Rothe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly McDonald
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Hollingsworth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Dorinda kelley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michael daveiga
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara W. Baker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Everton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michael daveiga
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard D Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Taylor Finch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie McGill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Everton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

RyVonne Werner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracey Quinn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Patterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Taylor Finch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracey Quinn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evelyn Och
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Spencer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Ritscher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Selz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isabel Denham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sonette tippens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip Ramsey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Weinstock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Garescher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Weinstock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Look
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Connor
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Pritchard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Weinstock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Connor
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Leszczynski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly Dorsett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

RUSSELL LINK
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly Dorsett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Moore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Ocon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E. Thomas Costello
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Olga D Grovic
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorinda Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E. Thomas Costello
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Liss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorinda Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Trebes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Perkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Diana Saxon-Brooks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Peri
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Liss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Perkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kyle Stephens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Baker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Fohn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Diana Saxon-Brooks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Schutt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glen Popple
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kyle Stephens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M B
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Baker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Schutt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel Shaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Trebes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miriam Israel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenn Church
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Esteban E
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Pittman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Hoppe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Esteban E
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenn Church
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Wadsworth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Hoppe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randolph Willoby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Biittner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Wadsworth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Lynn MacKinnon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randolph Willoby
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bonnie Lynn MacKinnon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John McGovern
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Reevyn Aronson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Ziegler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Reevyn Aronson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John McGovern
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Nolan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Ziegler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marsha Shaiman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darrell Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Moore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shelley Toye
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Dykhuis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marsha Shaiman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darrell Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angela Treat Lyon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Uwe Thomas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Nolan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kamia Taylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Shivers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Vescio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Shivers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarbaga Falk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bradley Houseworth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Chandler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Chambers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Zendzian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Parsons
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lotte Sonnenschein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bradley Houseworth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Chandler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Vescio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Esther Leonard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Zendzian
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarbaga Falk
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Powell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Newgent
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Cindric
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Koerner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Koerner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Hillman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randall Woodbury
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Anthony Montapert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicki Bynum
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Anthony Montapert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Hillman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maxwell Nettler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Davidson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Chad Halsey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Chad Halsey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Rowland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Marinilli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Holtman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gwenn meltzer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gwenn meltzer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Holtman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Bowie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J'Ulene Laque
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Longley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J'Ulene Laque
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Singsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Singsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Singsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Stopfer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth O'Neal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Indira Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christiane Fitzgerald
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Edge
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Spellman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Rutan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shirley McNall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Walker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Coronado
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charleen Steeves
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Swiger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shirley McNall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Lombard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christiane Fitzgerald
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charleen Steeves
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Pfister
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry Spellman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosario H Torres
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Griswold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Lombard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Bracy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Pfister
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chuck rocco
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosario H Torres
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Rose
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Wingenroth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Blair Campbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Nazimowitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Javier Flores
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Rose
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael O'Brien
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Griswold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

So Allen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Bracy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberta Churchill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roberta Churchill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Geiger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

So Allen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phil Hembury
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phil Hembury
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Connie Muetzel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Hanna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rene Mcwade
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Connie Muetzel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sally Lambert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Panila
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rene Mcwade
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Josephine Scherer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Panila
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Alice Polesky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Nazimowitz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lukas Maturi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patsy Glaser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Huffman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lukas Maturi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Hooton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Huffman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Deiotte
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angelika Engels
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Szymanowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Rider
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

RyVonne Werner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Juan Hernandez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Immel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Juan Hernandez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Rider
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen La Serra
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Szymanowski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen La Serra
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Immel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cortney Zaret
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Shaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ricardo Aguiluz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angelika Engels
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ricardo Aguiluz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenette D'Alessandro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ramon Hass
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cortney Zaret
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Lopez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angie Unruh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ramon Hass
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Lopez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Koven
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sam Stetson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angie Unruh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Campbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherilyn Coldwell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Morgan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia THollaug
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia THollaug
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Morgan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charlie Allen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Campbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Porter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Thielen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Hall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Greene
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Royan Charles
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Vasily
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Royan Charles
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Claire DeLuna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Hall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marie Claire DeLuna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Hydar
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lolly Bennett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JC Honeycutt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Al Ferrucci
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr Solveig Strauch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Al Ferrucci
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

H Ellis Griffin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Nadboy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Worden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Nadboy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Wright
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Frethem
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr Solveig Strauch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Wright
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Frethem
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Chris McCarty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lenore Dolph
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mary hunt

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

bruce bauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Betsy Spada

Betsy Spada
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Chenelle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Thomas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenet Johnsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

bruce bauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dakota Newbry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenet Johnsen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Holman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Waterbury
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dakota Newbry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Holman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Chenelle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Betsy Spada

Betsy Spada
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leif Erickson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Waterbury
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Hill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Van Horn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Hill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Judy Moses

Judy Moses
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Meryle A. A. Korn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sacha defoy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sacha defoy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Van Horn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Riskin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Hopkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Chris McCarty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patty Navarrete
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nick Yashirin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Veronica Bourassa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patty Navarrete
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Annette Hartsorne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Julie Skelton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Julie Skelton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

dorian samaniego
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Lindsey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denny Boehm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

dorian samaniego
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denny Boehm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacy Cornelius
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Lindsey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosalie Sable
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shelley Strohm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Fisher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vinnedge Lawrence
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Jenkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Fisher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Reuben Wade
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

manny garcia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vinnedge Lawrence
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

christy sacks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Libbey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Combs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Veronica Bourassa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Libbey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Combs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Jobe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Grzesiak
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rhonda Green
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Larson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jim whitehead
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

missy izadog
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Jobe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jim whitehead
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rochelle Rubin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marjorie Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Field White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Strelec
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Hollander
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mogens Brandt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rhonda Green
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Strelec
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Carlson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mogens Brandt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Carlson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Strader
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

P. Hays
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Paulson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dimitri Lefever
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Strader
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jacqueline Campbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Heck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Haas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

P. Hays
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Heck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dimitri Lefever
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kirill Gliadkovsky

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Snyder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

thomas phillips
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Haas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barry Saltzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

thomas phillips
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelsey Price
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Archie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barry Saltzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie da Silva
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Gwin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelsey Price
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Rising
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Ellen Serina
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Tackitt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corinne Lambden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie da Silva
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Belkiss Mayr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Gwin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Didear
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Marwood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Peckham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Ellen Serina
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Dempsey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debra Moore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Dempsey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Marwood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Peckham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

janet lawlor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Stotts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dee Steele
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maurice Samuels
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angie Sieb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Stotts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Kovach
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Cline
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Milton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Osborne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Graham
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maurice Samuels
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Cathey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Muehlbauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deanna Mousaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Milton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Raymond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darlene Brooks
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Merelyn Dolins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Merelyn Dolins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

maurice oldis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Foley Jr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D O'Dowd
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Faye Bennett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Russo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Felicia Bruce
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

maurice oldis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Russo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andreas Ohland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Reynolds
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara fox
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kirk Paulson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Brenner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sophie Turinsky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kirk Paulson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Reynolds
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sophie Turinsky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Schneider
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Schneider
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Wenzel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Zakin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Wenzel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Carrington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Zakin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Carrington
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lewis gersten
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Petruccelli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darra Newhouse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

lewis gersten
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Petruccelli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marianne Amann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Whipple
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sarah boucas neto
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sarah boucas neto
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Byrne
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andreas Ohland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neal White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicholas Startare
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Cramer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emily Alexander
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gretchen Zeiger-May
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Monroe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

george craciun
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Cramer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gretchen Zeiger-May
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emily Alexander
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Maxson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Simpkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Brenner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

s n
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Maxson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaina Hatsis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Reed
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peto Gerth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Baltz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Brenner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Simpkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerard Rohlf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peto Gerth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaina Hatsis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Baltz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicholas Startare
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ginnie Gavrin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Stoflet
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ginnie Gavrin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Beverly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Ness
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Patricia Dishman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr, Virginia Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Fertig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Ness
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronald Sohn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Peale
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Patricia Dishman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Dryer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tyler Otto
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Snell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tyler Otto
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Pete Klosterman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Bentivegna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr Steven Lee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Templeton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Bentivegna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr Steven Lee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Georgia Stauffer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Callaway
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Billie Abbott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Heilman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gina Megay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Raymond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gina Megay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Heilman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Callaway
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Conn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Brace
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Busch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Brace
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Hart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marvin Wingfieldq
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fiona King
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Lucas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

d johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Mayer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

d johnson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

becky kurth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Mayer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Ross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Jensen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Glatter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Jensen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Kuczynski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrea Bounds
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carmen Campbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stuart Francis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Masuda
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stuart Francis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tara Kerr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carmen Campbell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paige Nichols
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David AND Carol Butler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paige Nichols
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lance Powell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David AND Carol Butler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah J. Cruz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lance Powell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Tedesco Tedesco-Kerrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Mesick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Wiseman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Wiseman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Tedesco Tedesco-Kerrick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Reed
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric E. Symborski Jr.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C. McDonald
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L Warren
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric E. Symborski Jr.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C. McDonald
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

RACHEL CLARKEROBERTS
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Lefevers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jess Stombaugh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ellen Desruisseaux
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Nancy M. Kevelin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kirk Fernald
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Nancy M. Kevelin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Nancy M. Kevelin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dominique Reimann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana Furgerson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Lefevers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Jones
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevine Cove
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Janice Hall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Haydn Huntley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana Furgerson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Janice Hall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Forrest
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexander Kreisel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bettina Stokes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lamar Savage
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bettina Stokes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lamar Savage
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Quentin Fischer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Suess
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Edelman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Lana Henson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Manual Laber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ken mincin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Manual Laber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ken mincin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Suess
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

susan finney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ml Sage
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Bailey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victoria Urias
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victoria Urias
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

susan finney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

e neiman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ray bellamy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Duwayne Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Sirois
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Madeline Shaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda fowler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce Young
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda fowler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

e neiman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Madeline Shaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Hotchkiss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Harlan Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Harlan Scott
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Knapp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Hotchkiss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theresa Knapp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A P Cranston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Haydn Huntley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tony Cranston
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Dell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shari OConnor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shari OConnor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Beatty
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Wu
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Braun
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Stonecipher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Pekarcik
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Bauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Wu
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacy Bouilland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Bauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Hancock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John & Mary Kurzynski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ml Sage
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A.L. Hern
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Gilliard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Manning
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Dietterich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Makkonen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Gilliard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Naidich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Makkonen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacy Bouilland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Collins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Dean
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David White
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Hancock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana Wakiji
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Reba N
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helen Greer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Laughlin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marion Menna
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barclay Hauber
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Guy Amsler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leonard Heether
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Buchanan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Goodrich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Zachary Stevens
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Sandra Lynn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Acadia Cutschall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Kegeles
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Sandra Lynn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marc Dumas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Acadia Cutschall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marc Dumas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarie Bryson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Bradley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cliff Owens-Leech
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frances McDonal
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Hutcheson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sarie Bryson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marge Roebuck
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Meinhardt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Meinhardt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicolas Caballero
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Leamy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

john polite
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

malik griffin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

malik griffin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicolas Caballero
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Epperson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Shaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jo Forkish
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert M. Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Pazdziorko
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Leamy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Vann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phoebe McLeod
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Epperson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ilya Speranza
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Wallace
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ilya Speranza
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Sherman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emily Hurn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Peltan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jo Forkish
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arline Mathews
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Kipnes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave B
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Leckliter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mike collins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel J. Sanchez, Sr.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Peltan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Kipnes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vanessa Jamison
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel J. Sanchez, Sr.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Schulman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Parker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanna Leary
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jillian Fiedor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Blum Russell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marjorie Lohrer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurence Margolis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jillian Fiedor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Blum Russell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Pederson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Learmonth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Hedges
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vanessa Carlson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Paolazzi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vanessa Carlson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Pell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Shaud
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Learmonth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Paolazzi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Jaehnig
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Cohen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, Please include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Thank you.

Peace!

Gene and Dori Peters
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

bill haegele
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Cohen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Barstow
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LeRoy Martinez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Tessari
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Messick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Messick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LeRoy Martinez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hy Lampe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brittany Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Kenneth Lapointe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brittany Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia McWilliams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Kenneth Lapointe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Flora Donovan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marc Lionetti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Staci Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mickey Mccarthy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Staci Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Leiner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cornelia Powell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Calli Madrone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kurt McInnes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

bettyi jackson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Sherson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kurt McInnes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Hanly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather Hanly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Thomas-Dale
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Taylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary A Leon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Cobb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Brinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Taylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Dempsey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

P F
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth Brinson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana Good
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Cobb
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

P F
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Basile
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Coreen Plewa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly Quick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Fernandez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Basile
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marc Lionetti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alisa Battaglia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Coreen Plewa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Pankratz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Snyder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alisa Battaglia
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Jacobs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Snyder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Holder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. George B. Kauffman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Fralick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Fralick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dana Good
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. George B. Kauffman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Keller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Heather La Riviere
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Gret Rowe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Gret Rowe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ljubica Sefer-Stefancic
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Gret Rowe
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fiona King
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ljubica Sefer-Stefancic
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

james mccord
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Burchard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Small
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Benny Martino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Benny Martino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Benny Martino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carla Hervert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Anshell Song
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Burchard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kirsten Andersen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carla Hervert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stanley McDonald, Jr.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Hillerstrom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adrian Vetter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maxine Lowwery
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Novel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Syd Satterlund
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maxine Lowwery
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Novel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas D. Aubin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frederica Huxley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole McCarvill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jordan Kelso
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Manning
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

daniel pecoraro
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Keller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Kitts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Keller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Esther Confino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Esther Confino
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Pitman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas D. Aubin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norse Lassandreo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Kitts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Pitman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Hillerstrom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norse Lassandreo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Danielle Tran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deanna Pouttu
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M McQuillen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheri Bresson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheri Bresson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M McQuillen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deanna Pouttu
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ella Reeves
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lesley Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Anshell Song
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Perez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheli Bremmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheli Bremmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Sheldon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gordon Grant
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Alcorn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Legaz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lesley Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Perez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kurt Bauereiss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gordon Grant
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Ewing
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kurt Bauereiss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Ewing
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dirk Reed
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Alcorn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adolf Kruger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Baker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raymond Crannell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Hamm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adolf Kruger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tara Meehan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Chad Anderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

steve billups
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

dody h
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bridget Palecek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Zelman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Zelman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D. Kimura
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dc Katten
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. John Konrad
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bridget Palecek
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Kathi Thonet
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barry Cutler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vanessa Lundblad
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alison Miller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Marzani
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Figueroa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dc Katten
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vanessa Lundblad
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vera Brandt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. John Konrad
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Strong
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D. Kimura
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Bandor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Devin Henry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth West
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vera Brandt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Figueroa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Marzani
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cliff Carson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Devin Henry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Kyle Embler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. John Konrad
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Stephanie G. Valys
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Bandor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Bustamante
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Gabrielle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellie Meehan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Bustamante
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Gabrielle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Valys
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudette Schiratti, RSM
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kenneth West
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Liza Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clinton Nagel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Gardner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine S. Gross
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clinton Nagel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Gardner
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Green
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mike kaufman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miguel Liriano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Sutton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jason Barnes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Nolan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Sutton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miguel Liriano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Dieterich-Hughes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Nolan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Shulman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Stearley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Stearley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Carlisle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Walters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Carlisle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Addyman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Murphey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Rigrod
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Murphey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Rigrod
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Addyman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Coffman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marjorie Weiss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Brewer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Coffman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Brewer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amanda Brewer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Wade
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Vandiver
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynda Strecker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Wade
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Norr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Hanas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Kellerman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Maslana
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christian Paul Schneider
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Vandiver
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynda Strecker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Harband
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Maslana
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L Der
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Franken
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Janover
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darryl Apps
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Evans
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Evans
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben Arnold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Tribble
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Vilaseca
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Montes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Tribble
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben Arnold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Vilaseca
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stanley Fistick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evelyn Jerenberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Capelle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stanley Fistick
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Montes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Hunt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ian Marshall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Beam
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Capelle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Krystle Chandler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Hunt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mitchell Diamond
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evelyn Jerenberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Warren Nystrom
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Gocinski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Krystle Chandler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ian Marshall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy Borns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Poulson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen D Felts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adrienne Simmons
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Kalavity
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jefree Annderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Poulson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randy Borns
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Kalavity
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Hollie
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen D Felts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Faioa Schwarzenberg
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adrienne Simmons
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Bauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melanie Rushing
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Bauer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Hinz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melanie Rushing
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gordon ILLG
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Hart
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Stopke
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Erik Schnabel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony P. Vessicchio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gordon ILLG
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Bernardo
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maddie Dillon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Guest
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maddie Dillon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Guest
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Runion
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diana Barney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Runion
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Reilly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Short
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Rose
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Moss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miguel Ramos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Rose
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Miguel Ramos
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leighta J
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eleanor Bowen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicola Nicolai
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Caron
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicola Nicolai
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Wolinsky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

SCOTT MARX
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Wolinsky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Rickson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margo Oconnell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Barron
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scot Seader
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Rickson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Tichenor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Schaechter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Schaechter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Bartholomew
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Kojm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

SCOTT MARX
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MR. & MRS. BRUCE Revesz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Van Gerven
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Hoff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MR. & MRS. BRUCE Revesz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Fay Helmon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Kojm
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Van Gerven
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Fay Helmon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fermin Morales
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Naiman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maris Arnold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Kasvinsky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Joseph Shulman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Cretser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Joseph Shulman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Spencer Walsh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathie T
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gretchen Clay
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Willard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Spencer Walsh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edmund Nespoli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Willard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tecari Shuman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Werry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracy Peltier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Berti
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Koran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LInda Goodhew
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Burt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Koran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzanne Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben Murray
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ben Murray
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hortense Henderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Copenhaver
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karl Hamann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doris Mundinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Copenhaver
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Grossman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Small
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Grossman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kris Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C M
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Damian Velez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Burt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Sampson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Hopkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kris Thompson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C M
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Hortense Henderson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Sampson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Hopkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Hancock
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

luong tran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jen Scibetta
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nalei Kahakalau
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Kiernan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Kiernan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nalei Kahakalau
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Burgin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

nina clausen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christy Nakama
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Ward-McCurdy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Burgin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christy Nakama
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gayle Doukas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ray Bartlett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rod E. Mc Connell, B.Ed., M.Ed., P.P.C.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Bradshaw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rod E. Mc Connell, B.Ed., M.Ed., P.P.C.
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Valerie Blackmore
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ray Bartlett
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

luong tran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raymond Courter
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexis Campbell Jansky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Kent
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, please include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction. The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be paying the cost of it.

Sincerely,

J Lukas
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

alex verboven
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Martinez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leah Leifer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Martinez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norma Schupp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexis Campbell Jansky
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Brian Leggiere
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Gordon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jill harmer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Brian Leggiere
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norma Schupp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Gordon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Gordon
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Mahoney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Camille Young-Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Murphy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wil Thomson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Sasso
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Murphy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. William E McCullough
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Camille Young-Martin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilise Tronto
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Mahoney
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Gelfer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Marshall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Klune
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marge Fear
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Gelfer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret H. Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Klune
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Lilly
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marge Fear
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret H. Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Suchenicz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. David G
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allen Terrill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

nina clausen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randolph Hogan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Green
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Taylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Green
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allen Terrill
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Taylor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Anvari
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Spencer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victoria Olson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Gutierrez
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nanette Oggiono
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alice McKeage
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victoria Olson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nanette Oggiono
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Spencer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Skenazy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eve Powers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kindy Kemp
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julaine Morley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eve Powers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Smith
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julaine Morley
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Skenazy
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Crowell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marion Marsh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Toland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Zeller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Crowell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carlene Steel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Chapman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Sigel
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marion Marsh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Brzezinski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Hickey
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

madolyn jenkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

madolyn jenkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt Brzezinski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sean brennan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Rossi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Toland
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Rossi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sean brennan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

B Doris Dubuc
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, we urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David and Judy Gold
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

B Doris Dubuc
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Hargreaves
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Crichton
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline Bergdolt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathryn Hargreaves
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caroline Bergdolt
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tia Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tia Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ray Kalinski
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bette Feltham
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Cope
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Tischhauser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ericka Bjorngaard
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mary lehman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Vago
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Kowall
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Kucinki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary K Orrange
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

glenn hood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Tischhauser
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary K Orrange
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Kucinki
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

glenn hood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Vago
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Lee
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Levine
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sylvia Duncan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Brentlinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Merry Ossenheimer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Haemmerle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William L. Parker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Wilson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Randall Davis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Merry Ossenheimer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Brentlinger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Haemmerle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sylvia Duncan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Turegano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Turegano
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ronnie Rouse
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dereka Ogden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A. Brennan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Watson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Tucker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roy Poss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Angelli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sean Ebersole
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dereka Ogden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dereka Ogden
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Coz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Angelli
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Kiernan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Tucker
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawndra Hayes-Budgen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Hofmann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David McKeever
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Watson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roy Poss
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A Puza
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

I. Engle
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louis Brown
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Kiernan
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David McKeever
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Sinclair
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shawndra Hayes-Budgen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Back
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

julie walters
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Sinclair
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Savage
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Back
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Nelson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bud See
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Savage
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Irwin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Tyler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terri Henry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Irwin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcia Bushnell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcia Curran
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jayson Dilcher
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bud See
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wadie Wallace
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce McGraw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Clark
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce McGraw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Pooler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terri Henry
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Laplante
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Peter Stone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

G Yuzawa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Pooler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melinda Armistead
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donny Seals
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Cierech
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Spann
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Peter Stone
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Laplante
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

G Yuzawa
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melinda Armistead
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donny Seals
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

craig conn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristy Collins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Harper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristy Collins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Nicholson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Bachalis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

craig conn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick F. Fern
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Bryant
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Bryant
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Jaske
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick F. Fern
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Bachalis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Lincoln
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Bryant
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pam Bryant
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Lincoln
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Harper
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra L. Jones
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Jaske
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Bryson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Vrbanic
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Kalousi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Kalousi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen DeLuca
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra L. Jones
[redacted]

[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lois Hoot
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Bartell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Lynch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lee Bartell
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Lynch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Watts
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Jenni Post

Jenni Post
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Ann McDonough
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Collier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laquisha Jean
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caren Bar-Zvi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Collier
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Goldin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Herb Evert
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Caren Bar-Zvi
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Ann McDonough
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Goldin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Ziesche
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Romberger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C R Moses
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Grant Fujii
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Peterson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Romberger
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Grant Fujii
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laquisha Jean
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francis Mangels
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neil Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cary Sipiora
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vern Maresh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neil Lewis
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

william lawson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Hyde
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dillon Pierce
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

william lawson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francis Mangels
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lewis Deene
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vern Maresh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Hyde
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Salzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lewis Deene
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LuMarion Conklin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helene Eastwood
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Salzman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LuMarion Conklin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stuart Fuchs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stuart Fuchs
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Hanson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

thomas cunniff
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Rubin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Blake O'Quinn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Hanson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Virginia Douglas
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tamara M
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Needler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelle McLaughlin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Needler
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fritz Seegers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelle McLaughlin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fritz Seegers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LuMarion Conklin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan P. Vessicchio
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Frank
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Sipoccz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Meltzer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Veronica Z
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rachel Meltzer
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Robert D. Frank

Robert Frank
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Sipoccz
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Cate
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Veronica Z
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Seemin Qayum
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Schimpf
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Hagerman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Balder
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stanley Veyhl
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Cate
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theodore Trevor
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Spaeth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Hagerman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Spaeth
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matt De Leuw
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Giannakou
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Mommers
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Cook
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Joyce
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura J. Peskin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Redding
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Joyce
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Cook
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura J. Peskin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Elkins
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Redding
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norm Conrad
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Muller
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debbie Williams
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

craig conn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine French
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

craig conn
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Cerridwen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine French
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Rothman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Cerridwen
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Rothman
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Alexander Henrich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include STRICT language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must NEVER be repeated and taxpayers should NOT be left paying the cost of it.

Sincerely,

Patricia McHugh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary East
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lavada Weaver
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Alexander Henrich
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia McHugh
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Chapin
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

donna zeuch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Reynolds
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Hunt-Nickerson
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Klein
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lavada Weaver
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

s Brandes
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Reynolds
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

donna zeuch
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary East
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James A Clark Jr
[redacted]

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Farha
[redacted]